UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STUART REGES, Plaintiff(s), v. ANA MARI CAUCE, et al., Defendant(s). | CASE NO. 2:22-cv-00964 PRAECIPE |

To the Clerk of the above-entitled court:
You will please:

issue the attached Summonses for service upon the named defendants in this action, at the addresses listed in the Summonses, as follows:
1) Ana Mari Cauce, in her official capacity;
2) Magdalena Balazinska, in her individual capacity and official capacity;
3) Nancy Allbritton, in her individual capacity and official capacity; and
4) Dan Grossman, in his individual capacity and official capacity.

July 14, 2022 — Dated

/s/ Robert A. Bouvatte, Jr. — Sign or use an "s/" and your name

Robert A. Bouvatte, ROBERT A. BOUVATTE, PLLC
P.O. Box 14185, Tumwater, WA 98511
(904) 505-3175
Name, Address, and Phone number of Counsel or Pro Se