The Honorable David W. Christel

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STUART REGES,<br><br>            Plaintiff,<br><br>    v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DAN GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,<br><br>            Defendants. | Case No. 2:22-cv-00964<br><br>NOTICE OF APPEARANCE |

TO:         THE CLERK OF THE COURT

AND TO:    ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Robert M. McKenna hereby enters his appearance as counsel for defendants Ana Mari Cauce, in her official capacity as President of the University of Washington, Magdalena Balazinksa, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering, Dan Grossman, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science &

NOTICE OF APPEARANCE
2:22-cv-00964

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300

Engineering, and Nancy Allbritton, in her official and individual capacities as Dean of the College of Engineering, in the above-entitled action.

You are directed to serve all further pleadings or papers, except original process, upon the said attorney at the address stated below.

Dated: September 23, 2022

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
　　Robert M. McKenna (WSBA No. 18327)
　　rmckenna@orrick.com

　　701 Fifth Avenue, Suite 5600
　　Seattle, WA  98104-7097
　　Telephone:  +1 206 839 4300
　　Facsimile:  +1 206 839 4301

*Attorneys for Defendants Ana Mari Cauce, Magdalena Balazinksa, Dan Grossman, and Nancy Allbritton*

NOTICE OF APPEARANCE
2:22-cv-00964
- 2 -
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7097
+1 206 839 4300