Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DAN GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00964<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Noted for Hearing: September 23, 2022 |

UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
Case No. 2:22-cv-00964

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

Defendants request a 30-day extension of time to answer, move, or otherwise respond to the Complaint in this action, extending the deadline from September 30, 2022, to October 31, 2022. Plaintiff does not oppose this extension.

Plaintiff filed the Complaint (Dkt. No. 1) on July 13, 2022, asserting claims that Defendants, in their varying individual and official capacities, violated his First Amendment rights. Defendants waived service on August 1, 2022 (Dkt. Nos. 8–11), setting the deadline to respond to the Complaint under Federal Rule of Civil Procedure 4(d)(3) as September 30, 2022. Through this motion, Defendants, for the first time, seek a 30-day extension of that deadline.

Defendants have good cause for this request. Not only does the Complaint implicate multiple defendants, but those parties have been sued in their individual and official capacities based on their roles at the University of Washington. An extension is warranted to allow Defendants additional time to consult with their counsel and ensure that their response appropriately accounts for the interests of the University. The University, moreover, is currently busily involved with back-to-school functions, welcoming students on campus, beginning classes, and otherwise kicking off the school year, leaving little time for communications with counsel. Finally, no party will be prejudiced by a 30-day extension. Plaintiff is also a University employee currently managing start-of-semester duties and does not oppose this request. And the Court has not yet issued an initial scheduling order or trial date, so granting this request will not affect any schedule already set by the Court.

Defendants thus ask the Court to extend the time to respond to the Complaint by 30 days, to October 31, 2022.

UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
Case No. 2:22-cv-00964

1

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

DATED this 23rd day of September, 2022.

          ORRICK, HERRINGTON & SUTCLIFFE LLP

          By:  *s/Robert M. McKenna*
              Robert M. McKenna (WSBA# 18327)
              Aaron Brecher (WSBA# 47212)
              701 Fifth Avenue, Suite 5600
              Seattle, WA 98104
              Telephone (206) 839-4300
              Fax (206) 839-4301
              rmckenna@orrick.com
              abrecher@orrick.com

              R. David Hosp (Admitted *Pro Hac Vice*)
              Kristina McKenna (Admitted *Pro Hac Vice*)
              222 Berkeley Street, Suite 2000
              Boston, MA 02116
              Telephone (617) 880-1802
              Fax (617) 880-1801
              dhosp@orrick.com
              kmckenna@orrick.com

          *Attorneys for Defendants Ana Mari Cauce, Magdalena Balazinksa, Dan Grossman, and Nancy Allbritton*

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 2:22-cv-00964

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300