Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

     Plaintiff,

     v.

ANA MARI CAUCE, in her official capacity
as President of the University of Washington;
MAGDALENA BALAZINSKA, in her
official and individual capacities as Director
of the Paul G. Allen School of Computer
Science & Engineering; DAN GROSSMAN,
in his official and individual capacities as
Vice Director of the Paul G. Allen School of
Computer Science & Engineering; and
NANCY ALLBRITTON, in her official and
individual capacities as Dean of the College of
Engineering,

     Defendants.

Case No. 2:22-cv-00964

[PROPOSED] ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT

Noted for Hearing: September 23, 2022

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

1
2
3

  This matter came before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint. The Court has considered the motion and the records and pleadings on file in this case.

4
5

  The Court finds good cause and hereby **GRANTS** the motion. Defendants must answer or otherwise respond to the Complaint by October 31, 2022.

6

  **IT IS SO ORDERED.**

7

  Entered this __ day of September, 2022.

8
9

              _____
              DAVID W. CHRISTEL
              UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
Case No. 2:22-cv-00964

          1

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

1    Presented by:

2    ORRICK, HERRINGTON & SUTCLIFFE LLP

3    By:   *s/Robert M. McKenna*
     Robert M. McKenna (WSBA# 18327)
4    Aaron Brecher (WSBA# 47212)
     701 Fifth Avenue, Suite 5600
5    Seattle, WA  98104
     Telephone (206) 839-4300
6    Fax (206) 839-4301
     rmckenna@orrick.com
7    abrecher@orrick.com

8
     R. David Hosp (Admitted *Pro Hac Vice*)
9    Kristina McKenna (Admitted *Pro Hac Vice*)
     222 Berkeley Street, Suite 2000
10   Boston, MA 02116
     Telephone (617) 880-1802
11   Fax (617) 880-1801
     dhosp@orrick.com
12   kmckenna@orrick.com

13
     *Attorneys for Defendants Ana Mari Cauce,*
14   *Magdalena Balazinksa, Dan Grossman, and*
     *Nancy Allbritton*
15

16

17

18

19

20

21

22

23

24

25

26

27

28   [PROPOSED] ORDER GRANTING                    2
     UNOPPOSED MOTION FOR EXTENSION
     OF TIME TO RESPOND TO COMPLAINT
     Case No. 2:22-cv-00964