Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>   Plaintiff,<br><br>  v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DAN GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,<br><br>   Defendants. | Case No. 2:22-cv-00964<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 2:22-cv-00964

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

This matter came before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint. The Court has considered the motion and the records and pleadings on file in this case.

The Court finds good cause and hereby **GRANTS** the Motion (Dkt. 20). Defendants must answer or otherwise respond to the Complaint by October 31, 2022.

**IT IS SO ORDERED.**

Entered this 28th day of September, 2022.

David W. Christel
United States Magistrate Judge

Presented by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   *s/Robert M. McKenna*
Robert M. McKenna (WSBA# 18327)
Aaron Brecher (WSBA# 47212)
701 Fifth Avenue, Suite 5600
Seattle, WA  98104
Telephone (206) 839-4300
Fax (206) 839-4301
rmckenna@orrick.com
abrecher@orrick.com

R. David Hosp (Admitted *Pro Hac Vice*)
Kristina McKenna (Admitted *Pro Hac Vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone (617) 880-1802
Fax (617) 880-1801
dhosp@orrick.com
kmckenna@orrick.com

*Attorneys for Defendants Ana Mari Cauce, Magdalena Balazinksa, Dan Grossman, and Nancy Allbritton*

ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT
Case No. 2:22-cv-00964

1

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300