UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>ANA MARI CAUCE et al.,<br><br>　　　　　　　　　Defendant(s). | CASE NO.<br>2:22−cv−00964−JHC<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable John H. Chun, United States District Judge. All future documents filed in this case must bear the cause number 2:22−cv−00964−JHC and bear the Judge's name in the upper right hand corner of the document.

DATED September 30, 2022

　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　By:  /s/ Kim E Brye
　　　　　　　　　　　　　　　　　　Deputy Clerk