


Case 2:22-cv-00964-JHC   Document 25-1   Filed 10/31/22   Page 1 of 2

Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>    Plaintiff,<br><br>    v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DAN GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,<br><br>    Defendants. | Case No. 2:22-cv-00964-JHC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Noted for Hearing: December 2, 2022 |

    This matter came before the Court on Defendants' Motion to Dismiss. The Court has considered the Complaint, the motion, documents incorporated by reference in the Complaint, Plaintiff's opposition (if any), and Defendants' reply (if any).

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMIS
Case No. 2:22-cv-00964-JHC

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

1  The Court hereby **GRANTS** the motion. Plaintiff has failed to state a claim on which
2  relief can be granted and any amendment would be futile. The Court therefore **DISMISSES** the
3  Complaint **WITH PREJUDICE**.

4  **IT IS SO ORDERED.**

5  Entered this _____ day of December, 2022.

6
7  _____
   JOHN H. CHUN
   UNITED STATES DISTRICT JUDGE

8
9
10 Presented by:

11 ORRICK, HERRINGTON & SUTCLIFFE LLP

12 By: ___s/Robert M. McKenna_____
   Robert M. McKenna (WSBA# 18327)
   Aaron Brecher (WSBA# 47212)
13 701 Fifth Avenue, Suite 5600
   Seattle, WA  98104
14 Telephone (206) 839-4300
   Fax (206) 839-4301
15 rmckenna@orrick.com
   abrecher@orrick.com
16

17 R. David Hosp (Admitted *Pro Hac Vice*)
   Kristina McKenna (Admitted *Pro Hac Vice*)
18 222 Berkeley Street, Suite 2000
   Boston, MA 02116
19 Telephone (617) 880-1802
   Fax (617) 880-1801
20 dhosp@orrick.com
   kmckenna@orrick.com
21

22 *Attorneys for Defendants Ana Mari Cauce,*
   *Magdalena Balazinksa, Dan Grossman, and*
23 *Nancy Allbritton*

24
25
26
27
28

[PROPOSED] ORDER GRANTING     1     Orrick Herrington & Sutcliffe LLP
DEFENDANTS' MOTION TO DISMISS        701 5th Avenue, Suite 5600
Case No. 2:22-cv-00964-JHC           Seattle, Washington 98104-7097
                                     tel+1-206-839-4300