HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

*Plaintiff,*

v.

ANA MARI CAUCE, et al.,

*Defendants.*

CASE NO.   2:22–cv–00964–JHC

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

NOTE ON MOTION CALENDAR: Nov. 8, 2022

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff moves this Court to extend the time period for Plaintiff to respond to Defendants' Motion to Dismiss by two weeks to December 5, 2022. Defendants do not oppose this extension.

Before a filing is due, the Court may, for good cause, extend the time to file. Fed. R. Civ. P. 6(b). Defendants filed their motion to dismiss on October 31, 2022. ECF No. 25. In accordance with LCR 7(d), Plaintiff's response to Defendants' motion is currently due on November 21, 2022. To ensure that the issues discussed in the

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSTION
(2:22–cv–00964)
1

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473

Defendants' Motion to Dismiss receive complete and careful treatment, amidst competing legal work and the upcoming Thanksgiving holiday, the parties have agreed to extend Plaintiff's response deadline by two weeks to December 5, 2022. Because the extension will serve the interests of justice, and because Defendants will not be prejudiced by the extension, there is good cause for the Court to grant the unopposed motion. Plaintiff respectfully requests the Court grant this motion to extend the time to respond to Defendants' Motion to Dismiss by two weeks, to December 5, 2022.

DATED: November 8, 2022

Respectfully submitted,

/s/ Joshua T. Bleisch

| | |
|---|---|
| Joshua T. Bleisch* | Robert A. Bouvatte Jr. |
| IN Bar No. 35859-53; DC Bar No. 90001269 | WA Bar No. 50220 |
| Gabriel Walters* | ROBERT A. BOUVATTE, PLLC |
| DC Bar No. 1019272 | P.O. Box 14185 |
| James Diaz** | Tumwater, WA 98511 |
| VT Bar No. 5014 | Tel: (904) 505-3175 |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | bob@rbouvattepllc.com |
| 700 Pennsylvane Avenue SE, Suite 340 | |
| Washington, DC 20003 | |
| Tel: (215) 717-3473 | |
| josh.bleisch@thefire.org | |
| gabe.walters@thefire.org | |
| jay.diaz@thefire.org | |

*Admitted *Pro Hac Vice*
**Pro Hac Vice* Motion Forthcoming

*Attorneys for Plaintiff*

PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSTION
(2:22–cv–00964)
2

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473