HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

*Plaintiff,*

v.

ANA MARI CAUCE, et al.,

*Defendants.*

CASE NO.   2:22–cv–00964–JHC

**ORDER GRANTING. PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

NOTE ON MOTION CALENDAR:
Nov. 8, 2022

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
(2:22–cv–00964)
1

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473

This matter came before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. The Court has considered the motion and the records and pleadings on file in this case.

The Court finds good cause and hereby **GRANTS** the motion. Plaintiff must respond to Defendants' Motion to Dismiss by December 5, 2022. The Clerk is directed to renote Defendants' Motion to Dismiss for December 9, 2022.

**IT IS SO ORDERED.**

Dated this 8th day of November, 2022

_____

HON. JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by

/S/ *Joshua T. Bleisch*

Joshua T. Bleisch*
IN Bar No. 35859-53; DC Bar No. 90001269
Gabriel Walters*
DC Bar No. 1019272
James Diaz**
VT Bar No. 5014
FOUNDATION FOR INDIVIDUAL RIGHTS
    AND EXPRESSION
700 Pennsylvane Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473
josh.bleisch@thefire.org
gabe.walters@thefire.org
jay.diaz@thefire.org

*Admitted *Pro Hac Vice*
**Pro Hac Vice* Motion Forthcoming

*Attorneys for Plaintiff*

Robert A. Bouvatte Jr.
WA Bar No. 50220
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
Tel: (904) 505-3175
bob@rbouvattepllc.com

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
(2:22–cv–00964)
2

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473