Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>        Plaintiff,<br><br>v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DANIEL GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,<br><br>        Defendants. | Case No. 2:22-cv-00964-JHC<br><br>**DEFENDANTS' NOTICE OF MOTION RENOTED**<br><br>*CLERK'S ACTION REQUIRED* |

NOTICE OF MOTION RENOTED
Case No. 2:22-cv-00964-JHC

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

In accordance with Local Civil Rule 7(l), Defendants renote their pending motion to dismiss (Dkt. 25) from December 9, 2022 (per the Court's Order of November 8, 2022), to December 23, 2022.

No response to Defendants' motion has yet been filed. *See* LCR 7(l). Undersigned counsel has conferred with Plaintiff about this notice, and Plaintiff does not object to its filing. Plaintiff agrees to file any opposition to the motion to dismiss by December 16, 2022.

DATED this 14th day of November, 2022.

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        By: *s/Robert M. McKenna*
            Robert M. McKenna (WSBA# 18327)
            Aaron Brecher (WSBA# 47212)
            701 Fifth Avenue, Suite 5600
            Seattle, WA 98104
            Telephone (206) 839-4300
            Fax (206) 839-4301
            rmckenna@orrick.com

            R. David Hosp (*Pro Hac Vice Admission*)
            Kristina D. McKenna (*Pro Hac Vice Admission*)
            222 Berkeley Street, Suite 2000
            Boston, MA 02116
            Telephone (617) 880-1802
            Fax (617) 880-1801
            dhosp@orrick.com
            kmckenna@orrick.com

*Attorneys for Defendants Ana Mari Cauce, Magdalena Balazinska, Dan Grossman, and Nancy Allbritton*

NOTICE OF MOTION RENOTED
Case No. 2:22-cv-00964-JHC
1
Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel +1-206-839-4300