The Honorable John H. Chun

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STUART REGES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DAN GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,<br><br>　　　　Defendants. | Case No. 2:22-cv-00964-JHC<br><br>NOTICE OF CHANGE OF ADDRESS |

TO:　　　　THE CLERK OF THE COURT

AND TO:　　ATTORNEYS OF RECORD

　　　　PLEASE TAKE NOTICE that Robert M. McKenna, Aaron Brecher, and the Seattle Office of Orrick, Herrington & Sutcliffe LLP have moved.

NOTICE OF CHANGE OF ADDRESS
2:22-cv-00964

ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington  98104-7097
+1 206 839 4300

1  Please change the address as follows:

2
Orrick, Herrington & Sutcliffe LLP
3   401 Union Street, Suite 3300
Seattle, WA 98101
4

5

6  Dated: December 22, 2022                    Respectfully submitted,

7                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

8                                              By: *s/Robert M. McKenna*
                                                   Robert M. McKenna (WSBA# 18327)
9                                                  Aaron Brecher (WSBA# 47212)
                                                   401 Union Street, Suite 3300
10                                                 Seattle, WA  98101
                                                   Telephone (206) 839-4300
11                                                 Fax (206) 839-4301
                                                   rmckenna@orrick.com
12
                                                   R. David Hosp (*Pro Hac Vice Admission*)
13                                                 Kristina D. McKenna (*Pro Hac Vice Admission*)
                                                   222 Berkeley Street, Suite 2000
14                                                 Boston, MA 02116
                                                   Telephone (617) 880-1802
15                                                 Fax (617) 880-1801
                                                   dhosp@orrick.com
16                                                 kmckenna@orrick.com

17
                                                   *Attorneys for Defendants Ana Mari Cauce,*
18                                                 *Magdalena Balazinksa, Dan Grossman, and*
                                                   *Nancy Allbritton*
19

20

21

22

23

24

25

26

27

28