HONORABLE JOHN H. CHUN

1

2

3

4

5

UNITED STATES DISTRICT COURT
6
WESTERN DISTRICT OF WASHINGTON
7
AT SEATTLE

8   STUART REGES,

9           *Plaintiff*,

10          v.                                    CASE NO.    2:22–cv–00964–JHC

11   ANA MARI CAUCE, et al.,

                                                  NOTE ON MOTION CALENDAR:
12          *Defendants*.                         April 14, 2023

13

14      **STIPULATED MOTION TO AMEND SCHEDULING ORDER**

15          1.      As permitted by Fed. R. Civ. P. 16(b)(4) and LCR 10(g) and the Court's

16   Minute Order Setting Trial Date and Related Dates ("Scheduling Order," ECF No.

17   32), the parties jointly move the Court to amend the Scheduling Order. The Court

18   may, by order and for good cause, amend a scheduling order. Fed. R. Civ. P.

19   16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the

20   party seeking the amendment." *Rain Gutter Pros, LLC v. MGP Mfg., LLC*, No. C14–

21   0458 RSM, 2015 WL 6030678, at *1 (W.D. Wa. Oct. 15, 2015) (citing *Johnson v.*

22   *Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).

23   STIPULATED MOTION TO AMEND        FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
     SCHEDULING ORDER                 700 Pennsylvania Avenue SE, Suite 340
     (2:22–cv–00964)                  Washington, DC 20003
24   1                                Tel: (215) 717-3473

1   2.  Good cause exists for amending the Scheduling Order because (1) a

2 brief extension of 60 days will permit the parties to schedule depositions near or

3 after the close of the academic year, which will accommodate the significant

4 employment obligations of the parties, all of whom are public university employees

5 with administrative or teaching responsibilities during the academic year, and

6 whose availability will improve when classes are no longer in session; and (2) the

7 parties await the Court's determination on the currently pending motion to dismiss,

8 which will provide the Court's views regarding the viability of Plaintiff's claims as a

9 matter of law, and determine the scope and necessity of discovery.

10   3.  The parties have diligently conducted discovery in this matter, and

11 continue to do so.

12   4.  Having shown good cause, and given the parties' diligence in

13 requesting an amendment three weeks prior to the first deadline, the parties

14 request that the Court grant their Stipulated Motion to Amend the Order Setting

15 Trial and Related Dates, extending the deadlines in the Scheduling Order (ECF No.

16 32) to those proposed in ¶ 5.

17   5.  The parties move for the following amendments to the scheduling

18 order:

19    • Jury Trial Date        January 8, 2024[1]

20    • Deadline for amended pleading    July 3, 2023

21

22

[1] Because 60 days from the current trial date is December 29, 2023—a date that falls between the federal holidays of Christmas Day and New Year's Day—the parties ask for a 70-day extension of the trial date deadline.

STIPULATED MOTION TO AMEND     FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
SCHEDULING ORDER         700 Pennsylvania Avenue SE, Suite 340
(2:22–cv–00964)           Washington, DC 20003
2                   Tel: (215) 717-3473

- Disclosure of expert testimony under Fed. Rule Civ. P. 26(a)(2) — July 3, 2023

- All motions related to discovery must be filed by (LCR 7(d)) — August 1, 2023

- Discovery completed by — September 1, 2023

- All dispositive motions and motions challenging expert witness testimony must be filed by (LCR 7(d)) — October 2, 2023

- Settlement conference held no later than — October 30, 2023

- All motions in limine must be filed by — November 17, 2023

- Agreed pretrial order due — December 10, 2023

- Deposition Designations must be submitted to the Court (not filed on CM/ECF by (LCR 32(e)) — December 12, 2023

- Pretrial conference to be held at 1:30 pm on — December 15, 2023

- Trial briefs, proposed voir dire, jury instructions by — December 22, 2023

DATED: April 14, 2023

Respectfully submitted,

*/s/ Gabriel Walters*
Gabriel Walters*
DC Bar No. 1019272
Joshua T. Bleisch*
IN Bar No. 35859-53; DC Bar No. 90001269
James Diaz*
VT Bar No. 5014
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvane Avenue SE, Suite 340
Washington, DC 20003

Robert A. Bouvatte Jr.
WA Bar No. 50220
ROBERT A. BOUVATTE, PLLC
P.O. Box 14185
Tumwater, WA 98511
Tel: (904) 505-3175
bob@rbouvattepllc.com

STIPULATED MOTION TO AMEND SCHEDULING ORDER
(2:22–cv–00964)
3

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473

Tel: (215) 717-3473
gabe.walters@thefire.org
josh.bleisch@thefire.org
jay.diaz@thefire.org

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff Stuart Reges*

/s/ R. David Hosp
R. David Hosp (*Pro Hac Vice Admission*)
Kristina D. McKenna (*Pro Hac Vice Admission*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone (617) 880–1802
Fax (617) 880–1801
dhosp@orrick.com
kmckenna@orrick.com

Robert M. McKenna (WSBA# 18237)
Aaron Brecher (WSBA# 47212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone (206) 839–4300
Fax (206) 839–4301
rmckenna@orrick.com
abrecher@orrick.com

*Attorneys for Defendants Ana Mari Cauce, Magdalena Balazinska, Dan Grossman, and Nancy Allbritton*

STIPULATED MOTION TO AMEND
SCHEDULING ORDER
(2:22–cv–00964)
4

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473