HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>*Plaintiff,*<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>*Defendants.* | CASE NO.   2:22–cv–00964–JHC<br><br>**STIPULATED MOTION AND ORDER TO AMEND PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>July 17, 2023 |

As permitted by Federal Rule of Civil Procedure 15(a)(2), LCR 7(d)(1), LCR 10(g), LCR 15, and the Court's Minute Order Setting Trial Date and Related Dates, ECF No. 39, Plaintiff Stuart Reges ("Plaintiff") and Defendants Ana Mari Cauce, Nancy Allbritton, Magdalena Balazinska, and Daniel Grossman ("Defendants"), by and through their undersigned counsel, submit this Stipulated Motion to Amend Plaintiff's Complaint. In support of this motion, the parties state that:

**WHEREAS** on July 13, 2022, Plaintiff, Professor Stuart Reges, filed his Complaint for Civil Rights Violations in this action against the Defendants;

**WHEREAS** Plaintiff seeks to file his proposed Amended Complaint, which adds newly discovered facts and prayers for relief related to prospective injunctive

1  relief and damages;

2  **WHEREAS** a copy of Plaintiff's proposed Amended Complaint is attached as
3  Exhibit A, and that copy strikes through the text to be deleted and underlines the
4  text to be added, in compliance with LCR 15;

5  **WHEREAS** Federal Rule of Civil Procedure 15(a)(2) provides that "a party
6  may amend its pleading only with the opposing party's written consent or the court's
7  leave" and that "the court should freely give leave when justice so requires";

8  **WHEREAS** Defendants give their written consent, by and through
9  undersigned counsel, for Plaintiff to amend his Complaint;

10 **WHEREFORE, the Parties hereby jointly request**, by and through their
11 respective undersigned counsel, that:

12   1. The Court grant leave to Plaintiff to file his proposed Amended Complaint
13      and serve it upon all parties via the CM/ECF system within fourteen (14)
14      days of the entry of this Stipulated Motion and its accompanying Order;

15   2. Defendant's responsive pleading be due thirty (30) days after the Amended
16      Complaint is filed and served.

17
    DATED: July 17, 2023          By:    /s/ James M. Diaz
18                                       James M. Diaz*
                                         Foundation for Individual Rights and
19                                          Expression
                                         510 Walnut Street, Suite 1250
20                                       Philadelphia, PA 19106
                                         Tel.: (215) 717-3473
21                                       jay.diaz@thefire.org

22                                       Gabriel Walters*
                                         Joshua T. Bleisch*
23                                       Foundation for Individual Rights and

24

        Expression
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel.: (215) 717-3473
gabe.walters@thefire.org
josh.bleisch@thefire.org
*Admitted *Pro Hac Vice*

Robert A. Bouvatte Jr. (WSBA #50220)
Robert A. Bouvatte, PLLC
PO Box 14185
Tumwater, WA 98511
Tel.: (904) 505-3175
bob@rbouvattepllc.com

*Attorneys for Plaintiff*

By:   */s/ Aaron Brecher* (by authorization)
Aaron Brecher (WSBA #47212)
Robert M. McKenna (WSBA #18327)
Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel.: (206) 839-4300
Fax: (206) 839-4301
abrecher@orrick.com
rmckenna@orrick.com

R. David Hosp*
Kristina D. McKenna*
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel.: (617) 880-1802
Fax: (617) 880-1801
dhosp@orrick.com
kmckenna@orrick.com
*Admitted *Pro Hac Vice*

*Attorneys for Defendants*

Pursuant to the foregoing Stipulated Motion to Amend Plaintiff's Complaint, **IT IS HEREBY ORDERED** that Plaintiff, Stuart Reges, is granted leave to file and to serve upon all parties via CM/ECF his Amended Complaint, a struck-through and underlined copy of which is attached as Exhibit A, within fourteen (14) days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendants' responsive pleading or motion shall be due thirty (30) days after the Amended Complaint is filed and served.

IT IS SO ORDERED.

Dated: July 18, 2023

_____
Hon. John H. Chun
United States District Court Judge

# **CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served by the Court's electronic filing system on July 17, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Robert M. McKenna (WSBA# 18327) | R. David Hosp |
| Aaron Brecher (WSBA# 47212) | Kristina D. McKenna |
| 701 Fifth Avenue, Suite 5600 | 222 Berkeley Street, Suite 2000 |
| Seattle, WA 98104 | Boston, MA 02116 |
| Tel.: (206) 839-4300 | Tel.: (617) 880-1802 |
| Fax: (206) 839-4301 | Fax: (617) 880-1801 |
| rmckenna@orrick.com | dhosp@orrick.com |
| abrecher@orrick.com | kmckenna@orrick.com |

*Attorneys for Defendants*

Dated: July 17, 2023              */s/ James M. Diaz*
                                  James M. Diaz*

                                  *Admitted *Pro Hac Vice*
                                  *Attorney for Plaintiff*