HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>*Plaintiff,*<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>*Defendants.* | CASE NO.   2:22–cv–00964–JHC<br><br>**STIPULATED MOTION TO VACATE AND TO AMEND PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>August 1, 2023 |

As permitted by Federal Rule of Civil Procedure 15(a)(2), LCR 7(d)(1), LCR 10(g), and LCR 15, Plaintiff Stuart Reges ("Plaintiff") and Defendants Ana Mari Cauce, Nancy Allbritton, Magdalena Balazinska, and Daniel Grossman ("Defendants"), by and through their undersigned counsel, submit this motion to vacate this Court's July 18, 2023 Order, ECF No. 43, and to amend Plaintiff's Complaint. After this Court's July 18 order granting Plaintiff leave to file his originally submitted proposed amended complaint, and before he could file that proposed amended complaint, intervening events occurred requiring changes to five of Plaintiff's proposed factual allegations and one prayer for relief. *See* Fed. R. Civ. P.

PLAINTIFF'S MOTION TO VACATE AND TO AMEND THE COMPLAINT
(2:22–cv–00964)
1

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473

1  11(b)(3). Plaintiff, with Defendants' consent, therefore seeks leave to file an updated

2  proposed Amended Complaint.

3      In support of this Motion, the parties state that:

4      **WHEREAS** on July 13, 2022, Plaintiff, Professor Stuart Reges, filed his

5  Complaint for Civil Rights Violations in this action against the Defendants;

6      **WHEREAS** the Parties stipulated to this Court on July 17, 2023, that

7  Plaintiff, with Defendants' consent, moved to file an amended complaint in this

8  action, ECF No. 42;

9      **WHEREAS** the Court granted that stipulation by its July 18, 2023 Order, ECF

10 No. 43;

11     **WHEREAS** allegations 108, 109, 112, 145, and 149, as well as prayer for relief

12 (B), made in the originally submitted proposed amended complaint must be altered

13 because of intervening events;

14     **WHEREAS** the Parties hereby withdraw the prior stipulation, filed July 17,

15 2023, ECF No. 42;

16     **WHEREAS** the Plaintiff seeks now to file the updated proposed Amended

17 Complaint;

18     **WHEREAS** the proposed Amended Complaint updates the originally

19 submitted proposed amended complaint's allegations in paragraphs 108, 109, 112,

20 145, 149 and prayer for relief (B) to accord with intervening events;

21     **WHEREAS** Plaintiff seeks to file his proposed Amended Complaint, which

22 adds newly discovered facts and prayers for relief related to prospective injunctive

PLAINTIFF'S MOTION TO VACATE AND TO AMEND THE COMPLAINT (2:22–cv–00964)

2

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473

relief and damages;

**WHEREAS** a copy of Plaintiff's proposed Amended Complaint is attached as Exhibit A, and that copy strikes through the text to be deleted and underlines the text to be added, in compliance with LCR 15;

**WHEREAS** Federal Rule of Civil Procedure 15(a)(2) provides that "a party may amend its pleading only with the opposing party's written consent or the court's leave" and that "the court should freely give leave when justice so requires";

**WHEREAS** Defendants give their written consent, by and through undersigned counsel, for Plaintiff to amend his Complaint;

**WHEREFORE, the Parties hereby jointly request**, by and through their respective undersigned counsel, that:

1. The Court vacate its July 18, 2023 Order, ECF No. 43;
2. The Court grant Plaintiff leave to file his proposed Amended Complaint and serve it upon all parties via the CM/ECF system within 14 days of the entry of this Stipulated Motion and its accompanying Order;
3. Defendants' responsive pleading be due 30 days after the Amended Complaint is filed and served.

DATED: August 1, 2023     By:     /s/ James M. Diaz
                                  James M. Diaz*
                                  Foundation for Individual Rights and
                                      Expression
                                  510 Walnut Street, Suite 1250
                                  Philadelphia, PA 19106
                                  Tel.: (215) 717-3473
                                  jay.diaz@thefire.org

Gabriel Walters*
Joshua T. Bleisch*
Foundation for Individual Rights and Expression
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel.: (215) 717-3473
gabe.walters@thefire.org
josh.bleisch@thefire.org
*Admitted *Pro Hac Vice*

Robert A. Bouvatte Jr. (WSBA #50220)
Robert A. Bouvatte, PLLC
PO Box 14185
Tumwater, WA 98511
Tel.: (904) 505-3175
bob@rbouvattepllc.com

*Attorneys for Plaintiff*

By:   */s/ Aaron Brecher* (by authorization)
Aaron Brecher (WSBA #47212)
Robert M. McKenna (WSBA #18327)
Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel.: (206) 839-4300
Fax: (206) 839-4301
abrecher@orrick.com
rmckenna@orrick.com

R. David Hosp*
Kristina D. McKenna*
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel.: (617) 880-1802
Fax: (617) 880-1801
dhosp@orrick.com
kmckenna@orrick.com
*Admitted *Pro Hac Vice*

*Attorneys for Defendants*

PLAINTIFF'S MOTION TO VACATE AND TO AMEND THE COMPLAINT
(2:22–cv–00964)
4

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulated Motion to Vacate and to Amend Plaintiff's Complaint, **IT IS HEREBY ORDERED** that Plaintiff, Stuart Reges, is granted leave to file and to serve upon all parties via CM/ECF his Amended Complaint, a struck-through and underlined copy of which is attached as Exhibit A, within 14 days of entry of this Order.

**IT IS FURTHER ORDERED** that Defendants' responsive pleading or motion shall be due 30 days after the Amended Complaint is filed and served.

IT IS SO ORDERED.

Dated: _____          _____
                                          Hon. John H. Chun
                                          United States District Court Judge

# CERTIFICATE OF SERVICE

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served by the Court's electronic filing system on August 1, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Robert M. McKenna (WSBA# 18327) | R. David Hosp |
| Aaron Brecher (WSBA# 47212) | Kristina D. McKenna |
| 701 Fifth Avenue, Suite 5600 | 222 Berkeley Street, Suite 2000 |
| Seattle, WA 98104 | Boston, MA 02116 |
| Tel.: (206) 839-4300 | Tel.: (617) 880-1802 |
| Fax: (206) 839-4301 | Fax: (617) 880-1801 |
| rmckenna@orrick.com | dhosp@orrick.com |
| abrecher@orrick.com | kmckenna@orrick.com |

*Attorneys for Defendants*

Dated: August 1, 2023                     */s/ James M. Diaz*
                                          James M. Diaz*

                                          *Admitted *Pro Hac Vice*
                                          *Attorney for Plaintiff*