HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>*Plaintiff,*<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>*Defendants.* | CASE NO.    2:22–cv–00964–JHC<br><br>NOTE ON MOTION CALENDAR:<br>August 14, 2023 |

### **STIPULATED MOTION TO AMEND SCHEDULING ORDER**

1. As permitted by Fed. R. Civ. P. 16(b)(4) and LCR 10(g) and the Court's Minute Order Setting Trial Date and Related Dates ("Scheduling Order"), ECF No. 39, the parties jointly move the Court to amend the Scheduling Order. The Court may, by order and for good cause, amend a scheduling order. Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Rain Gutter Pros, LLC v. MGP Mfg., LLC*, No. C14–0458 RSM, 2015 WL 6030678, at *1 (W.D. Wa. Oct. 15, 2015) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).

STIPULATED MOTION TO AMEND
SCHEDULING ORDER
(2:22–cv–00964)
1

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473

2.     Good cause exists for amending the Scheduling Order because: (1) Plaintiff filed and served his Amended Complaint on August 1, 2023 and Defendants anticipate submitting a motion to dismiss no later than September 1, 2023; (2) Plaintiff's lead counsel was on medical leave from July 25, 2023 to August 7, 2023; (3) another member of Plaintiff's counsel team is on parental leave until September 5, 2023; (4) an attorney has been added to Plaintiff's counsel team as of August 8, 2023; (5) the parties, although diligently engaging in discovery, are investigating potentially outstanding written discovery and working to schedule additional depositions; (6) a modest extension of approximately 30 days to the unexpired deadlines will provide the parties sufficient time to complete discovery in a manner that serves the interests of justice; and (7) the requested extension will allow new and returning members of Plaintiff's counsel team to thoroughly understand the facts and claims of this case.

3.     The parties have diligently conducted discovery in this matter, and continue to do so.

4.     Having shown good cause, and given the parties' diligence in requesting an amendment one week after Plaintiff's lead counsel returned from medical leave, the parties request that the Court grant their Stipulated Motion to Amend the Order Setting Trial and Related Dates, extending the deadlines in the Scheduling Order, ECF No. 39, to those proposed in ¶ 5.

5.     The parties move for the following amendments to the scheduling order:

STIPULATED MOTION TO AMEND SCHEDULING ORDER
(2:22–cv–00964)
2

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473

- Jury Trial Date | March 18, 2024
- Deadline for amended pleading | July 17, 2023
- Disclosure of expert testimony under Fed. Rule Civ. P. 26(a)(2) | July 17, 2023
- All motions related to discovery must be filed by (LCR 7(d)) | September 15, 2023
- Discovery completed by | October 16, 2023
- All dispositive motions and motions challenging expert witness testimony must be filed by (LCR 7(d)) | November 17, 2023
- Settlement conference held no later than | January 12, 2024
- All motions in limine must be filed by | February 2, 2024
- Agreed pretrial order due | February 23, 2024
- Deposition Designations must be submitted to the Court (not filed on CM/ECF by (LCR 32(e)) | February 26, 2024
- Pretrial conference to be held at 1:30 pm on | March 4, 2024
- Trial briefs, proposed voir dire, jury instructions by | March 11, 2024

Respectfully submitted,

DATED: August 14, 2023          By:     */s/ Gabriel Walters*
                                        Gabriel Walters*
                                        Joshua T. Bleisch*
                                        Foundation for Individual Rights and
                                            Expression
                                        700 Pennsylvania Avenue SE, Suite 340
                                        Washington, DC 20003
                                        Tel.: (215) 717-3473
                                        gabe.walters@thefire.org
                                        josh.bleisch@thefire.org

STIPULATED MOTION TO AMEND SCHEDULING ORDER (2:22–cv–00964)
3

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473

James M. Diaz*
Foundation for Individual Rights and
   Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel.: (215) 717-3473
jay.diaz@thefire.org

*Admitted *Pro Hac Vice*

Robert A. Bouvatte Jr. (WSBA #50220)
Robert A. Bouvatte, PLLC
PO Box 14185
Tumwater, WA 98511
Tel.: (904) 505-3175
bob@rbouvattepllc.com

*Attorneys for Plaintiff*

By:   */s/ Aaron Brecher* (by authorization)
Aaron Brecher (WSBA #47212)
Robert M. McKenna (WSBA #18327)
Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel.: (206) 839-4300
Fax: (206) 839-4301
abrecher@orrick.com
rmckenna@orrick.com

R. David Hosp*
Kristina D. McKenna*
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel.: (617) 880-1802
Fax: (617) 880-1801
dhosp@orrick.com
kmckenna@orrick.com
*Admitted *Pro Hac Vice*

*Attorneys for Defendants*

STIPULATED MOTION TO AMEND
SCHEDULING ORDER
(2:22–cv–00964)
4

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473

## **CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served by the Court's electronic filing system on August 14, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Robert M. McKenna (WSBA# 18327)<br>Aaron Brecher (WSBA# 47212)<br>701 Fifth Avenue, Suite 5600<br>Seattle, WA  98104<br>Tel.: (206) 839-4300<br>Fax: (206) 839-4301<br>rmckenna@orrick.com<br>abrecher@orrick.com | R. David Hosp<br>Kristina D. McKenna<br>222 Berkeley Street, Suite 2000<br>Boston, MA 02116<br>Tel.: (617) 880-1802<br>Fax: (617) 880-1801<br>dhosp@orrick.com<br>kmckenna@orrick.com |

*Attorneys for Defendants*

Dated: August 14, 2023        */s/ Gabriel Z. Walters*
                              Gabriel Z. Walters

                              *Admitted Pro Hac Vice*
                              *Attorney for Plaintiff*
STIPULATED MOTION TO AMEND SCHEDULING ORDER
(2:22–cv–00964)
5

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473