Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

　　　　　Plaintiff,

　　v.

ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DAN GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,

　　　　　Defendants.

Case No. 2:22-cv-00964-JHC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMLAINT**

Noted for Hearing: September 22, 2023

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMIS
Case No. 2:22-cv-00964-JHC

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

This matter came before the Court on Defendants' Motion to Dismiss the Amended Complaint. The Court has considered the Complaint, the motion, documents incorporated by reference in the Complaint, Plaintiff's opposition (if any), and Defendants' reply (if any).

The Court hereby **GRANTS** the motion. Plaintiff has failed to state a claim on which relief can be granted and any amendment would be futile. The Court therefore **DISMISSES** the Complaint **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Entered this __ day of September, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _*s/Robert M. McKenna*_
Robert M. McKenna (WSBA# 18327)
Aaron Brecher (WSBA# 47212)
401 Union Street, Suite 3300
Seattle, WA  98101
Telephone (206) 839-4300
Fax (206) 839-4301
rmckenna@orrick.com
abrecher@orrick.com


R. David Hosp (Admitted *Pro Hac Vice*)
Kristina McKenna (Admitted *Pro Hac Vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone (617) 880-1802
Fax (617) 880-1801
dhosp@orrick.com
kmckenna@orrick.com


*Attorneys for Defendants Ana Mari Cauce, Magdalena Balazinksa, Dan Grossman, and Nancy Allbritton*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
Case No. 2:22-cv-00964-JHC

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300