Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

    Plaintiff,

  v.

ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DANIEL GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,

    Defendants.

Case No. 2:22-cv-00964-JHC

**STIPULATION RENOTING MOTION TO DISMISS AMENDED COMPLAINT**

*CLERK'S ACTION REQUIRED*

The parties stipulate, in accordance with Local Civil Rule 7(l), to renote Defendants' pending Motion to Dismiss Amended Complaint (Dkt. 50) from September 22, 2023 to September 29, 2023. Plaintiff filed his Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint on September 18, 2023 (Dkt. 52). Defendants will file their reply in support of the Motion to Dismiss the Amended Complaint by September 29, 2023.

STIPULATION RENOTING MOTION TO DISMISS AMENDED COMPLAINT
2:22-cv-00964 JHC

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 21, 2023

Foundation for Individual Rights and Expression

By: *s/Gabriel Walters* (by authorization)
    Gabriel Walters (Admitted *Pro Hac Vice*)
    Joshua T. Bleisch (Admitted *Pro Hac Vice*)
    James Diaz (Admitted *Pro Hac Vice*)
    700 Pennsylvania Avenue SE, Suite 340
    Washington, DC 20003
    Telephone (215) 717-3473
    gabe.walters@thefire.org
    josh.bleisch@thefire.org
    jay.diaz@thefire.org
    Robert A. Bouvatte Jr. (WSBA #50220)

    Robert A. Bouvatte, PLLC
    PO Box 14185
    Tumwater, WA 98511
    Telephone (904) 505-3175
    bob@rbourvattepllc.com

*Attorneys for Plaintiff*

By: *s/Robert M. McKenna*
    Robert M. McKenna (WSBA #18327)
    Aaron Brecher (WSBA #47212)
    Orrick, Herrington & Sutcliffe LLP
    401 Union Street, Suite 3300
    Seattle, WA  98101
    Telephone (206) 839-4300
    Fax (206) 839-4301
    rmckenna@orrick.com
    abrecher@orrick.com

    R. David Hosp (Admitted *Pro Hac Vice*)
    Kristina D. McKenna (Admitted *Pro Hac Vice*)
    Orrick, Herrington & Sutcliffe LLP
    222 Berkeley Street, Suite 2000
    Boston, MA 02116
    Telephone (617) 880-1802
    Fax (617) 880-1801
    dhosp@orrick.com
    kmckenna@orrick.com

*Attorneys for Defendants*

STIPULATION RENOTING MOTION TO DISMISS AMENDED COMPLAINT
2:22-cv-00964 JHC

2

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300