HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

*Plaintiff,*

v.

ANA MARI CAUCE, et al.,

*Defendants.*

CASE NO.   2:22–cv–00964–JHC

**STIPULATED MOTION TO AMEND SCHEDULING ORDER**

NOTE ON MOTION CALENDAR:
October 16, 2023

1. As permitted by Fed. R. Civ. P. 16(b)(4) and LCR 10(g) and the Court's Minute Order Setting Trial Date and Related Dates ("Scheduling Order"), ECF No. 49, the parties jointly move the Court to amend the Scheduling Order by adding approximately 30 days to all unexpired deadlines. The Court may, by order and for good cause, amend a scheduling order. Fed. R. Civ. P.16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Rain Gutter Pros, LLC v. MGP Mfg.*, LLC, No. C14–0458 RSM, 2015 WL 6030678, at *1 (W.D. Wash. Oct. 15, 2015) (citing *Johnson v. Mammoth*

STIPULATED MOTION TO AMEND
SCHEDULING ORDER
(2:22–cv–00964)

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473

*Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).

2. Good cause exists for amending the Scheduling Order because the parties are working to schedule the depositions of the University of Washington's corporate representatives under Federal Rule of Civil Procedure 30(b)(6). These witnesses are state employees with full-time responsibilities and preexisting travel obligations. Because of these responsibilities and obligations, the witnesses are not available to sit for deposition prior to October 20, 2023, the current discovery deadline.

3. The parties have diligently conducted discovery in this matter, including the notice of a Rule 30(b)(6) deposition of the University of Washington on September 19, 2023, and by meeting and conferring regarding the topics to cover at that deposition on September 26, October 6, and October 12, 2023. The parties have also exchanged supplemental productions of documents as recently as September 15, 2023 (Defendants' eighth production) and September 20, 2023 (Plaintiff's sixth production).

4. A modest extension of approximately 30 days to the unexpired deadlines will provide the parties sufficient time to complete discovery in a manner that serves the interests of justice.

5. Having shown good cause and given the parties' continued diligence in completing discovery, the parties request that the Court grant their Stipulated Motion to Amend the Order Setting Trial and Related Dates, extending the deadlines in the Minute Order, ECF No. 49, to those proposed in ¶ 6.

STIPULATED MOTION TO AMEND SCHEDULING ORDER (2:22–cv–00964) 2

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473

6. The parties now move for the following amendments to the scheduling order:

- Jury Trial Date — April 17, 2024
- Discovery completed by — November 20, 2023
- All dispositive motions and motions challenging expert witness testimony must be filed by (LCR 7(d)) — December 20, 2023
- Settlement conference held no later than — February 19, 2024
- All motions in limine must be filed by — March 6, 2024
- Agreed pretrial order due — March 27, 2024
- Deposition Designations must be submitted to the Court (not filed on CM/ECF by (LCR 32(e)) — March 29, 2024
- Pretrial conference to be held at on — April 3, 2024
- Trial briefs, proposed voir dire, jury instructions by — April 10, 2024

Respectfully submitted,

DATED: October 16, 2023     By:     */s/ Gabriel Walters*
                                    Gabriel Walters*
                                    Joshua T. Bleisch*
                                    Foundation for Individual Rights and
                                        Expression
                                    700 Pennsylvania Avenue SE, Suite 340
                                    Washington, DC 20003
                                    Tel.: (215) 717-3473
                                    gabe.walters@thefire.org
                                    josh.bleisch@thefire.org

STIPULATED MOTION TO AMEND SCHEDULING ORDER
(2:22–cv–00964)
3

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473

James M. Diaz*
Foundation for Individual Rights and
   Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel.: (215) 717-3473
jay.diaz@thefire.org

*Admitted *Pro Hac Vice*

Robert A. Bouvatte Jr. (WSBA #50220)
Robert A. Bouvatte, PLLC
PO Box 14185
Tumwater, WA 98511
Tel.: (904) 505-3175
bob@rbouvattepllc.com

*Attorneys for Plaintiff*

By:    */s/ Aaron Brecher* (by authorization)
Aaron Brecher (WSBA #47212)
Robert M. McKenna (WSBA #18327)
Orrick, Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Tel.: (206) 839-4300
Fax: (206) 839-4301
abrecher@orrick.com
rmckenna@orrick.com

R. David Hosp*
Kristina D. McKenna*
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
Tel.: (617) 880-1802
Fax: (617) 880-1801
dhosp@orrick.com
kmckenna@orrick.com
*Admitted *Pro Hac Vice*

*Attorneys for Defendants*

STIPULATED MOTION TO AMEND
SCHEDULING ORDER
(2:22–cv–00964)
4

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473

## **CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served by the Court's electronic filing system on October 16, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Robert M. McKenna (WSBA# 18327) | R. David Hosp |
| Aaron Brecher (WSBA# 47212) | Kristina D. McKenna |
| 701 Fifth Avenue, Suite 5600 | 222 Berkeley Street, Suite 2000 |
| Seattle, WA 98104 | Boston, MA 02116 |
| Tel.: (206) 839-4300 | Tel.: (617) 880-1802 |
| Fax: (206) 839-4301 | Fax: (617) 880-1801 |
| rmckenna@orrick.com | dhosp@orrick.com |
| abrecher@orrick.com | kmckenna@orrick.com |

*Attorneys for Defendants*

Dated: October 16, 2023         */s/ Gabriel Walters*
                                Gabriel Walters*

                                *Admitted *Pro Hac Vice*
                                *Attorney for Plaintiff*

STIPULATED MOTION TO AMEND SCHEDULING ORDER
(2:22–cv–00964)
5

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473