Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

    Plaintiff,

v.

ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DANIEL GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,

    Defendants.

Case No. 2:22-cv-00964-JHC

**NOTICE OF WITHDRAWAL OF KRISTINA D. MCKENNA**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Kristina D. McKenna of Orrick, Herrington & Sutcliffe LLP withdraws as counsel for Defendants Ana Mari Cause, Magdalena Balazinska, Dan Grossman, and Nancy Allbritton ("Defendants"). Defendants remain represented by Robert M. McKenna, Aaron Brecher, and R. David Hosp of Orrick, Herrington & Sutcliffe LLP.

NOTICE OF WITHDRAWAL OF KRISTINA D. MCKENNA
Case No. 2:22-cv-00964-JHC

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

DATED this 7th day of November, 2023.

                    Respectfully submitted,

                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                    By: _s/Robert M. McKenna_
                          Robert M. McKenna (WSBA# 18327)
                          Aaron Brecher (WSBA# 47212)
                          401 Union Street, Suite 3300
                          Seattle, WA  98101
                          Telephone (206) 839-4300
                          Fax (206) 839-4301
                          rmckenna@orrick.com

                          R. David Hosp (*Pro Hac Vice Admission*)
                          222 Berkeley Street, Suite 2000
                          Boston, MA 02116
                          Telephone (617) 880-1802
                          Fax (617) 880-1801
                          dhosp@orrick.com

                    *Attorneys for Defendants Ana Mari Cauce, Magdalena Balazinska, Dan Grossman, and Nancy Allbritton*

                    By: _s/Kristina D. McKenna_
                          Kristina D. McKenna (*Pro Hac Vice*)

                    *Withdrawing Attorney for Defendants Ana Mari Cauce, Magdalena Balazinska, Dan Grossman, and Nancy Allbritton*

NOTICE OF WITHDRAWAL OF KRISTINA D. MCKENNA
Case No. 2:22-cv-00964-JHC

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300