# Exhibit List

## Declaration of Gabriel Walters

*Reges v. Cauce, et al.,*
No. 2:22-cv-00964-JHC

| Exhibit | Description | Bates No. |
|---|---|---|
| A | Excerpts - Deposition of Fed. R. Civ. Pro. 30(b)(6) Designee Chadwick Allen | |
| B | Office of Minority Affairs & Diversity – Land Acknowledgment Statement | |
| C | Defendants Ana Mari Cauce, Nancy Allbritton, Magdalena Balazinska, and Daniel Grossman's Responses to Plaintiff's First Set of Requests For Admission | |
| D | Email correspondence dated Jan. 13, 2022 from M. Balazinska to M. Richards | UW_Reges 0001615-0001621 |
| E | CSE 143 Syllabus | UW_Reges 0001397-0001398 |
| F | Email correspondence dated Jan. 4, 2022 from S. Reges to M. Balazinska | UW_Reges 0000062-0000066 |
| G | Excerpts - Deposition of Magdalena Balazinska | |
| H | Email correspondence dated Jan. 4, 2022 from M. Balazinska to D. Ratner | UW_Reges 0001063 |
| I | Email correspondence dated Jan. 4, 2022 from M. Balazinska to D. Grossman | UW_Reges 0002406 |

| J | Email correspondence dated Jan. 4, 2022 from M. Balazinska to A. Trilles | UW_Reges 0000032-0000034 |
|---|---|---|
| K | Faculty Code and Governance § 25 | |
| L | Email correspondence dated Jan. 4, 2022 from M. Balazinska to A. Trilles | UW_Reges 0001424 |
| M | Washington Univ. Website Notice of Course Syllabus Removal | UW_Reges 0001802 |
| N | Email correspondence dated Jan. 4, 2022 from M. Balazinska to T. Kohno | UW_Reges 0005353-0005362 |
| O | Statement on X (Twitter) dated Jan. 4, 2022 | |
| P | Text of M. Balazinska response to reporters dated Jan. 7, 2022 | UW_Reges 0001294 |
| Q | Email correspondence dated Jan. 4, 2022 from D. Grossman | UW_Reges 0005997-0006000 |
| R | Email correspondence dated Jan. 5, 2022 from M. Balazinska to CSE 143 Roster | UW_Reges 0000607 |
| S | Email correspondence dated Jan. 6, 2022 from M. Balazinska to S. Reges | UW_Reges 0001714-0001718 |
| T | Defendant Magdalena Balazinska's Responses To Plaintiff's First Set Of Interrogatories | |
| U | Defendant Daniel Grossman's Responses To Plaintiff's First Set Of Interrogatories | |
| V | Excerpts - Deposition of Stuart Reges | |
| W | Email correspondence dated Jan. 7, 2022 from Student | UW_Reges 0005255-0005256 |

| X | Email correspondence dated Jan. 7, 2022 from D. Grossman to M. Natsuhara | UW_Reges 0002570-0002573 |
|---|---|---|
| Y | Deposition of D. Grossman | |
| Z | Email correspondence dated Jan. 9, 2022 from M. Balazinska to D. Grossman | UW_Reges 0002587-0002588 |
| AA | Email correspondence dated Jan. 7, 2022 from M. Balazinska to H. Schafer | UW_Reges 0005132-0005133 |
| BB | Email correspondence dated Jan. 12, 2022 from J. Hiigli to Student | UW_Reges 0005232-0005234 |
| CC | Email dated February 23, 2022 from S. Reges to Diversity-Allies Listserv | UW_Reges 0000974 |
| DD | Email correspondence dated February 25, 2022 from N. Allbritton to M. Balazinska | UW_Reges 0004330-0004332 |
| EE | Email correspondence dated March 2, 2022 from M. Balazinska to S. Reges | UW_Reges 0001018-0001021 |
| FF | Letter dated March 2, 2022 from M. Balazinska to S. Reges | UW_Reges 0000898-0000900 |
| GG | Presidential Executive Order No. 31 | |
| HH | Email correspondence dated March 10, 2022 from M. Balazinska to S. Reges | UW_Reges 0001071-0001073 |
| II | Letter dated March 9, 2022 from M. Balazinska to S. Reges | UW_Reges 0000896-0000897 |
| JJ | Excerpts - Deposition of Nancy Allbritton | |

| KK | Email correspondence dated April 21, 2022 from N. Allbritton to S. Reges | UW_Reges 0007693-0007695 |
| LL | Letter dated July 11, 2022 from N. Allbritton to L. Mackenzie, et al. | UW_Reges 0000887-0000890 |
| MM | Email dated July 11, 2022 from N. Allbritton to L. Mackenzie, et al. | UW_Reges 0000884 |
| NN | Letter from K. Shuster | UW_Reges 0000885 |
| OO | Defendant Nancy Allbritton's Responses to Plaintiff's First Set of Interrogatories | |
| PP | Excerpts - Deposition of Eric Schnapper | |
| QQ | Letter dated June 13, 2023 from N. Allbritton to S. Reges | |
| RR | Draft Report by L. Mackenzie | UW_Reges 0008751-0008773 |
| SS | Email dated June 7, 2022 from N. Allbritton to Engineering Listserv | UW_Reges 0004324-0004325 |