*Reges v. Cauce, et al.*

# Exhibit F
# to Declaration of
# Gabriel Walters

Message

**From:** Magdalena Balazinska [magda@cs.washington.edu]
**Sent:** 1/4/2022 6:17:48 PM
**To:** karentb [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e102d320c3c9454ea0d486a71bb54840-karentb]; Daniel M. Ratner [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a720149a750b4e5fa3806935d7dd4665-dratner]; Nancy Allbritton [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2da0d76f5bd746ed8cfcc80d152b825a-nlallbr]; Aileen V. Trilles [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4fab89859216472581aa81b3eb6c40e1-avt]; Philip J. Reid [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a632622c2de84374a9cb1e0641e0f2f1-pjreid]
**Subject:** Fwd: Land acknowledgment statement in your course syllabus

Hi Karen, Dan, Nancy, Aileen, and Phil,

I feel like the statement below is above my pay grade and I need a higher-level UW expert to chime in.

thanks,
magda

---------- Forwarded message ---------
From: **Stuart Reges** <reges@cs.washington.edu>
Date: Tue, Jan 4, 2022 at 6:11 PM
Subject: Re: Land acknowledgment statement in your course syllabus
To: Magdalena Balazinska <magda@cs.washington.edu>
Cc: karentb <karentb@uw.edu>, DANIEL M. RATNER <dratner@uw.edu>, Philip J. Reid <pjreid@uw.edu>

That expresses a particular political viewpoint. If you're going to allow people to include that, then you need to allow me to include mine. So I'll say again that if you tell all winter instructors that they must remove any land acknowledgment, then I will comply.

--Stuart

On Tue, 4 Jan 2022, Magdalena Balazinska wrote:

> Hi Stuart,
>
> Here it is:
> https://www.washington.edu/omad/about-omad/
>
> magda
>
>
> On Tue, Jan 4, 2022 at 5:59 PM Stuart Reges <reges@cs.washington.edu> wrote:
> There is no UW land acknowledgment as far as I know.
>

Ex. No. 4 Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

UW_Reges_ 0000062

> --Stuart
>
> On Tue, 4 Jan 2022, Magdalena Balazinska wrote:
>
> > Dear Stuart,
> >
> > I will ask any instructor who uses a land acknowledgment other
> than the UW
> > land acknowledgment to remove or replace it.
> >
> > thanks,
> > magda
> >
> > On Tue, Jan 4, 2022 at 5:48 PM Stuart Reges
> <reges@cs.washington.edu> wrote:
> > You haven't addressed the issue of consistency. If you
> instruct
> > all of
> > the winter CSE instructors to remove any land
> acknowledgment
> > from their
> > syllabus then I will comply. But if you are asking me
> and only
> > me to
> > remove my land acknowledgment, then the answer is no.
> >
> > --Stuart
> >
> > On Tue, 4 Jan 2022, Magdalena Balazinska wrote:
> >
> > > Dear Stuart,
> > >
> > > I acknowledge your view point on land acknowledgments.
> I'm
> > sorry if I missed
> > > that you actually planned to include this offensive
> statement
> > in your course
> > > syllabus this quarter. I recall that you wanted to
> discuss
> > land
> > > acknowledgments. An in person discussion with
> colleagues is
> > certainly a good
> > > place to have these conversations.
> > >
> > > I'm not asking you to change the recording of your
> first
> > lecture. I'm asking
> > > you to change the pdf of the course syllabus that is
> posted on
> > the course

UW_Reges_ 0000063

> > > website.
> > >
> > > thanks,
> > > magda
> > >
> > >
> > >
> > > On Tue, Jan 4, 2022 at 4:57 PM Stuart Reges
> > <reges@cs.washington.edu> wrote:
> > > I'm disappointed that you did not discuss this
> with me
> > last
> > > month when I
> > > emailed the faculty mailing list and said that I
> planned
> > to
> > > include my
> > > version of the land acknowledgment on my winter
> syllabus
> > for
> > > cse143. I
> > > thought it was best to get feedback before the
> quarter
> > began. I
> > > mentioned
> > > that it is listed as a best practice on our
> diversity
> > resource
> > > page. You
> > > had said that you didn't want to have any email
> > discussion of
> > > it. I said
> > > that I would be happy to discuss it in person
> with
> > anyone who
> > > was
> > > interested and I even offered to help organize a
> > meeting, but
> > > nobody
> > > responded.
> > >
> > > Here's the problem that I have. I have been
> encouraged
> > to
> > > include a land
> > > acknowledgment. I have done that. Now you want
> me to
> > remove it
> > > because
> > > you find it offensive. I think you need to have
> a
> > consistent

UW_Reges_ 0000064

> > > policy on
> > > this. Other CSE instructors have included land
> > > acknowledgments. Are you
> > > asking them to remove theirs as well? If not,
> then I
> > don't
> > > understand the
> > > justification for treating me differently
> because I have
> > a
> > > different
> > > viewpoint on this subject.
> > >
> > > It isn't really possible to eliminate it at this
> point.
> > The
> > > syllabus is
> > > shown in the first recorded lecture for the
> course. So
> > I'm
> > > going to leave
> > > it in place for now. As I said, I would be
> happy to
> > discuss
> > > this in
> > > person with you or anyone else who wants to
> participate.
> > >
> > > --Stuart
> > >
> > > On Tue, 4 Jan 2022, Magdalena Balazinska wrote:
> > >
> > > > Hi Stuart,
> > > >
> > > > I ask that you remove the "land
> acknowledgment"
> > statement from
> > > your course
> > > > syllabus immediately. It is offensive and it
> creates a
> > toxic
> > > environment in
> > > > your course, which is a required course in our
> major.
> > > >
> > > > You are welcome to voice your opinion and
> opposition
> > to land
> > > > acknowledgments, as you have, in other
> settings. The
> > current
> > > statement in

UW_Reges_ 0000065

> > > > your course syllabus is inappropriate and must
> be
> > removed.
> > > >
> > > > For context, I'm attaching the course syllabus
> that I
> > just
> > > downloaded from
> > > > your course website.
> > > >
> > > > regards,
> > > > magda
> > > >
> > > >
> > > >
> > >
> > >
> > >
> >
> >
> >
>
>
>

UW_Reges_ 0000066