*Reges v. Cauce, et al.*

# Exhibit H
# to Declaration of
# Gabriel Walters

Message

| | |
|---|---|
| From: | Magdalena Balazinska [magda@cs.washington.edu] |
| Sent: | 1/4/2022 5:05:33 PM |
| To: | Daniel M. Ratner [dratner@uw.edu] |
| CC: | karentb [karentb@uw.edu] |
| Subject: | Re: Land acknowledgement |

Thanks Dan. I had not seen it. I knew that Stuart included this in his email signature but didn't realize he also put this in his syllabus.

Honestly, I find that this is an issue that we need to raise with HR and with OMA&D. I find that the university is set up in such a way that we can't do anything against the types of behaviors that Stuart and Pedro are exhibiting.

magda

On Tue, Jan 4, 2022 at 8:09 AM Daniel M. Ratner <dratner@uw.edu> wrote:
> Hey there-
>
> I just wanted to make sure you had both seen this:
>
> https://www.reddit.com/r/udub/comments/rvjw5m/stuart_reges_version_of_the_land_acknowledgement/
>
> -Dan

Ex. No. 10 Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR