*Reges v. Cauce, et al.*

# Exhibit I
# to Declaration of
# Gabriel Walters

Ex. No. 11  Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

Message

| | |
|---|---|
| **From:** | Magdalena Balazinska [magda@cs.washington.edu] |
| **Sent:** | 1/4/2022 5:19:47 PM |
| **To:** | Dan Grossman [djg@cs.washington.edu] |
| **CC:** | Kristin Osborne [kristin@cs.washington.edu]; Tadayoshi Kohno [yoshi@cs.washington.edu]; Ed Lazowska [lazowska@cs.washington.edu] |
| **Subject:** | Re: Land acknowledgement |

I'm taking the package of both Stuart's and Pedro's behaviors and I'm going to escalate it with the dean to the provost and other UW-level authorities. I copied DanG as well. I'll keep everyone else posted.

I'm tired of the fact that UW rules are such that we can't actually do anything about this type of behavior.

magda

On Tue, Jan 4, 2022 at 9:17 AM Dan Grossman <djg@cs.washington.edu> wrote:

Not many.

Course content should be related to the course -- extraneous political content is inappropriate and we can step in if it occurs. The "battle he wants to have" is to say that land acknowledgements are precisely that and, in his view, no syllabi should have them. But since they're recommended as an optional best practice, he wants to prove a point by putting in his own contradictory one. And here we are. He would gladly refuse to change it and/or write an article about how we was forced to change it.

Is this a battle to pick? Maybe.

--Dan

On Tue, Jan 4, 2022 at 9:12 AM Kristin Osborne <kristin@cs.washington.edu> wrote:
Are there rules about this kind of thing, or no?

On Tuesday, January 4, 2022, Magdalena Balazinska <magda@cs.washington.edu> wrote:
And this on top of the other stuff.

---------- Forwarded message ----------
From: **Daniel M. Ratner** <dratner@uw.edu>
Date: Tue, Jan 4, 2022 at 8:09 AM
Subject: Land acknowledgement
To: Magdalena Balazinska <magda@cs.washington.edu>, karentb <karentb@uw.edu>

Hey there-

I just wanted to make sure you had both seen this:

https://www.reddit.com/r/udub/comments/rvjw5m/stuart_reges_version_of_the_land_acknowledgement/

-Dan

--
Kristin Osborne (she/her)
Communications Manager
Paul G. Allen School of Computer Science & Engineering
University of Washington
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me on campus on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
*The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.*