*Reges v. Cauce, et al.*

# Exhibit J
# to Declaration of
# Gabriel Walters

Message
_____

| | |
|---|---|
| **From:** | Magdalena Balazinska [magda@cs.washington.edu] |
| **Sent:** | 1/4/2022 5:56:14 PM |
| **To:** | Aileen V. Trilles [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4fab89859216472581aa81b3eb6c40e1-avt] |
| **CC:** | Daniel M. Ratner [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a720149a750b4e5fa3806935d7dd4665-dratner]; karentb |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=e102d320c3c9454ea0d486a71bb54840-karentb]; Nancy Allbritton |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=2da0d76f5bd746ed8cfcc80d152b825a-nlallbr]; Philip J. Reid |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a632622c2de84374a9cb1e0641e0f2f1-pjreid] |
| **Subject:** | Re: Land acknowledgment statement in your course syllabus |

ok. Thank you, Aileen.

On Tue, Jan 4, 2022 at 5:54 PM Aileen V. Trilles <avt@uw.edu> wrote:

Dear Magda,

The next steps would remain with the 25-71 standard of conduct process. Depending on the outcome, we may be able to reinforce this with backing from UCIRO (i.e. provided EO 31 applies), a recommendation from a special investigating committee (SIC) or other outcome (i.e. resolution agreement).

I will send a copy of the 25-71 notification to you shortly.

Aileen

**Aileen V. Trilles** (she/her/hers)
Senior Director of Human Resources
College of Engineering, Dean's Office
374 Loew Hall, Box 352180
University of Washington
Seattle, WA 98195-2180
EM:  avt@uw.edu
**In person: Monday, Tuesday and Thursday. Telework: Wednesday and Friday**

**W** UNIVERSITY *of* WASHINGTON

*The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations, on whose traditional lands we study, work and live.*

Ex. No.3 Date: 6-20-23
Wit-
Peggy Fritschy Hamilton, RPR

**From:** Magdalena Balazinska <magda@cs.washington.edu>
**Sent:** Tuesday, January 4, 2022 5:47 PM
**To:** Daniel M. Ratner <dratner@uw.edu>; karentb <karentb@uw.edu>; Nancy Allbritton <nlallbr@uw.edu>;

UW_Reges_0000032

Philip J. Reid <pjreid@uw.edu>; Aileen V. Trilles <avt@uw.edu>
**Subject:** Fwd: Land acknowledgment statement in your course syllabus

Dear Dan, Karen, Nancy, and Aileen,

What are the next steps if Stuart refuses to make the change as per his response below?

thanks,

magda

--------- Forwarded message ---------
From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Tue, Jan 4, 2022 at 5:03 PM
Subject: Re: Land acknowledgment statement in your course syllabus
To: Stuart Reges <reges@cs.washington.edu>
Cc: karentb <karentb@uw.edu>, DANIEL M. RATNER <dratner@uw.edu>, Philip J. Reid <pjreid@uw.edu>

Dear Stuart,

I acknowledge your view point on land acknowledgments. I'm sorry if I missed that you actually planned to include this offensive statement in your course syllabus this quarter. I recall that you wanted to discuss land acknowledgments. An in person discussion with colleagues is certainly a good place to have these conversations.

I'm not asking you to change the recording of your first lecture. I'm asking you to change the pdf of the course syllabus that is posted on the course website.

thanks,

magda

On Tue, Jan 4, 2022 at 4:57 PM Stuart Reges <reges@cs.washington.edu> wrote:

> I'm disappointed that you did not discuss this with me last month when I
> emailed the faculty mailing list and said that I planned to include my
> version of the land acknowledgment on my winter syllabus for cse143.  I
> thought it was best to get feedback before the quarter began.  I mentioned
> that it is listed as a best practice on our diversity resource page.  You
> had said that you didn't want to have any email discussion of it.  I said
> that I would be happy to discuss it in person with anyone who was
> interested and I even offered to help organize a meeting, but nobody
> responded.

UW_Reges_0000033

UW_Reges_ 0000033

Here's the problem that I have.  I have been encouraged to include a land
acknowledgment.  I have done that.  Now you want me to remove it because
you find it offensive.  I think you need to have a consistent policy on
this.  Other CSE instructors have included land acknowledgments.  Are you
asking them to remove theirs as well?  If not, then I don't understand the
justification for treating me differently because I have a different
viewpoint on this subject.

It isn't really possible to eliminate it at this point.  The syllabus is
shown in the first recorded lecture for the course.  So I'm going to leave
it in place for now.  As I said, I would be happy to discuss this in
person with you or anyone else who wants to participate.

--Stuart

On Tue, 4 Jan 2022, Magdalena Balazinska wrote:

> Hi Stuart,
>
> I ask that you remove the "land acknowledgment" statement from your course
> syllabus immediately. It is offensive and it creates a toxic environment in
> your course, which is a required course in our major.
>
> You are welcome to voice your opinion and opposition to land
> acknowledgments, as you have, in other settings. The current statement in
> your course syllabus is inappropriate and must be removed.
>
> For context, I'm attaching the course syllabus that I just downloaded from
> your course website.
>
> regards,
> magda
>
>
>