*Reges v. Cauce, et al.*

# Exhibit L
# to Declaration of
# Gabriel Walters

Message
___

**From:** Magdalena Balazinska [magda@cs.washington.edu]
**Sent:** 1/4/2022 11:42:48 PM
**To:** Aileen V. Trilles [avt@uw.edu]; nlallbr [nlallbr@uw.edu]
**Subject:** Fwd: Land acknowledgment statement in your course syllabus
**Attachments:** CSE143-syllabus-Winter2022.pdf


---------- Forwarded message ---------
From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Tue, Jan 4, 2022 at 3:40 PM
Subject: Land acknowledgment statement in your course syllabus
To: Stuart Reges <reges@cs.washington.edu>
Cc: karentb <karentb@uw.edu>, DANIEL M. RATNER <dratner@uw.edu>, Philip J. Reid <pjreid@uw.edu>

Hi Stuart,

I ask that you remove the "land acknowledgment" statement from your course syllabus immediately. It is offensive and it creates a toxic environment in your course, which is a required course in our major.

You are welcome to voice your opinion and opposition to land acknowledgments, as you have, in other settings. The current statement in your course syllabus is inappropriate and must be removed.

For context, I'm attaching the course syllabus that I just downloaded from your course website.

regards,
magda

Ex. No. 12  Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

UW_Reges_0001424

UW_Reges_0001424