# *Reges v. Cauce, et al.*

# Exhibit M to Declaration of Gabriel Walters

Ex. No. 14  Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

https://courses.cs.washington.edu/courses/cse143/22wi/handouts/01.pdf

of 1                                                    − | +  Automatic Zoom ⌄

Note:  The course syllabus has been temporarily removed due
to offensive statements.
We apologize for the inconvenience.

UW_Reges_0001802
UW_Reges_ 0001802