*Reges v. Cauce, et al.*

# Exhibit N
# to Declaration of
# Gabriel Walters

Message
_____

**From:**      Magdalena Balazinska [magda@cs.washington.edu]
**Sent:**      1/5/2022 1:16:40 AM
**To:**        Tadayoshi Kohno [yoshi@cs.washington.edu]
**CC:**        Kristin Osborne [kristin@cs.washington.edu]; Ed Lazowska [lazowska@cs.washington.edu]; Dan Grossman
               [djg@cs.washington.edu]; Janice Cuny [jcuny@cs.washington.edu]
**Subject:**   Re: CSE 143's Indigenous Land Acknowledgement Issue and Faculty Accountability
**Attachments:** image.png

Thanks. What I'm looking for is when the recommendation to include a land acknowledgment was made to instructors.

magda

On Tue, Jan 4, 2022 at 5:14 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
  Thanks Magda! This is the phrasing that OMA&D uses: https://www.washington.edu/omad/about-omad/

  On Tue, Jan 4, 2022 at 5:06 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
  These might work, although it's several hundred people, so it might be blocked as spam.

  More urgent question: Does someone have handy the link to the resources with the exact land
  acknowledgement that UW recommends instructors add to their course syllabus? I'd like to dig up the exact
  recommendation that was given to instructors.

  magda

  On Tue, Jan 4, 2022 at 5:01 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
  Oh, gosh, good question. For a message to all CSE students, I wonder if Dan Ratner would like to be
  involved? Or the main person at UW related to UW tribal relations?

  On Tue, Jan 4, 2022 at 4:57 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
  Thanks! Now I would like to email the students in CSE143, but I won't have permission to do so... Is there
  another way that we could notify students? Should I email all undergrads? That might be overkill? What do
  you think?

  magda

  On Tue, Jan 4, 2022 at 4:53 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
  Twitter reply done.

  **Kristin Osborne (she/her)**
  **Communications Manager**
  **Paul G. Allen School of Computer Science & Engineering**
  **University of Washington**
  206.616.7479
  www.cs.washington.edu

  

  **SCHEDULE:** My hybrid work schedule means you will typically find me on campus
  on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may

be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
**The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.**

On Tue, Jan 4, 2022 at 4:40 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
PErfect! Go!

On Tue, Jan 4, 2022 at 4:37 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
Can I hit reply to the tweet to (hopefully) head off another Twitter storm at the pass? Do you want me to note that while we correct it, it is no longer online? It could say the following:

We became aware of this offensive statement a few hours ago, were horrified by it, and are working on getting it removed from the syllabus. Meanwhile, we have removed the document from the course website.

Or something to that effect. I don't think people can cry "censorship!" in this instance.
**Kristin Osborne (she/her)**
**Communications Manager**
**Paul G. Allen School of Computer Science & Engineering**
**University of Washington**
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me on campus on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
**The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.**

On Tue, Jan 4, 2022 at 4:33 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
The error message is now up!
https://courses.cs.washington.edu/courses/cse143/22wi/handouts/01.pdf

On Tue, Jan 4, 2022 at 4:30 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
Syllabus is down.
https://courses.cs.washington.edu/courses/cse143/22wi/handouts/01.pdf

I asked Aaron T to replace it with an error message document. That's not up yet, but at least the syllabus is gone.

magda

On Tue, Jan 4, 2022 at 4:11 PM Ed Lazowska <lazowska@cs.washington.edu> wrote:
Ditto.

UW_Reges_0005354

(Geez, you turn away for 30 minutes and all hell breaks loose around here!)

On Tue, Jan 4, 2022 at 4:06 PM Dan Grossman <djg@cs.washington.edu> wrote:

I approve of it.  Wait for Magda.

On Tue, Jan 4, 2022 at 4:05 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
Can I post this in response to that Twitter thread (as a reply, not as a stand-alone)?

We became aware of this offensive statement a few hours ago, were horrified by it, and are working on getting it removed from the syllabus.

There is some urgency because people are starting to retweet. We can deal with any follow-on outrage afterwards. But all of the above is true and correct, yes?

**Kristin Osborne (she/her)**
**Communications Manager**
**Paul G. Allen School of Computer Science & Engineering**
**University of Washington**
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me on campus on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
*The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.*

On Tue, Jan 4, 2022 at 4:03 PM Dan Grossman <djg@cs.washington.edu> wrote:

My point was to *definitely* send that email or whatever updates we have today.  But if you're about to time-out and things are still in motion, then perhaps also send a shorter "I will get back to you tonight email."

On Tue, Jan 4, 2022 at 4:01 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
Thanks Dan! And not this email: https://docs.google.com/document/d/1ULzsX12OXDqHkcqVOMJF_AVaKS_lkVVJE0BR3I4g3vw/edit. I think this email is pretty good, and has the last paragraph that Magda added -- I just didn't know if she wanted to add more about the web page and I also wanted to check the part of my text that was still in "suggest" mode.

Thanks!
Yoshi

Confidential

On Tue, Jan 4, 2022 at 3:59 PM Dan Grossman <djg@cs.washington.edu> wrote:

Maybe you could send them, "Thank you for your concern.  Like you I'm horrified.  We are actively working on this, after learning about it a few hours ago, and I will write you back with more substance later this evening."

On Tue, Jan 4, 2022 at 3:58 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
  Thanks Magda for the note! I think this means that I should not send the email to the students yet? I have a meeting at 4 (until probably 4:30), and then more conflicts at 5pm (until ~8pm), so I'd prefer to email the students either before 4pm or right after 4:30pm. But I'll keep this window open, actually, just in case a message arrives and I may try to send the email to the students before 4:30 (if you think it looks okay to send).

  Thank you!
  Yoshi


On Tue, Jan 4, 2022 at 3:51 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
  I'm going to have CSE IT remove the syllabus now.... hold tight.

  On Tue, Jan 4, 2022 at 3:49 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
    Thank you all for the edits to the email! Kristin, I made one more edit, per your suggestion. Magda, with this edit, is my email okay to send? Or would you like me to include in my email to the students a copy of your email to Stuart? I'm inclined not to include your email because I don't know if the students will ask for more or less.

    The email URL: https://docs.google.com/document/d/1ULzsX12OXDqHkcqVOMJF_AVaKS_lkVVJE0BR3I4g3vw/edit.

    Thank you!
    Yoshi


    On Tue, Jan 4, 2022 at 3:47 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
      I just emailed Stuart and copied higher ups. Yoshi: In response to students, you can copy and paste my email. Here it is:

      Hi Stuart,

      I ask that you remove the "land acknowledgment" statement from your course syllabus immediately. It is offensive and it creates a toxic environment in your course, which is a required course in our major.

      You are welcome to voice your opinion and opposition to land acknowledgments, as you have, in other settings. The current statement in your course syllabus is inappropriate and must be removed.

      For context, I'm attaching the course syllabus that I just downloaded from your course website.

Confidential

regards,
magda

On Tue, Jan 4, 2022 at 3:32 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
I have to admit, I am a bit worried about how he uses pronouns...has that come
up? Because we could go for a trifecta here (sarcasm).

**Kristin Osborne (she/her)**
**Communications Manager**
**Paul G. Allen School of Computer Science & Engineering**
**University of Washington**
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me
on campus on Monday and Thursday; I work remotely Tuesday,
Wednesday and Friday. I may be required to occasionally adjust this
schedule based on business needs. Email is generally the most reliable
way to reach me regardless of the day of the week.
*The University of Washington acknowledges the Coast Salish peoples of this land, the*
*land which touches the shared waters of all tribes and bands within the Suquamish,*
*Tulalip, and Muckleshoot nations.*

On Tue, Jan 4, 2022 at 3:28 PM Ed Lazowska <lazowska@cs.washington.edu> wrote:
Joining late - in a meeting. Apologies if this has already been answered, but yes, his UW
email has had that land use acknowledgement for some time now. Here's an email he sent
to the entire faculty in October, for example:

--------- Forwarded message ---------
From: Stuart Reges <reges@cs.washington.edu>
Date: Thu, Oct 28, 2021 at 8:28 PM
Subject: today's presentation
To: faculty <faculty@cs.washington.edu>

I was very disappointed with the ideological bias of today's presentation
at the faculty meeting.  The "training" included an obsequious land
acknowledgment, a recommendation to view the world through the liberal
lens of power relationships, an absurd claim that wanting to be color
blind and to view the human race as one and believing that all lives
matter are all racist attitudes that lead to violence, a scenario
involving preferred pronouns that implied that those who resist this new
rule of etiquette should be shamed, and a boosting of the questionable
theory of microaggressions including a claim that it is inappropriate to
compliment a colleague's mastery of English.

I would hope that in the future we don't use the official faculty meeting
time for such a partisan exercise and that at a minimum, we should warn
people what to expect and make it clear that listening to this kind of
gibberish is entirely optional.

Confidential

--Stuart

I acknowledge that by the labor theory of property the Coast Salish people
can claim historical ownership of almost none of the land currently
occupied by the University of Washington.

On Tue, Jan 4, 2022 at 3:24 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
> This could be a problem:
> https://twitter.com/OAlannah/status/1478505208602791936

**Kristin Osborne (she/her)**
**Communications Manager**
**Paul G. Allen School of Computer Science & Engineering**
**University of Washington**
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me
on campus on Monday and Thursday; I work remotely Tuesday,
Wednesday and Friday. I may be required to occasionally adjust this
schedule based on business needs. Email is generally the most reliable
way to reach me regardless of the day of the week.
*The University of Washington acknowledges the Coast Salish peoples of this land, the*
*land which touches the shared waters of all tribes and bands within the Suquamish,*
*Tulalip, and Muckleshoot nations.*

On Tue, Jan 4, 2022 at 3:14 PM Magdalena Balazinska <magda@cs.washington.edu>
wrote:
> I added a paragraph about the official complaint.

On Tue, Jan 4, 2022 at 3:12 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
> Yes, agree completely! I'm surprised they have not, but perhaps they think this
> is the appropriate complaint mechanism.
**Kristin Osborne (she/her)**
**Communications Manager**
**Paul G. Allen School of Computer Science & Engineering**
**University of Washington**
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find
me on campus on Monday and Thursday; I work remotely Tuesday,
Wednesday and Friday. I may be required to occasionally adjust this
schedule based on business needs. Email is generally the most
reliable way to reach me regardless of the day of the week.

UW_Reges_0005358

*The University of Washington acknowledges the Coast Salish peoples of this land,
the land which touches the shared waters of all tribes and bands within the
Suquamish, Tulalip, and Muckleshoot nations.*

On Tue, Jan 4, 2022 at 3:09 PM Magdalena Balazinska <magda@cs.washington.edu>
wrote:
> We should ask the students to submit official complaints. That helps us to take action.
> Let me check your draft.

> On Tue, Jan 4, 2022 at 2:53 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
>> What an odd way to go through life…

>> Kristin Osborne (she/her)
>> Communications Manager
>> Paul G. Allen School of Computer Science & Engineering
>> University of Washington
>> 206.616.7479
>> www.cs.washington.edu



>> **SCHEDULE:** My hybrid work schedule means you will typically find
>> me on campus on Monday and Thursday; I work remotely Tuesday,
>> Wednesday and Friday. I may be required to occasionally adjust this
>> schedule based on business needs. Email is generally the most
>> reliable way to reach me regardless of the day of the week.
>> *The University of Washington acknowledges the Coast Salish peoples of this land,
>> the land which touches the shared waters of all tribes and bands within the
>> Suquamish, Tulalip, and Muckleshoot nations.*

>> On Tue, Jan 4, 2022 at 2:41 PM Dan Grossman <djg@cs.washington.edu> wrote:
>>> I happened to just get an email from him a few minutes ago on an entirely unrelated
>>> subject also sent to Crystal, Hunter, and Brett and this was not in it, so I am
>>> *guessing* that he has been adding it to emails when he wants to rather than almost
>>> all of them.

>>> On Tue, Jan 4, 2022 at 2:38 PM Kristin Osborne <kristin@cs.washington.edu>
>>> wrote:
>>>> FYI, that group of students who emailed Yoshi includes undergrads, not just
>>>> Ph.D. students.

>>>> Does anyone know if that signature Dan refers to appears in all emails sent
>>>> from Stuart's official CSE account, including to his TAs, students and
>>>> external people? Seems odd he would just include it in emails to faculty,
>>>> though perhaps he only communicates with students via Canvas or
>>>> whatever? I'm not privy to how that whole system works. Could be a
>>>> problem, though if he did include it, I would be surprised to only hear about
>>>> it now.

>>>> Kristin Osborne (she/her)

UW_Reges_0005359

**Communications Manager**
**Paul G. Allen School of Computer Science & Engineering**
**University of Washington**
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me on campus on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
*The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.*

On Tue, Jan 4, 2022 at 2:24 PM Dan Grossman <djg@cs.washington.edu> wrote:

I don't think we're in a position right now to commit to anything, but among us, I do think emailing the students (and TAs) in the class is something within our rights to do.  It would be unprecedented and surely would have repercussions, but I think we should consider it "on the table".  I think I wouldn't respond to the students on this particular point.

--Dan

On Tue, Jan 4, 2022 at 2:19 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
They have also sent a follow up message, below. I'm not sure what response to send to students in his class or the entire CSE community.

---------- Forwarded message ---------
From: **Naveena Karusala** <navcenak@cs.washington.edu>
Date: Tue, Jan 4, 2022 at 2:12 PM
Subject: Re: CSE 143's Indigenous Land Acknowledgement Issue and Faculty Accountability
To: Pratyush Patel <patelp1@cs.washington.edu>
Cc: Tadayoshi Kohno <yoshi@cs.washington.edu>, Yasaman Sefidgar <einsian@cs.washington.edu>, Marissa Radensky <radensky@cs.washington.edu>, Christopher Kang <ck32@cs.washington.edu>, Liwei Jiang <lwjiang@cs.washington.edu>


Hi Yoshi,

We also request that it be made clear to his students that this was harmful, incorrect, an abuse of power, and not condoned by the CSE community, as well as what steps are being taken towards repair. We were only able to bring this to your attention because of students in his class speaking out about it and they are the

ones affected most, so we wanted to make sure this is part of leadership's plan to respond.

Thank you,
DEI Student Members

On Tue, Jan 4, 2022 at 2:03 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
 Thank you! I made an edit to reflect that. (But I'll still wait to send just in case.)

 Thanks!!
 Yoshi


On Tue, Jan 4, 2022 at 1:55 PM Dan Grossman <djg@cs.washington.edu> wrote:

 The one bit of fact I'd propose adding is that we only found about the fact that this was in his syllabus this morning (at least that's when I found out). He's been including it in an email footer at least for emails sent to faculty for a while, but syllabus is different. I don't mean to sound defensive, but we can't yet be "doing nothing" on this particular forced-battle.

 On Tue, Jan 4, 2022 at 1:51 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
  The PhD students wrote me today (email below). I have drafted a reply, but I wanted to make sure others saw it first (since I am not the one directly interacting with COE/UW).

  My draft: https://docs.google.com/document/d/1ULzsX12OXDqHkcqVOMJF_AVaKS_lkVVJE0BR3I4g3vw/edit.

  Thank you!
  Yoshi


  ---------- Forwarded message ---------
  From: **Pratyush Patel** <patelp1@cs.washington.edu>
  Date: Tue, Jan 4, 2022 at 1:10 PM
  Subject: CSE 143's Indigenous Land Acknowledgement Issue and Faculty Accountability
  To: Tadayoshi Kohno <yoshi@cs.washington.edu>
  Cc: Yasaman Sefidgar <einsian@cs.washington.edu>, Naveena Karusala <naveenak@cs.washington.edu>, Marissa Radensky <radensky@cs.washington.edu>, Christopher Kang <ck32@cs.washington.edu>, Liwei Jiang <lwjiang@cs.washington.edu>


  Hi Yoshi,

It has come to our knowledge, via public forums, that the CSE 143 course led by Stuart Reges is using the following as it's Indigenous Land Acknowledgement, as mentioned on it's official course handout:

**Indigenous Land Acknowledgement**
I acknowledge that by the labor theory of property the Coast Salish people can claim historical ownership of almost none of the land currently occupied by the University of Washington..

We are deeply concerned about this offensive language, and particularly so because it appears in the intro-to-CS course, where students, including those from under-represented indigenous communities, first encounter CS and the Allen School culture. We call for immediate removal of this bigoted statement and replacing it with a statement acknowledging the right of ingenious people to the land taken from them through years of colonialism.

Stuart Reges has repeatedly expressed prejudiced views where he has no right to do so. He is no expert in the topic of indigenous rights yet he has formally and publicly expressed his unsubstantiated perspective into a UW class syllabus, thus harming students in the course and beyond (note that by emboldening the few biased students the harm goes on beyond the course). This clearly contradicts the Allen School's promise for creating an inclusive environment. We are very disappointed by the School's inaction, especially because our requests and proposals for effective accountability mechanisms have been repeatedly dismissed. We believe lack of strict accountability is partly the reason that Stuart and others openly engage in harming other members of the community. We hope to formally have stricter accountability mechanisms in place to deter such situations from arising again.

Thank you,
DEI Student Committee

Confidential