*Reges v. Cauce, et al.*

# Exhibit O
# to Declaration of
# Gabriel Walters

Allen School on X: "@OAlannah We became aware of this offensive st…nwhile, we have removed the document from the course website." / X

Case 2:22-cv-00964-JHC   Document 62-14   Filed 12/18/23   Page 2 of 3

12/8/23, 11:12 AM

Post

**Allen School**
@uwcse

We became aware of this offensive statement a few hours ago, were horrified by it, and are working on getting it removed from the syllabus. Meanwhile, we have removed the document from the course website.

7:47 PM · Jan 4, 2022

**10** Quotes   **22** Likes   **1** Bookmark

1

**Who can reply?**
Accounts @OAlannah follows or mentioned can reply

### New to X?
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

**Allen School**
@uwcse

Follow

The Paul G. Allen School of Computer Science & Engineering educates tomorrow's innovators while developing solutions to humanity's greatest challenges.

Trends are unavailable.

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2023 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

Case 2:22-cv-00964-JHC    Document 62-14    Filed 12/18/23    Page 3 of 3