*Reges v. Cauce, et al.*

# Exhibit P
# to Declaration of
# Gabriel Walters

Message

| | |
|---|---|
| **From:** | Magdalena Balazinska [magda@cs.washington.edu] |
| **Sent:** | 1/7/2022 11:18:29 PM |
| **To:** | exec - Mailing List [exec@cs.washington.edu] |
| **Subject:** | Copy of response to reporters |

"The University of Washington is committed to providing an inclusive and equitable learning environment. The statement Stuart Reges included in his syllabus was inappropriate, offensive and not relevant to the content of the course he teaches. The invocation of Locke's labor theory of property dehumanizes and demeans Indigenous people and is contrary to the long-standing relationship and respect the UW has with and for the Coast Salish peoples and the federally recognized tribes within the state of Washington.

The Allen School and the UW reserve the right to amend academic materials in this way, as the syllabus for an intro to computer programming course is not the appropriate place or manner for a debate about land acknowledgements. Reges' statement, in fact, is not a land acknowledgement — and neither the UW nor the Allen School require a land acknowledgement to be included in a course syllabus. It first came to our attention due to student complaints and has already created a significant disruption to the academic purpose of the course.

Reges can and has expressed personal views with which the Allen School and the UW profoundly disagree on other platforms. However, a syllabus is not the appropriate place to express personal views unrelated to the course he is teaching."

Ex. No. 7  Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR