*Reges v. Cauce, et al.*

# Exhibit Q
# to Declaration of
# Gabriel Walters

Message

Ex. No. 17 Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

**From:** Magdalena Balazinska [magda@cs.washington.edu]
**Sent:** 1/4/2022 11:13:55 PM
**To:** Kristin Osborne [kristin@cs.washington.edu]
**CC:** Dan Grossman [djg@cs.washington.edu]; Tadayoshi Kohno [yoshi@cs.washington.edu]; Ed Lazowska [lazowska@cs.washington.edu]; Janice Cuny [jcuny@cs.washington.edu]
**Subject:** Re: CSE 143's Indigenous Land Acknowledgement Issue and Faculty Accountability

I added a paragraph about the official complaint.

On Tue, Jan 4, 2022 at 3:12 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
Yes, agree completely! I'm surprised they have not, but perhaps they think this is the appropriate complaint mechanism.

Kristin Osborne (she/her)
Communications Manager
Paul G. Allen School of Computer Science & Engineering
University of Washington
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me on campus on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
**The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.**

On Tue, Jan 4, 2022 at 3:09 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
We should ask the students to submit official complaints. That helps us to take action. Let me check your draft.

On Tue, Jan 4, 2022 at 2:53 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
What an odd way to go through life...

Kristin Osborne (she/her)
Communications Manager
Paul G. Allen School of Computer Science & Engineering
University of Washington
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me on campus on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
**The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.**

On Tue, Jan 4, 2022 at 2:41 PM Dan Grossman <djg@cs.washington.edu> wrote:

I happened to just get an email from him a few minutes ago on an entirely unrelated subject also sent to Crystal, Hunter, and Brett and this was not in it, so I am *guessing* that he has been adding it to emails when he wants to rather than almost all of them.

On Tue, Jan 4, 2022 at 2:38 PM Kristin Osborne <kristin@cs.washington.edu> wrote:
FYI, that group of students who emailed Yoshi includes undergrads, not just Ph.D. students.

Does anyone know if that signature Dan refers to appears in all emails sent from Stuart's official CSE account, including to his TAs, students and external people? Seems odd he would just include it in emails to faculty, though perhaps he only communicates with students via Canvas or whatever? I'm not privy to how that whole system works. Could be a problem, though if he did include it, I would be surprised to only hear about it now.

**Kristin Osborne (she/her)**
**Communications Manager**
**Paul G. Allen School of Computer Science & Engineering**
**University of Washington**
206.616.7479
www.cs.washington.edu



**SCHEDULE:** My hybrid work schedule means you will typically find me on campus on Monday and Thursday; I work remotely Tuesday, Wednesday and Friday. I may be required to occasionally adjust this schedule based on business needs. Email is generally the most reliable way to reach me regardless of the day of the week.
**The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip, and Muckleshoot nations.**

On Tue, Jan 4, 2022 at 2:24 PM Dan Grossman <djg@cs.washington.edu> wrote:

I don't think we're in a position right now to commit to anything, but among us, I do think emailing the students (and TAs) in the class is something within our rights to do. It would be unprecedented and surely would have repercussions, but I think we should consider it "on the table". I think I wouldn't respond to the students on this particular point.

--Dan

On Tue, Jan 4, 2022 at 2:19 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
They have also sent a follow up message, below. I'm not sure what response to send to students in his class or the entire CSE community.

---------- Forwarded message ---------
From: **Naveena Karusala** <naveenak@cs.washington.edu>
Date: Tue, Jan 4, 2022 at 2:12 PM
Subject: Re: CSE 143's Indigenous Land Acknowledgement Issue and Faculty Accountability
To: Pratyush Patel <patelp1@cs.washington.edu>

Cc: Tadayoshi Kohno <yoshi@cs.washington.edu>, Yasaman Sefidgar <einsian@cs.washington.edu>, Marissa Radensky <radensky@cs.washington.edu>, Christopher Kang <ck32@cs.washington.edu>, Liwei Jiang <lwjiang@cs.washington.edu>

Hi Yoshi,

We also request that it be made clear to his students that this was harmful, incorrect, an abuse of power, and not condoned by the CSE community, as well as what steps are being taken towards repair. We were only able to bring this to your attention because of students in his class speaking out about it and they are the ones affected most, so we wanted to make sure this is part of leadership's plan to respond.

Thank you,
DEI Student Members

On Tue, Jan 4, 2022 at 2:03 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
Thank you! I made an edit to reflect that. (But I'll still wait to send just in case.)

Thanks!!
Yoshi


On Tue, Jan 4, 2022 at 1:55 PM Dan Grossman <djg@cs.washington.edu> wrote:

The one bit of fact I'd propose adding is that we only found about the fact that this was in his syllabus this morning (at least that's when I found out). He's been including it in an email footer at least for emails sent to faculty for a while, but syllabus is different. I don't mean to sound defensive, but we can't yet be "doing nothing" on this particular forced-battle.

On Tue, Jan 4, 2022 at 1:51 PM Tadayoshi Kohno <yoshi@cs.washington.edu> wrote:
The PhD students wrote me today (email below). I have drafted a reply, but I wanted to make sure others saw it first (since I am not the one directly interacting with COE/UW).

My draft: https://docs.google.com/document/d/1ULzsX12OXDqHkcqVOMJF_AVaKS_lkVVJE0BR3I4g3vw/edit.

Thank you!
Yoshi


---------- Forwarded message ---------
From: **Pratyush Patel** <patelp1@cs.washington.edu>
Date: Tue, Jan 4, 2022 at 1:10 PM
Subject: CSE 143's Indigenous Land Acknowledgement Issue and Faculty Accountability
To: Tadayoshi Kohno <yoshi@cs.washington.edu>
Cc: Yasaman Sefidgar <einsian@cs.washington.edu>, Naveena Karusala <naveenak@cs.washington.edu>, Marissa Radensky <radensky@cs.washington.edu>, Christopher Kang <ck32@cs.washington.edu>, Liwei Jiang <lwjiang@cs.washington.edu>

Hi Yoshi,

It has come to our knowledge, via public forums, that the CSE 143 course led by Stuart Reges is using the following as it's Indigenous Land Acknowledgement, as mentioned on it's official course handout:

> **Indigenous Land Acknowledgement**
> I acknowledge that by the labor theory of property the Coast Salish people can claim historical ownership of almost none of the land currently occupied by the University of Washington..

We are deeply concerned about this offensive language, and particularly so because it appears in the intro-to-CS course, where students, including those from under-represented indigenous communities, first encounter CS and the Allen School culture. We call for immediate removal of this bigoted statement and replacing it with a statement acknowledging the right of ingenious people to the land taken from them through years of colonialism.

Stuart Reges has repeatedly expressed prejudiced views where he has no right to do so. He is no expert in the topic of indigenous rights yet he has formally and publicly expressed his unsubstantiated perspective into a UW class syllabus, thus harming students in the course and beyond (note that by emboldening the few biased students the harm goes on beyond the course). This clearly contradicts the Allen School's promise for creating an inclusive environment. We are very disappointed by the School's inaction, especially because our requests and proposals for effective accountability mechanisms have been repeatedly dismissed. We believe lack of strict accountability is partly the reason that Stuart and others openly engage in harming other members of the community. We hope to formally have stricter accountability mechanisms in place to deter such situations from arising again.

Thank you,
DEI Student Committee