*Reges v. Cauce, et al.*

# Exhibit R
# to Declaration of
# Gabriel Walters

Message

**From:** Magdalena Balazinska [magda@cs.washington.edu]
**Sent:** 1/5/2022 6:39:51 PM
**To:** cse143a_wi22@u.washington.edu
**CC:** Crystal Eney [ceney@cs.washington.edu]; Jenifer Hiigli [jenifer@cs.washington.edu]
**Subject:** CSE 143 Syllabus

Dear CSE143 students and staff,

Yesterday, it was brought to my attention that the CSE143 syllabus contained an offensive statement under the heading of "Indigenous Land Acknowledgment". I apologize for that. It is extremely important to me and other faculty in the Allen School that CSE 143, and all our classes, be inclusive environments.

We have now updated the course syllabus to remove the statement.

In spite of this incident, I would like to assure everyone that they can expect to be treated fairly and respectfully in this class. If anyone has experiences to the contrary, I encourage you to submit a complaint through one of the following channels. These complaints are taken very seriously. Please pick the channel that you are most comfortable with:

- 
- Allen School Anonymous Feedback form. Please note that by virtue of being anonymous, this form makes it impossible for us to get back to you. It is a one-way communication channel: https://www.cs.washington.edu/community-feedback
- 
- 
- College of Engineering bias incident reporting: https://www.engr.washington.edu/bias
- 
- 
- University of Washington incident reporting tool: https://report.bias.washington.edu/submit

Additionally, our undergraduate advisors (ugrad-advising@cs.washington.edu) and myself are available to talk with you, so please do not hesitate to reach out.

Again, on behalf of the Allen School, I sincerely apologize for this incident.

Regards,
Magda

Magdalena Balazinska (*she/her/hers*)
Professor and Director, Paul G. Allen School of Computer Science & Engineering
University of Washington

Ex. No. 16 Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR