*Reges v. Cauce, et al.*

# Exhibit V
# to Declaration of
# Gabriel Walters

```
               UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
-----------------------------------------------------------
                                   )
STUART REGES,                      ) No. 2:22-cv-00964-JHC
                                   )
           Plaintiff,              )
                                   )
      v.                           )
                                   )
ANA MARI CAUCE, in her             )
official capacity as               )
President of the University        )
of Washington; MAGDALENA           )
BALAZINKSKA, in her official       )
and individual capacities as       )
Director of the Paul G. Allen      )
School of Computer Science &       )
Engineering; DANIEL GROSSMAN,      )
in his official and individual     )
capacities as Vice Director        )
of the Paul G. Allen School        )
of Computer Science &              )
Engineering; and NANCY             )
ALLBRITTON, in her official        )
and individual capacities as       )
Dean of the College of             )
Engineering,                       )
                                   )
           Defendants.             )
                                   )
-----------------------------------------------------------

          DEPOSITION UPON ORAL EXAMINATION OF

                     STUART REGES

-----------------------------------------------------------



REPORTED BY:  Thad Byrd, CCR
REPORTED ON:  August 22, 2023
```



```
 1                    EXAMINATION INDEX
 2   Witness:
 3        STUART REGES
 4   Examination By:                            Page
 5        MR. HOSP                              6 - 134
 6
 7                    EXHIBIT INDEX
 8   No.         Description                    Page
 9   1           University Best Practices      33
10   2           Journal Entry Dated 10/8/21    49
11   3           Journal Entry Dated 10/25/21   54
12   4           Journal Entry Dated 10/29/21   62
13   5           Journal Entry Dated 11/5/21    68
14   6           Journal Entry Dated 12/8/21    73
15   7           Email Beginning from Ed Lazowska   80
                 Dated 12/9/2021 Re: Diversity-
16               Allies Post
17   8           CSE 143 Syllabus               81
18   9           Journal Entry Dated 1/4/22     84
19   10          Email Beginning from Magdalena   95
                 Balazinska Dated 1/4/2022
20               Re: Land Acknowledgment
                 Statement
21
     11          Email Beginning from Stuart    100
22               Reges Dated 1/6/2022
                 Re: Land Acknowledgment Statement
23
     12          Announcement to Students About   108
24               Availability of Another Section
25
```



                                                          Page 4
1    No.          Description                          Page
2    13           Journal Entry Dated 1/10/22          110
3    14           Quillette Article by Stuart          118
                  Reges
4
     15           Journal Entry Dated 1/12/22          119
5
     16           Journal Entry Dated 1/14/22          124
6
     17           Journal Entry Dated 1/18/22          127
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 40

```
 1                  MR. WALTERS:  Object to form.  You can
 2   answer.
 3   A.   No.
 4   Q.   Why not?
 5   A.   These are political statements.  In general, I don't
 6   like to include political statements in my syllabus.  The
 7   first statement says this is due to a lack of sufficient
 8   past efforts by the field toward even greater diversity,
 9   equity and inclusion.
10        That's a very loaded political statement that says
11   that we have failed.  We have not done enough to further
12   their idea of diversity, equity and inclusion.  That's a
13   very deeply political statement.
14   Q.   And -- but you didn't include a counter statement;
15   correct?
16   A.   No.
17   Q.   Why not?
18   A.   For one thing, students tend to ignore all of this
19   stuff.  It's like, you know, if I ask you to -- have you
20   read the terms and conditions?  Of course, we all just
21   click without reading.
22        I don't think students read this.  I think that it's
23   -- it should be understood that of course my goal is for
24   the course to be a course where everybody can succeed.  I
25   do say things along those lines in my first meeting with
```



Page 70

1   already talked to William about this, and he thinks I

2   shouldn't do that.  Do you see that?

3   A.   Yes.

4   Q.   You say that you might include the land

5   acknowledgment on your syllabus next quarter to see if

6   anyone complains.  Were you anticipating that people

7   might complain?

8   A.   Yes.

9   Q.   Okay.  And why did you feel that people might

10  complain?

11  A.   My land acknowledgment is a parody.  I intended to

12  make fun of land acknowledgments.

13  Q.   And you felt that some people might find that

14  offensive?

15  A.   Yes.

16  Q.   You say, I've already talked to William about this,

17  and he doesn't think I should do that.  Who is William?

18  A.   William is my boyfriend.

19  Q.   He says, I think -- pardon me.  You say, he thinks I

20  shouldn't purposely offend my students, and I understand

21  that and agree to a certain extent.  Do you see that?

22  A.   Yes.

23  Q.   Okay.  So William believed that including it on the

24  syllabus would offend your students?

25  A.   Yes.



1  Q.    In the next sentence you say, but I have my doubts
2  about whether it is really a good idea to do so.  Do you
3  see that?
4  A.    Yes.
5  Q.    Why did you indicate that you had doubts about
6  whether it was really a good idea to do so?
7  A.    I really wanted to have to explore this issue with
8  the faculty rather than bringing my students into it.
9  That was my strong preference, and so it was a way of
10 saying I'd like to hear from all of you.
11     I'd like you to let me know what you think.  I would
12 have preferred to have a faculty discussion of the issue
13 before winter quarter.
14 Q.    Why did you want to have the conversation with the
15 faculty before bringing your students into it?
16 A.    It would be an opportunity to bring up the issue of
17 land acknowledgments.  I think that the idea -- I think
18 that it was a novel idea to include a conservative
19 version of a land acknowledgment.
20     And I think it allowed many people to perhaps
21 question the value of land acknowledgments on the
22 syllabus.  I would have preferred to have that discussion
23 in December before the winter quarter.
24 Q.    Was your hesitation also based on the fact that you
25 understood that there would be potentially many students



1  A.   I don't grade the students, so it's a -- it really

2  doesn't change my workload.

3  Q.   Okay.  And did the creation of the additional

4  section impact your pay at all?

5  A.   No.

6  Q.   Okay.  In what way, if any, did the creation of the

7  additional section cause any harm for you?

8  A.   Well, we -- it was an unprecedented thing to have.

9  You're calling it a third section.  It wasn't a third

10  section.  It was an independent course.  I mean, it was

11  run separately.

12      In the 18 years that I had taught at the University

13  of Washington, that was the first time we had ever done

14  that, the first time ever.

15      It created some controversy within the TA community.

16  You know, these TAs were going to work for Hunter.  These

17  TAs were working for Stuart.  Those are -- those are

18  problems that I had to deal with.

19  Q.   When you say that those were problems that you had

20  to deal with, in what way did that harm you?

21  A.   The TA community is like my life's work.  It's the

22  thing that I'm most known for in the computer science

23  education community.

24      At all three schools where I've taught, I've set up

25  TA programs that continue to this day in pretty much the



Page 133

1   answer.

2   A.   Yes.

3   Q.   Okay.  And can you explain that a bit more?

4   A.   They were clearly very upset.  They claimed that my

5   land acknowledgment was offensive and created a toxic

6   environment.

7        If they believed what they were saying, then it

8   seems that they would not want me to do it again in

9   spring quarter in teaching the 142 course.

10       So it would have been -- I mean, there's lots of

11   ways a scenario like that could play out, but one of the

12   ways it might play out is that they would take the course

13   away from me.

14   Q.   Okay.  And at some point, you did indicate to the

15   faculty that you intended to include the statement again

16   on your course syllabus; is that right?

17   A.   Yes.

18   Q.   And did they take the 142 class away from you?

19   A.   No.  They created a shadow class.

20   Q.   And when you say a shadow class, you mean another

21   section that students could opt into rather than having

22   you be their professor?

23   A.   Another unprecedented situation where there was a

24   competing section, and in the case of the spring course

25   with different policies, different assignments, different



Page 134

1  exams, so that's not just another section.

2  Q.   Did you teach any introductory courses in the fall

3  of 2022?

4  A.   Fall of 2022?  I believe -- I don't remember off the

5  top of my head.  I think I had taught the 143 course that

6  quarter, but I don't remember for sure.

7  Q.   Okay.  And did you include --

8  A.   Oh, no.  I didn't because I know that Hunter taught

9  that course in fall of -- oh, in 2022?  I have to get my

10 dates right here.  Fall of 2022 I taught the 143 course,

11 yes.

12 Q.   Okay.  And did you include the land -- your land

13 acknowledgment statement on your syllabus?

14 A.   Yes.

15 Q.   And was there a separate section for that course?

16 A.   No.

17 Q.   Okay.

18          MR. WALTERS:  Just a note, David, that we're

19 at 2:32, and I don't mean to stop you if you're in the

20 middle of a document or a line of questioning.  I just

21 want to make you aware.

22          MR. HOSP:  Yeah, no.  This is a fine time to

23 wrap it up for today and come back tomorrow morning.

24          THE VIDEOGRAPHER:  Okay.  This concludes

25 Volume 1 in the continuing deposition of Stuart Reges.



```
                 UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
   ---------------------------------------------------------
                                    )
   STUART REGES,                    )  No. 2:22-cv-00964-JHC
                                    )
            Plaintiff,              )
                                    )
        v.                          )
                                    )
   ANA MARI CAUCE, in her           )
   official capacity as            )
   President of the University     )
   of Washington; MAGDALENA        )
   BALAZINKSKA, in her official    )
   and individual capacities as    )
   Director of the Paul G. Allen   )
   School of Computer Science &    )
   Engineering; DANIEL GROSSMAN,   )
   in his official and individual  )
   capacities as Vice Director     )
   of the Paul G. Allen School     )
   of Computer Science &           )
   Engineering; and NANCY          )
   ALLBRITTON, in her official     )
   and individual capacities as    )
   Dean of the College of          )
   Engineering,                    )
                                    )
            Defendants.             )
                                    )
   ---------------------------------------------------------

              DEPOSITION UPON ORAL EXAMINATION OF

                   STUART REGES, Vol. 2

   ---------------------------------------------------------



   REPORTED BY:  Thad Byrd, CCR
   REPORTED ON:  August 23, 2023
```



Page 184

1    for me to pursue my protest that involves the land

2    acknowledgment.

3    Q.   Because they hadn't taken any action when you posted

4    your land acknowledgment in this particular instance?

5                MR. WALTERS:  Object to form.  You can

6    answer.

7    A.   They hadn't done anything recently, yeah.

8    Q.   Okay.

9    A.   Well, including the posting of the land

10   acknowledgment for spring quarter.

11   Q.   Right, so at this point, what were you protesting?

12   A.   Well, it's the protest all along.  I mean, my

13   version of the land acknowledgment, as I've said before,

14   is a parody.

15       I was making fun of land acknowledgments, and I was

16   trying to generate a discussion or, you know, make people

17   think about are these land acknowledgments a good idea?

18   And so the more I could get people to think about that

19   and -- you know, it was a good thing.

20   Q.   I thought the protest was about your not being

21   permitted to post what you felt was a more conservative

22   version of the land acknowledgment statement?

23               MR. WALTERS:  Object to form.

24   A.   That was part of it, yeah.  I mean, the -- I think

25   that -- well, I've written about this before.  I think I



Page 185

1   found a vulnerability in the diversity, equity, inclusion

2   agenda that was being pursued in The Allen School.

3        I think it hadn't occurred to them.  I think that

4   sometimes people are so caught up in this ideology that

5   they don't even realize when they're being political.

6        I don't think it occurred to them that it was

7   dangerous to ask faculty to post a political statement on

8   their syllabus.

9        When I took them up on it and posted something that

10  was not the kind of politics they approve of, that's when

11  they freaked out.

12  Q.   But at this point when you wrote this entry, you

13  were being permitted to post your land acknowledgment

14  statement; correct?

15            MR. WALTERS:   Object to form.

16  A.   Yes.

17  Q.   So what were you protesting at this point?

18  A.   Well, there's this broader protest of hypocrisy,

19  censorship, the pressure to conform, that one is only

20  allowed to say certain things, so this was kind of an

21  experiment.  I put together something that is totally in

22  line with what the Diversity-Allies mailing list is

23  about.

24        Posting resources is one of the first things that's

25  mentioned on the things that are appropriate to post



Page 233

1   to --

2   A.   The next bullet.

3   Q.   (Continuing) -- the fourth bullet point at this

4   point?

5   A.   Yeah.

6   Q.   Okay.

7   A.   Well, did you not -- I mean, I can --

8   Q.   Yeah, no.  I just want the record to be clear.

9   A.   Right.  I do not believe Aileen Trilles was there.

10  Q.   Okay.  With respect to the fifth bullet point --

11  A.   Okay.

12  Q.   (Continuing) -- are there factual issues with which

13  you disagree or factual statements with which you would

14  disagree?

15  A.   Well, these -- much of this is a quotation directly

16  from the letter itself.  I think they have quoted

17  directly from the letter, so I -- and it looks like -- it

18  looks like it's quoted correct.

19       So I'm on the top of page 5 now.  I disagree with

20  the sentence that I did not propose any alternative

21  resolution.  I have always proposed to Magda that if she

22  forbids land acknowledgments for -- you know, for all

23  faculty, that I will stop using mine.  That has always

24  been a proposal of mine from January onward.

25  Q.   Okay.  And I think that's it for the factual

