*Reges v. Cauce, et al.*

# Exhibit W
# to Declaration of
# Gabriel Walters

Message

From: █████████████████████
Sent: 1/7/2022 6:13:36 PM
To: Magdalena Balazinska [magda@cs.washington.edu]
Subject: Re: [143b] Additional offering of CSE143 available



Ex. No. 18  Date: 6-79-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

Hello!

I just had a quick question about the new offering. Would the way the course is taught be the same as it currently is with Reges? I.e. same website, same grading system, etc. if not, what would be different other than the instructor?

Thank you!
███████

On Fri, Jan 7, 2022 at 9:52 AM Magdalena Balazinska <magda@cs.washington.edu> wrote:
Dear CSE143 Students,

We are opening a new offering of CSE143, which will run independently of the current course with a different instructor. This course offering will have one lecture section, meeting 2:30-3:20 on MWF on the time schedule. However, lectures will be pre-recorded (from Fall 2021) with the lecture time being used for synchronous Q&A. Therefore, time conflicts will be waived if necessary. The course will start remote, but we are looking for a classroom.

To switch to this new offering, please fill out this form by noon Saturday. You do not need to take any other action beyond the form. You do not need to drop your current CSE143. We apologize for the very short timeframe, but we have limited time to launch this offering. It is your choice whether you wish to switch.

There will not be any additional fees charged for switching to the new offering. We will handle the official registration changes for you in the coming days.

If you switch to this new offering, your Tuesday/Thursday recitation section and TA will also change. We will let you know your recitation section time as soon as possible. (The form asks what times you are available; please be as flexible as possible.)

The instructor will be Hunter Schafer. The course will have its first meeting on Monday, January 10, and the course will assume you have completed the first week of your current CSE143 in terms of lecture and recitation section. However, you will be asked to rewatch the videos for this new offering from the beginning. Again, it will operate independently from the current CSE143. Hunter will follow-up with the students in this offering with more detail.

The first homework will be the same and will still be due on Thursday January 13.

If you have any questions about the logistics of switching courses, please write to Crystal Eney Director of Allen School Undergraduate Student Services (ugrad-adviser@cs.washington.edu). If you have concerns about anything else, you are welcome to reach out to Crystal, Allen School Vice Director, Dan Grossman (djg@cs.washington.edu) or me.

Thank you,
Magda

Magdalena Balazinska (she/her/hers)
Professor and Director, Paul G. Allen School of Computer Science & Engineering

Confidential

UW_Reges_0005255

UW_Reges_0005255

University of Washington

Cse143b_wi22 mailing list
Cse143b_wi22@u.washington.edu
http://mailman11.u.washington.edu/mailman/listinfo/cse143b_wi22

Confidential                                                                                             UW_Reges_0005256

UW_Reges_ 0005256