*Reges v. Cauce, et al.*

# Exhibit X
# to Declaration of
# Gabriel Walters

Message

**From:** Dan Grossman [djg@cs.washington.edu]
**Sent:** 1/8/2022 5:53:45 AM
**To:** Miya Natsuhara [mnats@uw.edu]
**CC:** Hunter Schafer [hschafer@cs.washington.edu]
**Subject:** Re: 190Y, 143 (plural), and you

I don't know who added that column -- presumably Leslie? I'm flexible!

On Fri, Jan 7, 2022 at 9:51 PM Miya Natsuhara <mnats@uw.edu> wrote:
> This is all very helpful, thanks to you both for your speedy responses!
>
> Would it be helpful for me to mark my Startup students as such in the spreadsheet? I don't want to mess with data if it's unwelcome, but it's easy enough for me to do and I already recognize at least 7 names without looking too hard.
>
> Miya
>
> On Fri, Jan 7, 2022 at 8:40 PM Dan Grossman <djg@cs.washington.edu> wrote:
>>
>> Thank you, Miya!!
>>
>> Everything Hunter said. :) A couple additional thoughts:
>>
>> * That Startup column in the spreadsheet is surely not filled in yet (?). Anyway, as you (Miya) are a highly relevant instructor here, I'm just going to add you to the spreadsheet so you can see who plans to switch. It's anyone on the spreadsheet that has column B /not/ checked.
>>
>> * Magda sent two emails to CSE 143 students that are publicly posted like all 143 announcement emails at http://mailman11.u.washington.edu/pipermail/cse143a_wi22/2022/date.html. While the second did not explicitly refer back to the first email, it makes sense to read them as a pair and it's fine for that to come up in discussion with students. The lack of explicit connection is because we are framing 143e (Hunter's 143) as an alternative available to anyone who wants to switch while students who don't have any reason/need to switch don't need to. Since it's an "alternative opportunity" and we're not trying to tell anyone what to do, we avoiding an explicit connection, however 'obvious' it is to some.
>>
>> Best,
>> Dan
>>
>> On Fri, Jan 7, 2022 at 8:30 PM Hunter Schafer <hschafer@cs.washington.edu> wrote:
>>> Hi Miya,
>>>
>>> To answer your bullet points.
>>>
>>> • So yes, we told students to fill it out by noon tomorrow so we will know most of the students then. There will probably be a *few* stragglers, but we expect the majority of the class list to be decided. As one (maybe noisy) data point, the advisors have added a STARTUP column in our spreadsheet of responses and so far no students are marked as STARTUP in this list of ~130 names. There is a chance advising is just behind and hasn't filled that column out though. If you send me a list of emails in your class, I can sync that column to see how many we would have.



EXHIBIT 56
WIT: Grossman
DATE: 6-22-23
Lauren G. Harty, CCR, RPR

UW_Reges_0002570

- Calendars are a bit of an unknown at this point. Stuart and I have mostly similar calendars except for a few topics (namely inheritance). I'll try my best by the end of this weekend to give you a super clear diff of our calendars and help you plan any changes as necessary.
- Yes, I decided to stick with a traditional grading scheme this quarter for a few reasons. I'm almost surely going to stick with the points system and no resubmissions. Exams are unclear at the moment, only because of COVID. Will have more info ASAP.

re: why we are doing this

Yes, that event was a large part of why this was happening. The statement in his syllabus was deeply offensive and many students feel very uncomfortable in his class. So we are trying our best to provide students an alternative to CSE 143 this quarter that can still allow them to participate in an inclusive learning environment. I'm not sure how explicit we are making this connection in public announcements (re: Magda's email), so I will defer to Dan for how to talk with staff vs. students.

re: your support

Thanks so much! My brain is definitely a little scrambled. I'll definitely send any TAs out to help out. We're hoping for a very modest course size so it's likely I won't have a huge logistical mess of a regular 14x quarter. I still appreciate your offer of support (and compliment of my brain state ☐) ☺

-Hunter


On Fri, Jan 7, 2022 at 8:11 PM Miya Natsuhara <mnats@uw.edu> wrote:
Hi all,

Thank you for the heads up, I heard whispers of this brewing earlier today so it's not catching me completely by surprise.

What would be most disruptive / problematic is to have sizable numbers of students across both courses **and** have the courses differ significantly in structure, policy (e.g., resubmissions), topics calendar, and/or assignments.
(I am sure that these sorts of logistics are currently being worked out as the on-the-fly syllabus is being formed).

My current thoughts on the situation: *(I note and acknowledge that necessary info may not be available or known yet)*

- It would be great to have an idea of when this information would be available (it looks like the responses should be in by Saturday 1/8 at 12pm noon) - would it be possible to know which of the 190Y students will be taking each offering?
- The largest disruption for me in terms of difference between the two offerings would be significant changes to the topics calendar (judging from 21au vs. 22wi's predicted calendar, the first half of the quarters look identical with some deviation in the second half).
- It sounds like policies / structure between the two courses will likely be largely the same (no resubmissions, traditional exams, etc.) - any changes to this assumption would be welcome sooner rather than later :)

A related question: I noticed in Magda's email that no particular reason was provided for the alternate course offering...I have an informed guess at the series of events that likely led to this new development, but I wasn't sure if there has been an explicit connection made publicly and/or whether I should avoid making such connections in my communications with my course staff and students.

@Hunter Schafer -- I can't imagine the state of your brain right now (though I'm sure I would be very impressed by it under these circumstances). I'm sure you're rallying and pulling everything together as you tend to do, and I am happy to offer the help that I can. I'm not sure how the staffing is working out, but I figure you may be pulling together TAs for lead TA positions who may not have done it before or who are a bit less experienced, or who may just be stretched a little thin. I'm happy to be suggested to them as a good reference if they have questions or want my organizational structure or email templates or anything else that would be helpful (might as well put some of the rotting head TA knowledge and experience in my head to some use). If you could benefit from anything else from the logistical front or otherwise, please let me know and I'll do what I can!

Here's to the end of an eventful week,
Miya

On Fri, Jan 7, 2022 at 2:16 PM Dan Grossman <djg@cs.washington.edu> wrote:

Miya (Hunter cc'ed),

As you may have heard, Hunter is the hero of the decade for offering a new alternative CSE 143 offering starting on Monday for students who prefer it to continuing in Stuart's course. (It's been a very long week and this came to be only a few hours ago.)

We wanted to reach out first of all because 190Y is obviously impacted. We anticipate you'll have students in both 143 offerings. We apologize for the additional challenges, but this is something we felt we needed to do. Hunter has had only a few hours to start putting a plan in place -- you can see a student-facing FAQ
at https://docs.google.com/document/d/1BTaPK5dQDZgWgPBomEHzEdCDExm1K3Afh1YiiO-s9Sg/edit
and the message students received
at http://mailman11.u.washington.edu/pipermail/cse143a_wi22/2022/000004.html.

If there's anything I can do to help 190Y remain successful in the face of these additional challenges, please let me know.

Conversely, Hunter is truly moving mountains here to create an unusual course offering a week into the quarter with almost zero time to launch. Anything you can do as Miya the Incredible to help Hunter would also be spectacular.

In any case, that's the update (!!).

Best,
Dan


--
Miya Natsuhara
She/Her
Instructional Lecturer

UW_Reges_0002572

> University of Washington - Mathematics & Computer Science
> mnats@cs.washington.edu
> (425) 306-1827

--
Miya Natsuhara
She/Her
Instructional Lecturer
University of Washington - Mathematics & Computer Science
mnats@cs.washington.edu
(425) 306-1827