*Reges v. Cauce, et al.*

# Exhibit Y
# to Declaration of
# Gabriel Walters

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

--------------------------------------------------------

STUART REGES,                    )

         Plaintiff,      )

      vs.                      ) No. 2:22-cv-00964-JHC

ANA MARI CAUCE, et al.,          )

        Defendants.     )

--------------------------------------------------------

VIDEO-RECORDED DEPOSITION UPON ORAL EXAMINATION

OF

DAN GROSSMAN

--------------------------------------------------------

8:59 a.m.

June 22, 2023

401 Union Street, Suite 3300

Seattle, Washington

Magna Legal Services

866-624-6221

www.MagnaLS.com

REPORTED BY:  Lauren G. Harty, RPR, CCR #2674



Page 3

```
 1                  E X A M I N A T I O N

 2  ATTORNEY                                           PAGE

 3  BY MR. DIAZ:                                          6

 4  BY MR. DIAZ:                                        131

 5                  E X H I B I T   I N D E X

 6   EX#                  DESCRIPTION               PAGE

 7   48  "COLLEGE OF ENGINEERING UNIVERSITY of       51

 8       WASHINGTON Land acknowledgments:  Online

 9       training for staff and faculty."

10   49  4/28/2023 "DEFENDANT DANIEL GROSSMAN'S       72

11       RESPONSES TO PLAINTIFF'S FIRST SET OF

12       INTERROGATORIES."

13   50  Email chain ending 1/4/2022 from Dan       102

14       Grossman to Magdalena Balazinska,

15       UW_Reges_0002505.

16   51  Email chain ending 1/4/2022 from           108

17       Magdalena Balazinska to Dan Grossman,

18       UW_Reges_0002406-2407.

19   52  1/4/2022 email from Magdalena Balazinska   116

20       to Dan Grossman, UW_Reges_0002630-2631.

21   53  "Office of the University Registrar UW      123

22       Syllabus Guidelines and Resources."

23   54  Email chain ending 1/12/2022 from Jenifer  171

24       Higli to Said Mohammed,

25       UW_Reges_0005232-5234.
```



Page 4

```
 1              E X H I B I T   I N D E X
 2     EX#              DESCRIPTION                PAGE
 3     55  Email chain ending 1/7/2022 from Crystal   192
 4         Eney to Magdalena Balazinska,
 5         UW_Reges_0005132-5133.
 6     56  Email chain ending 1/8/2022 from Dan       198
 7         Grossman to Miya Natsuhara,
 8         UW_Reges_0002570-2573.
 9     57  Email chain ending 1/9/2022 from Patrick   212
10         Murphy to Dan Grossman,
11         UW_Reges_0005827-5828.
12     58  Email chain ending 12/7/2018 from Raven    213
13         Avery to Dan Grossman,
14         UW_Reges_0002654-2656.
15     59  Email chain ending 1/10/2019 from Kiana    215
16         Swearingen to Dan Grossman,
17         UW_Reges_0003169-3174.
18
19
20
21
22
23
24
25
```



Page 82

1    or focused on you're taking this class from me.  This

2    is what this class is about.  This is how this works.

3    You know, it -- I -- I mean -- I'm trying to think

4    would there be any reason to sort of don't overlap in

5    some way with like, you know, I teach computer science

6    classes and I focus on the relevant matters at hand.

7              As I've told you, I have an inclusiveness

8    statement that I want everyone to feel that they

9    belong and to let me know if anything happens to the

10   contrary.  I have a feedback mechanism, the required

11   stuff on based on religious.

12             But I think if you look at my course

13   syllabi, they are -- they are very focused on the

14   matter at -- at hand on -- on sort of all topics.

15        Q.   Do you have an opinion on land

16   acknowledgment statements?

17        A.   A --

18             MS. MCKENNA:  Object to form.

19        A.   Just like a personal opinion?  Not as Vice

20   Director or professor or anything, just my personal

21   opinion on them?

22        Q.   (By Mr. Diaz)  Yes.

23        A.   Yeah.  After all this stuff I have -- I have

24   some opinion on them.

25        Q.   What is your opinion --



Page 83

```
 1        A.    I --
 2        Q.    -- of land acknowledgment statements?
 3        A.    I think they have some good intention of
 4   wanting to provide some historical context and
 5   recognizing that where we are as a university has some
 6   connection to a very marginalized group in the -- in
 7   the region -- right? -- if you will, if you focus on
 8   the University of Washington.
 9              But I'm not a big fan of putting this one
10   sentence everywhere.  I think it becomes boilerplate.
11   I think history is complicated and it's hard to narrow
12   anything down to a sentence.  And I think it's just
13   something that doesn't hurt or harm, right?
14              And so I think my opinion is pretty mild --
15   right? -- because I don't -- I -- I wouldn't say I
16   have a strong opinion about them, but I don't mind
17   them.  I see them sometimes on-campus, as we've
18   discussed.  I often don't see them.  And I think that
19   they sort of, you know, don't help/don't hurt in terms
20   of -- but I -- I have some understanding of what they
21   are perhaps trying to accomplish, but my understanding
22   is -- is also somewhat limited.
23        Q.    So it's your testimony that you're not a big
24   fan of land acknowledgments?
25              MS. MCKENNA:  Object to form;
```



Page 84

1    mischaracterizes testimony.

2         A.    Let me -- let me clarify that a bit for you.

3    I think it makes sense that the University has one,

4    particularly given we're part of the state government

5    and the state's relationship with the sovereign

6    nations in the state of Washington and our desire to

7    educate everyone in the state, including members of

8    Native Americans.

9              So I -- I actually, my personal opinion --

10   this is not my job.  I'm a computer science professor

11   and Vice Director.  But my personal opinion is I think

12   it's good that the University has a land

13   acknowledgment statement and that that's part of who

14   the University is and how we serve the state and the

15   region and interface.

16             I'm less of a fan of, you know, land

17   acknowledgment statements appearing in lots of places

18   and on sort of unrelated presentations and documents.

19        Q.    (By Mr. Diaz)  And you said that that's

20   because you consider them boilerplate, history is

21   complicated, and it's hard to narrow things down to

22   one sentence, right?

23        A.    Yeah.  I'm not sure -- now, you -- that's an

24   accurate portrayal of what I said.  I'm not quite sure

25   what I mean by boilerplate other than, you know --



MAGNA ▶
LEGAL SERVICES

Page 85

1  you've already shown me a sentence that appears two or

2  three places, and people tend to use the same sentence

3  everywhere, so that's what I mean by that.

4         But I would say it's more that like, you

5  know, the relationship of the Native peoples to the

6  present culture and society and the region and the

7  whole history -- I mean, it's very com -- there's no

8  one sentence, right?  There's -- I'm -- I'm sure -- I

9  would imagine that there are books and books and

10  studies and whatever about this whole thing.

11         And, you know, how that is enriched by a

12  one-sentence land acknowledgment, well, like I said, I

13  think there's some value there compared to sort of no

14  acknowledgment, but the value of, you know, sort of

15  frequent use of one sentence I'm -- is less clear to

16  me.

17     Q.    Is there any other reason that you are not a

18  big fan of land acknowledgments that you haven't

19  mentioned already?

20         MS. MCKENNA:  Object to form.

21     A.    I'm trying to make sure that I'm sort of as

22  expansive as I can because I want to give you a sort

23  of truthful answer.  I think that they're sometimes a

24  bit of a distraction or a bit of a wait.  Now we're

25  talking about who used to live here?  I thought the



1   topic of the meeting or the class was such and such.

2   So they're a little, you know -- I don't know.

3   They -- you know.

4           And -- and -- and I'll give you one more

5   reason, which is while I don't dislike them, some

6   people do, right?  And so, you know, the same way I

7   think they can help with inclusiveness for some

8   people, they -- the -- you could imagine there's

9   some -- anything you say, if someone doesn't --

10  someone doesn't like a word or a phrase or whatever --

11  right? -- if -- if people don't like them, then --

12  then maybe it -- you know, there -- there's some --

13  you know, like I said, they don't really help.  They

14  don't really hurt.  We're now down into like the minor

15  things, but -- I guess that's maybe -- maybe an

16  additional small reason.

17      Q.    (By Mr. Diaz)  And -- is there any other

18  reason that you can think of at this time?

19          MS. MCKENNA:  Object to form.

20      A.    No.  I mean, it's not -- I mean -- no.  Not

21  that I can think of right now.

22      Q.    (By Mr. Diaz)  Have you ever discussed land

23  acknowledgment statements with Ed Lazowska?

24      A.    Probably.

25      Q.    Do you know Ed Lazowska's opinion of land



Page 87

1  acknowledgment statements?

2          MS. MCKENNA:  Object to form.

3      Q.   (By Mr. Diaz)  Let me rephrase.

4          Has -- has Ed Lazowska ever told you his

5  opinion of land acknowledgment statements?

6      A.   I vaguely recall, yes.  Well, I don't

7  know -- but I also don't know if he -- like if I saw

8  it or heard it in more of a group conversation or if

9  it was one-on-one.  Like I don't recall exactly when,

10 but I've -- you know, and people's opinions can

11 change.  Particularly his opinions can change, as

12 someone I know very well.  But -- but I do recall

13 hearing some of his opinions or seeing -- hearing,

14 seeing, I'm not sure which -- some of his opinions on

15 land acknowledgments.

16     Q.   And in whatever these communications were

17 what did he tell you?

18     A.   Well, again, I'm not sure he ever told me

19 anything one-on-one.  He might have.  He might not.  I

20 really don't recall.  But my recollection of his

21 opinions of them is that he's, as -- to use the phrase

22 I used, not a fan.

23     Q.   Did he tell you why he's not a fan?

24          MS. MCKENNA:  Object to form.

25     A.   Probably, but I don't remember the reason he



Page 88

1    gave.  It's probably in the space of what I said, a

2    distraction or -- you know.  But I don't -- I don't --

3    I -- you know, I could maybe be reminded, but I

4    don't -- I don't remember offhand.

5        Q.   (By Mr. Diaz)  So in addition -- so you

6    are -- so are you aware of people that disagree with

7    the use of land acknowledgment statements generally?

8            MS. MCKENNA:  Object to form.

9        A.   Generally, yeah.  You -- yes.

10       Q.   (By Mr. Diaz)  And -- are there any specific

11   people you have in mind?

12           MS. MCKENNA:  Object to form.

13       A.   No.  I mean, when -- when I answered your

14   question I was just like sort of the general concept

15   is that -- that people think that like, you know,

16   it -- it's one more thing we're supposed to write

17   everywhere and say everywhere, right?

18           But -- you know, that's -- that's my -- I --

19   I really hesitate to answer that.  That's sort of my

20   impression of the general people don't like them, but

21   I -- I -- you know, I can't -- I can't speak precisely

22   as to -- to why or maybe there's 50 different reasons.

23   I -- I've given you my personal opinion.

24       Q.   (By Mr. Diaz)  Do you recall Ed Lazowska ever

25   sharing an article about land acknowledgments with --



Page 89

```
 1      A.     Yes.

 2             MS. MCKENNA:   Object to form.

 3      Q.    (By Mr. Diaz)   Do you remember about when

 4   that was?

 5      A.     Yes.

 6      Q.     And -- do you remember where the article was

 7   written?

 8             MS. MCKENNA:   Object to form.

 9      A.     No.  I have a couple guesses, but --

10      Q.    (By Mr. Diaz)   What's your -- what's your

11   best --

12      A.     Like --

13      Q.     -- guess?

14      A.     -- The New Yorker, The Atlantic, kind of a

15   long-form periodical sort of.

16      Q.     And did you read the article he shared?

17      A.     I think so.  At least -- at least skimmed

18   most of it.  Probably read it.  That's my

19   recollection.

20      Q.     Do you remember the general topic?

21             MS. MCKENNA:   Object to form.

22      A.     Not well, but I could try to give you my

23   best recollection.  My -- my vague recollection is the

24   article was moderately critical of them, saying --

25   boy.  And I could have this wrong.  I have not read
```



Page 90

1  this article in, you know, a couple years. -- that

2  they kind of reduce it, the -- the -- the whole

3  complicated story of the relationship of Native

4  Americans to the other people who live here and the

5  relationship with the land and all that down to this

6  sort of -- sort of simple statement that doesn't

7  accomplish anything, and that if people are interested

8  in a real conversation about Native Americans and land

9  and what's now on that land and everything else, that

10  land acknowledgment statements are not really having

11  that conversation.

12      Q.   (By Mr. Diaz)  The -- as we said, the Allen

13  School's best practices for inclusive teaching

14  document says that faculty should consider including a

15  land acknowledgment statement in their syllabi, right?

16      A.   Right.

17      Q.   And the Allen School is a computer science

18  and engineering school, right?

19      A.   Yes.

20      Q.   How does a land acknowledgment statement

21  relate to the subject of computer science and

22  engineering?

23          MS. MCKENNA:  Object to form.

24      A.   Tenuously at best I would say.  It -- it is

25  likely more related to the University educational



Page 139

```
 1              MS. MCKENNA:  Object to form.
 2        Q.   (By Mr. Diaz)  I'll rephrase.
 3              A syllabus is something that students
 4   will -- a syll -- a syllabus is something that
 5   provides a good amount of information about a course
 6   to students so they can progress through the course;
 7   is that right?
 8        A.   Yes.  It certainly has useful information to
 9   students in order to set up a successful course for
10   them.
11        Q.   And we've talked about obviously Professor
12   Reges put his version of a land acknowledgment
13   statement in his course syllabus, right?
14        A.   Yes.
15        Q.   And that statement, you know, you've said it
16   was offensive.
17        A.   My -- my opinion, yes.  It's -- it's -- it
18   was offensive and obnoxious.
19        Q.   And obnoxious, right?
20        A.   Yes.
21        Q.   And I think we've talked about Professor
22   Reges -- Professor Reges' reasons, in your estimation,
23   for why he put it in the course syllabus, which
24   were -- which were what?
25        A.   Yeah.  This was -- this -- this is hard for
```



Page 144

1    things and I'm not the University President who

2    recites it before events and things like this, but

3    I think in part it communicates the state's

4    relationship with the tribal communities and the

5    campus' relationship with Native Americans in -- in

6    this region in particular but also some historical

7    context that the University is aware that the land on

8    which it sits was not empty prior to the University.

9         Q.    (By Mr. Diaz)  And when Allen School

10   professors include the land acknowledgment statement

11   in their course syllabi they're doing that by choice,

12   right?

13             MS. MCKENNA:   Object to form.

14        Q.    (By Mr. Diaz)  There's no requirement that

15   professors in the Allen School include a land

16   acknowledgment statement in their course syllabi --

17        A.    Agreed.

18        Q.    -- right?

19             In your view, do land acknowledgment

20   statements in course syllabi communicate approval of

21   land acknowledgments?

22        A.    I mean, narrowly I would say yes, right?  I

23   mean, you know, the -- as we've kind of walked through

24   together, it's the faculty member who prepared the

25   syllabus.  If the faculty member chose to include



Page 145

1    this, it -- you know, personally it -- it presumably

2    is -- you know, it -- it conveys a choice to do so and

3    why would one make that choice if you didn't approve

4    of them.

5            You'd have to ask the people who use them in

6    their syllabi.  I -- I would -- I would stipulate that

7    they approve of using them in syllabi, but where would

8    they use them or not use them or they approve others

9    using them or not I'm not --

10           THE REPORTER:  I'm sorry.  Excuse me.  One

11   second.

12           Sorry.  Go ahead.

13      A.    But, you know, there's always a context.

14   And I would hypothesize that people think they make --

15   you know, some people might think they make sense in

16   some contexts and not others.

17      Q.    (By Mr. Diaz)  And you agree that syllabi are

18   documents that communicate with students.

19      A.    In general, yes.  Absolutely, right?  It's a

20   document prepared by the instructor for the students

21   in the class.

22      Q.    And so when a professor includes a land

23   acknowledgment statement in their course syllabi they

24   are communicating their approval of land

25   acknowledgment statements in course syllabi.



Page 146

1           MS. MCKENNA:   Object to form.

2      Q.    (By Mr. Diaz)  Yes?

3      A.    Yes.

4      Q.    And Professor Reges, in your best

5  understanding, wanted to communicate a different view,

6  right?

7           MS. MCKENNA:   Object to form.

8      A.    Well, with -- without a clear understanding

9  of what that view is or how he was trying to

10 communicate it --

11          THE WITNESS:   Oh.  It's contagious.

12     A.    -- yes.  He was attempting -- I -- you're

13 really asking me to speculate what his intent was or

14 what I thought his intent was.  So he was trying to

15 communicate a different viewpoint.  It's not clear to

16 me he was trying to communicate it to the students as

17 opposed to, you know, people not in the -- you know,

18 the surrounding publicity or to his supervisors or

19 whomever.  That's not --

20     Q.    (By Mr. Diaz)  Put --

21     A.    -- clear.

22     Q.    Putting aside Professor Reges' intent, he

23 did put his version of a land acknowledgment statement

24 in his course syllabus, right?

25     A.    That is clear.



Page 171

1   needed to tell us by a certain date and time.  But

2   I -- I haven't looked at the -- at that email in, you

3   know, months or years.

4        Q.    And so you wouldn't remember right now the

5   date of that email.

6        A.    No.  You know, we've talked a lot about

7   Tuesday, January 4th.  It wasn't that day.  Was it the

8   next day or the day after, it was sometime in there.

9        Q.    If I gave you a copy of it, would it help

10  you?

11       A.    Yeah.

12              (Marked Deposition Exhibit No. 54.)

13       Q.    (By Mr. Diaz)  You have in front of you

14  Exhibit 54, correct?

15       A.    Correct.

16       Q.    And on the first page of Exhibit 54 the

17  Bates stamp on the bottom right says UW_Reges_0005232,

18  correct?

19       A.    Correct.

20       Q.    Flipping to the second page --

21       A.    Yes.

22       Q.    -- do you see where it says on Friday,

23  January 7, 2022, 9:52 a.m.?

24       A.    Yes.

25       Q.    And next to that it says, "Magdalena



Page 172

1    Balazinska," with her email address --

2         A.    Uh-huh.

3         Q.    -- "wrote:"  Do you see that?

4         A.    Yes.

5         Q.    Why don't you take a moment to review that

6    email from 9:52 a.m., and then look up at me when

7    you're finished.

8         A.    Okay.

9         Q.    Earlier you referred to two emails that went

10   out to students from Director Balazinska, right?

11        A.    Correct.

12        Q.    And you said the -- the second of the two

13   emails was announcing the alternative section of 143,

14   correct?

15        A.    Correct.

16        Q.    Is this that email you were referring to?

17        A.    I -- I trust that -- that it is.  You know,

18   it look -- looks and sounds familiar.  It would be

19   the -- you know, the -- the -- yes.

20        Q.    Do you recall what you called this section?

21        A.    We usually refer to it as CSE 143E.  I --

22   I assume C and D were taken for bizarre bureaucratic

23   reasons.

24        Q.    There's no meaning behind the E?

25        A.    No.  The 50-year-old software that runs the



Page 181

```
 1              That's not what students are used to.
 2    Students are used to going to their own web portal and
 3    dropping this class over here and adding this class
 4    over there.  But under the circumstances, honestly, we
 5    needed to know how many people are we talking about
 6    here?  Is it 10?  Is it 200?  What -- what -- you
 7    know, we -- we sent -- Magda sent this email Friday at
 8    9:52 a.m., you know, and then we had to see how to
 9    basically, you know, do it.  Yeah.
10         Q.    Do you remember how -- how many students
11    were in 143A and B total?
12         A.    Not exactly.
13         Q.    Approximate --
14         A.    I'm going --
15         Q.    -- number --
16         A.    -- to say --
17         Q.    -- is fine.
18         A.    -- ballpark 500.  Is that -- you know, I --
19    this -- this is sort of like a memory -- you know,
20    I --
21         Q.    I won't hold you to it.  It's --
22         A.    Yeah.
23         Q.    -- just --
24         A.    It's --
25         Q.    -- a ballpark.
```



Page 182

1     A.     Ballpark, 500.

2     Q.     And do you recall roughly how many students

3  transferred to 143E?

4     A.     You know, what I want to say, because it's a

5  number that, again, is truly not exact but in my head

6  is about 30 percent.  And if my 500 is right, then

7  that would be about 150.  And -- but I'm more

8  confident about the 30 percent than the 500.

9     Q.     That's fine.

10           In terms of the -- the sections for 143E,

11  were those virtual or in person?

12     A.     Those 24-person sections?  Again, with

13  Omicron everything started virtual.  I don't recall if

14  those transitioned back to in person in February.  My

15  guess -- my guess would be yes.  You know, when the --

16  you know, that would have -- there would have been

17  some discretion -- you know, there would have been

18  some -- you know, Hunter should have been able to make

19  that decision, more or less, and he would probably

20  remember.

21     Q.     And -- but -- I'm just wondering, did the --

22  was the plan for the lectures --

23     A.     Yeah.

24     Q.     -- always to have the lectures be recorded

25  and -- and --


MAGNA
LEGAL SERVICES

Page 189

1  would drop, right?  You know, because sometimes

2  students drop classes.  It's part of college.  And we

3  didn't prevent a student through the normal University

4  course registration mechanisms from registering for A

5  or B or E.  Once we accomplished the creation of this

6  alternate section that weekend we used the normal

7  bureaucratic processes.

8          So in terms of did anyone add later, I --

9  I honestly don't know.  My guess is a small num -- a

10 very small number would and the -- and -- but we could

11 track down that information.

12   Q.    Why do you think students transferred from

13 143A/B to 143E?

14          MS. MCKENNA:  Object to form.

15   A.    I imagine, given there were roughly 150 of

16 them, that there isn't one reason that applies to all

17 of them.  I think there was, as we've talked about, a

18 pretty big disruption in the first week of CSE 143.

19 There's a set of offended students, students who did

20 not like what was on the syllabus.  And the fact that

21 they got an email from someone who wasn't in -- the

22 instructor, that first email that apologized for it

23 and so on, there were probably -- and so, you know,

24 that -- that's some chunk.  What chunk of 150 we -- we

25 didn't ask and we don't know.



Page 190

1           Beyond that, you know, students do, you

2      know, instructor shop to some extent.  And, you know,

3      again, I don't -- you know, I know Professor Schafer

4      is a very popular professor, but, you know, Professor

5      Reges is also popular with, you know, some number of

6      students.

7           You know, honestly, maybe some liked the

8      synchronous Q&A -- right? -- versus the -- you know,

9      and -- and the video.  We chose as sort of a pragmatic

10     matter as much as anything that -- you know, the

11     Google form didn't say why do you want to switch or,

12     you know, are you switching because of the learning

13     environment.

14          We said look, we're going to set it up.  Out

15     of fairness, if we set up the alternate offering,

16     we'll email everyone in the class and make it

17     available, right?  We're not going to -- there's not

18     going to be a -- you know, a bar to clear or a box to

19     check or a reason to give.  So it -- it -- I would

20     have to speculate.

21     Q.    (By Mr. Diaz)  And after the section 143E was

22     announced did you receive any questions from students?

23          MS. MCKENNA:  Object to form.

24     A.    I think we received a few.  And, again --

25     you know, we -- we already kind of read out the



Page 191

1    email -- the email -- right? -- that, you know, who to

2    email with different kinds of questions.  And I think

3    certainly across all of those there were I would guess

4    a couple dozen questions.  I don't recall if I

5    received any specifically, but I probably received a

6    few.

7              You had me read the email from Said which,

8    very interestingly, like was sent to Magda, which was

9    the wrong place to send it, but she sort of helpfully

10   sent it on its way.  So yeah, a couple dozen.  I'm

11   guessing.

12             The -- you know, honestly, the undergrad

13   advisors, they process an enormous number of emails

14   from an enormous number of students.  Part of me

15   wonders if they were sitting here if they would laugh

16   and say, "Two dozen?  Are you kidding?  We got a

17   hundred."  I -- I just don't know.

18        Q.   (By Mr. Diaz)  Do you remember if Hunter

19   Schafer told you that he received lots of questions

20   from --

21        A.   I --

22        Q.   -- students?

23        A.   -- don't remember.

24             MS. MCKENNA:  Object to form.

25        A.   I don't remember.  I would -- well, to



Page 192

1   answer your question, no, I don't remember if he told

2   me that.  To go beyond, I'm sure he got some

3   questions.  It -- it stands to reason.

4           In -- in fact, let -- let me qualify that.

5   I think -- because remember we added -- my -- my

6   recollection is we added that link from the Google

7   form to a document that attempted to answer questions

8   that we had gotten multiple times.  And -- and I think

9   Hunter basically authored that document, if I recall

10  correctly, so that -- that speaks to him getting

11  questions.  And we did -- we did that from a link from

12  the Google form so that we didn't have to email

13  everyone again, right?  Yeah.

14      Q.    (By Mr. Diaz)  Makes sense.

15      A.    Yeah.

16      Q.    Make things easier for everybody, right?

17      A.    Yeah.

18           MR. DIAZ:  This is Fifty- --

19           THE REPORTER:  Five.

20           MR. DIAZ:  -- five.

21              (Marked Deposition Exhibit No. 55.)

22           MS. MCKENNA:  Thank you.

23      Q.    (By Mr. Diaz)  Dr. Grossman, you have

24  Exhibit 55 in front of you?

25      A.    Yes.



Page 193

1     Q.     And on the bottom right the Bates stamp is

2  UW_Reges_0005132?

3     A.     Yes.

4     Q.     And this is an email chain --

5     A.     Okay.

6     Q.     -- is that correct?

7     A.     Yes.

8     Q.     And turning to the -- the second page, to go

9  in reverse chron -- chronological order -- I find

10 that --

11    A.     Yeah.

12    Q.     -- simpler --

13    A.     Yeah.

14    Q.     -- do you see where it says January 7, 2022,

15 at 10:19 a.m.?

16    A.     Yes.

17    Q.     Oh.  And do you see where it says January 7,

18 2022, at 10:16 a.m.?

19    A.     Yes.

20    Q.     And so this is within a half an hour of

21 Director Balazinska's announcement of the 143E

22 section, correct?

23    A.     Yes.

24    Q.     And the email is from a person named Aryan

25 Mahindra; is that correct?



Page 194

```
 1      A.    I -- I don't know the student's name, but
 2  yes.  Yeah.  I see that name there at the bottom.
 3      Q.    It's spelled --
 4      A.    Yeah.
 5      Q.    -- A-R-Y-A-N M-A-H-I-N-D-R-A?
 6      A.    Yes.
 7      Q.    Is it your belief that this was -- this is a
 8  student?
 9      A.    Yes.  I mean, I don't -- I have no idea, but
10  that's the sensible context.  I don't know why a
11  non-student would be asking, but yeah.
12      Q.    And based on this page of Exhibit 55 does it
13  appear that this -- this student emailed you?
14      A.    I would have to -- I mean -- hmm.  Let me
15  check whether it was --
16      Q.    Let me rephrase that because --
17      A.    Yeah.
18      Q.    -- it's not --
19      A.    I'm not --
20      Q.    -- totally clear on the document --
21      A.    I'm not sure.  I'm -- I'm going to -- you
22  know, they could have emailed me and this Ugrad
23  advisor alias.  It's a little -- yeah.
24      Q.    You see your email at 10:19 a.m., right?
25      A.    Yes, I do.
```



Page 195

```
 1        Q.     And --

 2        A.     Yep.

 3        Q.     -- your email says -- and -- and -- and

 4   it -- it's just above this email from Aryan --

 5        A.     Yeah.

 6        Q.     -- Mahindra.

 7        A.     Yeah.

 8        Q.     Your email says, "I'm adding Hunter since

 9   this will be his decision," right?

10        A.     Yes.

11        Q.     Is it fair to assume that you were -- you

12   forwarded Aryan Mahindra's questions to Hunter

13   Schafer?

14               MS. MCKENNA:  Object to form.

15        A.     Yeah.  I mean, this would be good to track

16   down, to the extent it matters, but it looks like,

17   checking a little further up, like I did like a Reply

18   All and added Hunter so the student would actually

19   still be on it would be my best guess.  But it's a --

20   it's a little hard to tell from the printout.

21        Q.     (By Mr. Diaz)  And the email above yours on

22   1/7/2022 at 10:32 --

23        A.     Uh-huh.

24        Q.     -- is from Hunter Schafer?  Yes?

25        A.     Yes.
```



Page 196

1    Q.    The professor for 143E?

2    A.    Yes.

3    Q.    Can you read the first line of his email,

4    please?

5    A.    "Yeah.  I've been getting a lot of questions

6    about this.  I just responded to a post on reddit

7    saying we are undecided."

8    Q.    And I -- I should have had you read Aryan

9    Mahindra's questions, which started this email chain.

10   Would --

11   A.    Sure.

12   Q.    -- you mind doing that?

13   A.    "What will be the new grading structure with

14   Professor Hunter?  Will he allow resubmissions?  Will

15   there be midterms in his class?"

16   Q.    Turning to the first page of Exhibit 55 --

17   A.    Uh-huh.

18   Q.    -- do you see the -- where it says

19   January 7, 2022, at 10:48 a.m.?

20   A.    Yes.

21   Q.    And this email is at least signed by a

22   person named Jenifer Hig --

23   A.    Higli.

24   Q.    -- Higli?

25   A.    Uh-huh.  Yes.



Page 197

```
 1        Q.      Who is Jenifer Higli?
 2        A.      Jenifer Higli is our Assistant Director for
 3   Undergraduate -- she -- she's given me trouble in the
 4   past for botching her official title.  She is --
 5   Crystal Eney, who we've discussed, is our Director of
 6   all undergraduate student services in the Allen
 7   School.
 8            There are three teams that report up to
 9   Crystal.  One of them is academic advising, and Jen
10   leads and is a manager of that academic advising team.
11   She's going to laugh when I botched her title again.
12   Assistant Director of something.  Sorry, Jen.
13   Senior -- senior is in her title.
14        Q.      We all do our best.
15            And the first line of this email, can you
16   read that for me, please?
17        A.      "Removing the student for a minute and
18   adding Crystal/Chloe -- we're getting a ton of grading
19   questions.  Are we okay to tell students that we're
20   going to keep it the same as Stuart's original
21   structure, or do we need to think on it a bit more
22   still?"
23        Q.      Based on this email chain --
24        A.      Uh-huh.
25        Q.      -- and your review of it --
```



Page 198

1      A.     Uh-huh.

2      Q.     -- it sounds like there were a lot of, well,

3   grading questions pretty quick after the announcement

4   of 143E.

5      A.     Yes.  I would even say with a speed and

6   quantity that surprised us.

7             MR. DIAZ:  This will be Exhibit 56.

8             (Marked Deposition Exhibit No. 56.)

9      Q.     (By Mr. Diaz)  Dr. Grossman, do you see

10  Exhibit 56 in front of you?

11     A.     I do.

12     Q.     And I will -- I will give you time to review

13  it.

14     A.     Okay.

15     Q.     Do you see the Bates stamp on the bottom

16  right says UW_Reges_0002570?

17     A.     Yes.

18     Q.     Why don't you take a moment to review it,

19  and then we can -- and just let me know when --

20     A.     Okay.

21     Q.     -- when you're finished.

22     A.     Okay.

23     Q.     Turning to the second to last page marked

24  Bates number 0002572, let me know --

25     A.     Yes.



Page 199

1      Q.     -- when you're there.

2      A.     I am there.

3      Q.     Start with the final -- the last email -- or

4  the oldest email in the chain; January 7, 2022, at

5  2:16 p.m.  Do you see that?

6      A.     Yes.

7      Q.     And that's an email you wrote.

8      A.     Yes.

9      Q.     And what -- generally speaking, what is

10  the -- what is this email about?

11      A.     Yeah.  Let me explain a little bit.  So

12  clearly I'm letting this person, Miya Natsuhara, know

13  about the alternate offering.  I wasn't sure that she

14  knew about it.  And, you know, we had just announced

15  it, you know, a couple hours before, right?

16            Miya that quarter, and I had forgotten about

17  this, was teaching this class called 190Y, and

18  students in that class are freshmen who are part of

19  this program called STARTUP or have been identified in

20  some way.  It's a workshop kind of alongside 143, CSE

21  143 -- we also do a version for other introductory

22  courses -- where they basically in a fairly small

23  group setting get additional practice, additional

24  advice.  These are students that don't have the

25  academic preparation or study skills necessarily and



Page 202

```
 1       A.      Natsuhara.

 2       Q.      -- Natsuhara.

 3       A.      Yeah.

 4       Q.      And he says, "Yes, that event was a large

 5  part of why this was happening.  The statement in his

 6  syllabus was deeply offensive and many students feel

 7  very uncomfortable in the class."

 8               Professor Schafer's referring to Professor

 9  Reges' inclusion of his land acknowledgment statement

10  here, right?

11       A.      That's my understanding, right.

12       Q.      And he's saying that event, in --

13       A.      Yeah.

14       Q.      -- inclusion of Professor Reges' land

15  acknowledgment statement in his course syllabus, was a

16  large part of why 143E is happening; is that right?

17       A.      Yes.  That's my reading of this.  You know,

18  Miya in her message, which -- that he's responding to,

19  like links to something, right?  The series of events

20  and there's a link, I don't know what that links to,

21  but I -- you know, your -- your understanding of the

22  context here agrees with mine.

23       Q.      Going to the first page of Exhibit 56, there

24  is an email from you at 8:40 p.m. on January 7th,

25  2022.  Do you see that?
```



Page 205

```
1   context, right?  The -- but the second email does not
2   give that context.  Doesn't even refer to the first
3   email.  Just gives the new information.
4        Q.    And do you still feel that it would be
5   obvious to some, in your mind, that the two are --
6   that -- that the creation of the 143E course was
7   connected to the --
8        A.    The disruption --
9        Q.    -- Professor --
10        A.    -- and the --
11        Q.    -- Reges' --
12        A.    Yes.
13        Q.    -- land acknowledgment --
14        A.    Yes.
15        Q.    -- statement?
16              Let me -- let me -- let me get the question
17   out so we can make sure the --
18        A.    My apologies.
19        Q.    -- transcript's clear.  I don't want either
20   of us to be garbled.
21              So do you still a -- do you agree
22   today that, to your knowledge, it was obvious to
23   some that 143E was created as a result of the land
24   acknowledgment in Stuart Reges' syllabus and the
25   resulting complaints that were received?
```



1      A.    Yeah.  We -- we could quibble over the, you

2    know, it was a response to the disruption versus the

3    complaints.  Like we could -- we could quibble over

4    that wording.  But yes.  The fact that the creation of

5    the alternate section is related to the statement

6    being in the syllabus and the disruption that ensued

7    I think was obvious to I would speculate most and

8    certainly some.

9      Q.    Turning to --

10           MR. DIAZ:  So I just have a couple more

11    things.  Can we take five minutes?  And then I think

12    we'll be able to wrap up relatively quickly.

13           MS. MCKENNA:  Sure.

14           THE WITNESS:  Okay.

15           THE VIDEOGRAPHER:  We're now going off the

16    record.  The time is 3:26 p.m.

17               (Recess.)

18           THE VIDEOGRAPHER:  We're now back on the

19    record.  The time is 3:36 p.m.

20      Q.    (By Mr. Diaz)  Dr. Grossman, just a few more

21    questions I have for you.

22           We talked about the special investigating

23    committee earlier, right?

24      A.    Yes.

25      Q.    What is -- do you know what a special

