*Reges v. Cauce, et al.*

# Exhibit Z
# to Declaration of
# Gabriel Walters

Message
___

| | |
|---|---|
| **From**: | Magdalena Balazinska [magda@cs.washington.edu] |
| **Sent**: | 1/9/2022 11:00:37 PM |
| **To**: | Dan Grossman [djg@cs.washington.edu] |
| **CC**: | Crystal Eney [ceney@cs.washington.edu]; Chloe Dolese Mandeville [cdolese@cs.washington.edu]; Jenifer Hiigli [jenifer@cs.washington.edu] |
| **Subject**: | Re: [143a] [CSE 143] 143 honors section |

If (2) is possible, that might be the simplest option. If (2) is not possible, we could ask someone to run an additional offering of the seminar. Alternatively, could we let honors students take a CSE590 instead and still count toward honors credit? How can we confirm if (2) is possible?

thanks
magda

On Sun, Jan 9, 2022 at 2:56 PM Dan Grossman <djg@cs.washington.edu> wrote:

> Genuine thanks for the heads up -- this is news to me, though he has chosen provocative similarish books in the past that at least had /some/ connection if I recall correctly to university life or something. So I'm not surprised.
>
> Here's what I think is going to end up happening:
>
> 1. We don't intervene here.
>
> 2. Under the new principle of "nobody should be forced to take a class from Stuart" given his offensive syllabus incident, students in the honors program who were taking 143 for honors credit will be allowed to delay their honors seminar to next quarter when someone else is leading it. This is the call of the honors college, though I'd anticipate it and recommend it. They don't have to delay taking 143.
>
> 3. While the only paragraph I've ever found describing our 14x honors seminars is very broad, including things like discussing philosophy and current events from a CS perspective, I think as part of 3QIS we should revamp this just like our courses and draw a closer connection to technology and the computing field. I met with the Honors Program last month by the way, and have some specific ideas, including a different model for a 163 honors section to complement 122 and 123 (I'd skip having one for 121).
>
> Some more on (1): I have strongly urged us in the past -- and can find those impassioned emails for us again -- not to restrict the book choice here. To put it very succinctly, universities can and should study Mein Kampf, what matters is how you do it. We shouldn't intervene just because of the book choice. We have many seminars in the Allen School that have a range of provocative readings -- this is not a smart path to start going down. Nor do we require faculty to be 'experts' -- I teach CSE 480 regularly despite having no formal training in computer ethics. And course evals from prior honors sections (admittedly after the self-selection of who takes them) have not indicated a problem.
>
> I'm not saying I like this provocative move, especially the inherent offensiveness of using 'woke' perjoratively in the title, but I like to be on very solid ground and with consistent policies. Last week's incident was entirely inappropriate in place and manner. Discussing a book with students *in a discussion seminar* is far more nuanced.
>
> --Dan

UW_Reges_0002587

On Sun, Jan 9, 2022 at 1:48 PM Crystal Eney <ceney@cs.washington.edu> wrote:
Might want to check out the honors reading. This is an email from an honors student. Might get some more emails.

---------- Forwarded message ---------

https://www.amazon.com/dp/1641772069
Link to the book in case you couldn't find it. So much for keeping politics separate, even if this is more discussion based.

On Sun, Jan 9, 2022 at 12:43 PM
Just thought you should see this- in particular you might want to take a look at the assigned reading for the honors section.
---------- Forwarded message ---------
From: **Stuart Reges** <reges@cs.washington.edu>
Date: Sun, Jan 9, 2022 at 12:36 PM
Subject: [143a] [CSE 143] 143 honors section
To: cse143-announce <cse143-announce@cs.washington.edu>


I am offering an honors section this quarter for honors students
taking cse143 and for others who had high grades in CSE142.  You can
read about it here:

   https://homes.cs.washington.edu/~reges/honors.shtml

I am asking interested students to fill out this catalyst form by
Tuesday, 1/11, at 10 am:

   https://catalyst.uw.edu/webq/survey/reges/417682

If you are not an honors student, then I would generally be expecting
that you got a grade of 3.6 or higher in CSE142, although I will
consider all students who apply.  Even if you have already registered
for the course, please fill out the survey so that I can get an
accurate head count.

--Stuart Reges, Teaching Professor, Computer Science & Engineering
   https://homes.cs.washington.edu/~reges
  _____
Cse143a_wi22 mailing list
Cse143a_wi22@u.washington.edu
http://mailman11.u.washington.edu/mailman/listinfo/cse143a_wi22