*Reges v. Cauce, et al.*

# Exhibit AA to Declaration of Gabriel Walters

Message

| | |
|---|---|
| From: | Crystal Eney [ceney@cs.washington.edu] |
| Sent: | 1/7/2022 6:59:48 PM |
| To: | Magdalena Balazinska [magda@cs.washington.edu] |
| CC: | Hunter Schafer [hschafer@cs.washington.edu]; Ugrad Adviser [ugrad-adviser@cs.washington.edu]; Dan Grossman [djg@cs.washington.edu]; Chloe Dolese [cdolese@cs.washington.edu] |
| Subject: | Re: Additional details of the new cse 143 class |

yes, everyone can forward to ugrad-adviser, we're on it.

**Crystal Eney**
Director of Student Services
**Paul G. Allen School of** Computer Science & Engineering

Bill & Melinda Gates Center for Computer Science & Engineering
Box 352355
3800 E. Stevens Way NE Seattle, WA 98195
**206.685.7571** / fax **206.543.2969**
**ceney@cs.uw.edu** / **cs.washington.edu**

The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations.



EXHIBIT 55
WIT: Grossman
DATE: 6·22·23
Lauren G. Harty, CCR, RPR

On Fri, Jan 7, 2022 at 10:57 AM Magdalena Balazinska <magda@cs.washington.edu> wrote:
Someone asked if they could see your syllabus for this course offering. I'm going to forward questions about course logistic details to ugrad-advisors, so you can coordinate directly with Hunter on the responses. It's a great idea to create an FAQ and point students to it.

thanks,
magda

On Fri, Jan 7, 2022 at 10:54 AM Hunter Schafer <hschafer@cs.washington.edu> wrote:
Going to send a quick update to students who have already filled out the form to inform them about this. I think I'm going to include a link to the FAQ in the form too!

-Hunter

On Fri, Jan 7, 2022 at 10:49 AM Hunter Schafer <hschafer@cs.washington.edu> wrote:
Just responded to Crystal. We decided we will be telling students that we are still working details out, but for now it will be similar to the current offering.

-Hunter

On Fri, Jan 7, 2022 at 10:48 AM Ugrad Adviser <ugrad-adviser@cs.washington.edu> wrote:
Removing the student for a minute and adding Crystal/Chloe - we're getting a ton of grading questions. Are we ok to tell students that we're going to keep it the same as Stuart's original structure, or do we need to think on it a bit more still?

Jenifer Hiigli

Confidential

Assistant Director of Advising
Paul G. Allen School of Computer Science & Engineering
University of Washington
jenifer@cs.washington.edu

https://olrs.cs.washington.edu/ATN=20220107019

On 01/07/2022 10:32, Hunter Schafer <hschafer@cs.washington.edu> wrote:
Yeah, I've been getting a lot of questions about this. I just responded to a post on reddit saying we are undecided.

Obviously, I love the ESNU grading system and resubmissions and I think it's more effective and more equitable, but I think having two offerings of CSE 143 with different grading systems provides too much incentive for students to switch for wrong reasons. I think to keep things as straightforward as possible is to say we will be using a grading system consistent with the current offering of CSE 143. Maybe Magda or I could send a follow-up message clarifying that most grading details will be similar to the current offering of CSE 143?

-Hunter

On Fri, Jan 7, 2022 at 10:19 AM Dan Grossman <djg@cs.washington.edu> wrote:

I'm adding Hunter since this will be his decision.

--Dan

On Fri, Jan 7, 2022 at 10:16 AM _ ███████████████ wrote:
Hello, I hope this email finds you well!

What will be the new grading structure with Prof. Hunter? Will he allow resubmissions? Will there be midterms in his class?

Sincerely,
███

Confidential
UW_Reges_0005133