*Reges v. Cauce, et al.*

# Exhibit BB
# to Declaration of
# Gabriel Walters

Message

| | |
|---|---|
| From: | Jenifer Hiigli [jenifer@cs.washington.edu] |
| Sent: | 1/12/2022 8:59:13 PM |
| To: | |
| CC: | Ugrad Adviser [ugrad-adviser@cs.washington.edu] |
| Subject: | Re: [143a] Additional offering of CSE143 available |

Hi! Moving Magda to BCC.

I'm happy to move you, but you can't stay in the same quiz section. You'll need to pick one of the available quiz sections that go with lecture E. If you want one at the same time, looks like there are some options for that. Let me know if you still want to switch and what quiz section you'd prefer!

**JENIFER PESICKA HIIGLI**
Assistant Director of Advising
Paul G. Allen School of Computer Science & Engineering
she/her/hers

CSE2 167
Bill & Melinda Gates Center for Computer Science and Engineering
Paul G. Allen Center Box 352355
3800 E Stevens Way NE
206.543.8522 / fax 206.543.2969
jenifer@cs.uw.edu / cs.washington.edu

Land Acknowledgement: The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations.

On Wed, Jan 12, 2022 at 11:56 AM ███ wrote:
I hope I can still be in the same section, AW!

On Wed, Jan 12, 2022, 10:52 AM ███ wrote:
Hello Magdalena,

I hope you are well! I hope you don't feel inconvenient with all my emails. I wanted to ask if I can switch to Hunter's course. All my friends have switched, and it feels lonely to be in Stuart's class alone. So, I hope you can switch me to his class.

Thank you for your help!

On Mon, Jan 10, 2022, 11:53 AM ███ wrote:
Thank you Crystal for the update!


EXHIBIT 54
WIT: Grossman
DATE: 6-22-23
Lauren G. Harty, CCR, RPR

> On Mon, Jan 10, 2022, 11:52 AM Ugrad Adviser <ugrad-adviser@cs.washington.edu> wrote:
> This has been resolved, no changes will be made to your schedule.
>
> Crystal Eney
> Director of Student Services
> Paul G. Allen School of Computer Science & Engineering
> University of Washington
> ceney@cs.washington.edu
>
> https://otrs.cs.washington.edu/ATN=20220108018
>
> On 01/08/2022 16:42, ▮▮▮▮▮ wrote:
> Great, thank you so much! I appreciate your quick response!
>
> On Sat, Jan 8, 2022, 3:28 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
> Hi ▮
>
> No problem at all. I'm copying Jenifer Hiigli and the advising team who can help track your final decision.
>
> regards,
> magda
>
> On Sat, Jan 8, 2022 at 3:26 PM ▮▮▮▮▮ wrote:
> Hello Magdalena,
>
> My name is ▮▮▮▮▮ I filled out the form for the new Cse 143 offering with Hunter. But I no more want the offering. Honestly, I am doing well with my TA. So, I hope you can disregard my application form.
>
> Thank you!
>
> Sincerely,
>
> ▮▮▮▮▮
>
> On Fri, Jan 7, 2022, 9:52 AM Magdalena Balazinska <magda@cs.washington.edu> wrote:
>> Dear CSE143 Students,
>>
>> We are opening a new offering of CSE143, which will run independently of the current course with a different instructor. This course offering will have one lecture section, meeting 2:30-3:20 on MWF on the time schedule. However, lectures will be pre-recorded (from Fall 2021) with the lecture time being used for synchronous Q&A. Therefore, time conflicts will be waived if necessary. The course will start remote, but we are looking for a classroom.
>>
>> To switch to this new offering, please fill out this form by noon Saturday. You do not need to take any other action beyond the form. You do not need to drop your current CSE143. We apologize for the very short timeframe, but we have limited time to launch this offering. It is your choice whether you wish to switch.
>>
>> There will not be any additional fees charged for switching to the new offering. We will handle the official registration changes for you in the coming days.
>>
>> If you switch to this new offering, your Tuesday/Thursday recitation section and TA will also change. We will let you know your recitation section time as soon as possible. (The form asks what times you are available; please be as flexible as possible.)
>>
>> The instructor will be Hunter Schafer. The course will have its first meeting on Monday, January 10, and the course will assume you have completed the first week of your current CSE143 in terms of lecture and recitation section. However, you will be asked to rewatch the videos for this new offering from the

beginning. Again, it will operate independently from the current CSE143. Hunter will follow-up with the students in this offering with more detail.

The first homework will be the same and will still be due on Thursday January 13.

If you have any questions about the logistics of switching courses, please write to Crystal Eney Director of Allen School Undergraduate Student Services (ugrad-adviser@cs.washington.edu). If you have concerns about anything else, you are welcome to reach out to Crystal, Allen School Vice Director, Dan Grossman (djg@cs.washington.edu) or me.

Thank you,

Magda

Magdalena Balazinska (she/her/hers)

Professor and Director, Paul G. Allen School of Computer Science & Engineering

University of Washington

---

Cse143a_wi22 mailing list
Cse143a_wi22@u.washington.edu
http://mailman11.u.washington.edu/mailman/listinfo/cse143a_wi22