*Reges v. Cauce, et al.*

# Exhibit CC
# to Declaration of
# Gabriel Walters

Message

**From:** diversity-allies [diversity-allies-admin@cs.washington.edu]
**on behalf of** Stuart Reges [reges@cs.washington.edu]
**Sent:** 2/23/2022 12:43:16 PM
**To:** diversity-allies [diversity-allies@cs.washington.edu]
**Subject:** [diversity-allies] about land acknowledgments

Josh Moody of Inside Higher Education has taken a deep dive into the land acknowledgment issue in a new article just released:

https://www.insidehighered.com/news/2022/02/23/professors-land-acknowledgment-sparks-controversy

The article explores the pros and cons of land acknowledgments and describes what happened this quarter when I included a version of the land acknowledgment on my course syllabus that the university found offensive. He also mentions my plans to continue this protest when I teach the CSE142 course in spring and will have the opportunity to distribute a syllabus on paper (more difficult to censor).

--Stuart

---

https://mailman.cs.washington.edu/mailman/listinfo/diversity-allies

The goal of this list is to encourage the exchange of ideas that work toward informing us, educating us, and helping us to grow as allies to underrepresented groups of people in computer science. Posts to the diversity-allies list should meet one of the following criteria:
Be a sharing of diversity-related efforts, successes, and challenges here in the Allen School
Be an announcement of an event, in-person discussion, or workshop related to diversity and inclusion in STEM
Be a link to a resource supporting diversity and inclusion which helps us to grow as allies to underrepresented groups in STEM
This email listserv not a space for discussion. This means we default to "do not reply" to messages sent to this list. If you have resources to share on a related topic, start a new thread.

We encourage anyone to suggest an in-person discussion space, should they wish to engage on any topics that come through this list.

Have questions/feedback/requests for the facilitators? Email at: diversity-allies-owner@cs.washington.edu

To learn more about diversity and inclusion work at the Allen School, visit https://www.cs.washington.edu/diversity. Questions, concerns, or comments can be sent to the Diversity Committee at diversity@cs.washington.edu.

UW_Reges_0000974

UW_Reges_0000974