*Reges v. Cauce, et al.*

# Exhibit DD
# to Declaration of
# Gabriel Walters

Ex. No. 20 Date: 6-19-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

Message

**From:** Nancy Allbritton [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2DA0D76F5BD746ED8CFCC80D152B825A-NLALLBR]
**Sent:** 2/25/2022 9:23:09 PM
**To:** Magdalena Balazinska [magda@cs.washington.edu]; Daniel M. Ratner [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a720149a750b4e5fa3806935d7dd4665-dratner]; karentb [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e102d320c3c9454ea0d486a71bb54840-karentb]; Aileen V. Trilles [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4fab89859216472581aa81b3eb6c40e1-avt]
**Subject:** RE: [diversity-allies] about land acknowledgments

Magda,
There is some serious inaccuracies in the student's allegations below. I was Chair of the Dept of BME at UNC/NC State in 2018. I did not start as Dean of the CoE until very late in 2019.
Nancy

Nancy Allbritton

Frank & Julie Jungers Dean
College of Engineering
Professor of Bioengineering

371 Loew Hall  Box 352180
Seattle, WA 98195-2180
engr.washington.edu

**W** UNIVERSITY of WASHINGTON

---

**From:** Magdalena Balazinska <magda@cs.washington.edu>
**Sent:** Friday, February 25, 2022 9:40 AM
**To:** Nancy Allbritton <nlallbr@uw.edu>; Daniel M. Ratner <dratner@uw.edu>; karentb <karentb@uw.edu>; Aileen V. Trilles <avt@uw.edu>
**Subject:** Fwd: [diversity-allies] about land acknowledgments

Hi Nancy, Dan, Karen, and Aileen,

███████████████████████████████ I let Stuart's email through on the diversity-allies@ mailing list (first email below). I received the complaint below as well as two other complaints. Please advise on how you'd like to proceed. I recommend that we schedule a meeting with the representatives below.

thanks,
magda

---------- Forwarded message ---------
███████████████████████████████
Date: Fri, Feb 25, 2022 at 7:00 AM
Subject: Fwd: [diversity-allies] about land acknowledgments
To: Magdalena Balazinska <magda@cs.washington.edu>, Tadayoshi Kohno <yoshi@cs.washington.edu>
███████████████████████████████████████████████████████████████████

Dear Magda and Yoshi,

We wanted to bring your attention to this email from Stuart Reges to the diversity-allies mailing list, and the linked news article. We are all elected UAW 4121 reps, representing CSE academic student employees, both grad and undergrad, and Stuart's actions throughout this quarter are promoting an un-inclusive workplace environment. This goes directly against "Article 20: Non-Discrimination and Harassment" of the contract we collectively agreed to with UW, which we quote below.

"The Employer and the Union agree that all employees should work in an environment that fosters mutual respect and professionalism. The parties agree that all employees should be free from everyday exchanges— including words and actions—that denigrate or exclude individuals based on their membership in a group or class[…] Inappropriate workplace behavior by ASEs, Faculty, supervisors and/or managers will not be tolerated."

We would like to further note that Stuart Reges's behavior goes against the Allen School's commitment to "create an inclusive environment for people of all backgrounds."

We have heard from TAs who no longer feel comfortable mentioning their own views on topics related to land acknowledgements and DEI, for fear of retaliation from Stuart Reges. We have heard from other ASEs whose feelings of belonging in the Allen School have been negatively impacted by the fact that Stuart Reges' behavior has been allowed to continue.

We would like to remind you that Stuart Reges contributing to an un-inclusive and discriminatory work environment is not new. This letter in 2018 was sent to Dr. Allbritton, with quotes about how Stuart promoted an un-inclusive and discriminatory environment. The Allen School's lack of a sufficient response in 2018 enabled him to do what he did in Jan, and the Allen School's lack of a sufficient response in Jan has led Stuart Reges to state his intent to do this again next quarter.

**We ask that you take prompt action to address this behavior, to align with both Article 20 of the contract and the Allen School's stated commitment to Diversity, Equity, and Inclusion.**

Sincerely,

---------- Forwarded message ---------
From: **Stuart Reges** <reges@cs.washington.edu>
Date: Thu, Feb 24, 2022 at 2:07 PM
Subject: [diversity-allies] about land acknowledgments
To: diversity-allies <diversity-allies@cs.washington.edu>

Josh Moody of Inside Higher Education has taken a deep dive into the land acknowledgment issue in a new article just released:

https://www.insidehighered.com/news/2022/02/23/professors-land-acknowledgment-sparks-controversy

The article explores the pros and cons of land acknowledgments and describes what happened this quarter when I included a version of the land acknowledgment on my course syllabus that the university found offensive. He also mentions my plans to continue this protest when I teach the CSE142 course in spring and will have the opportunity to distribute a syllabus on paper (more difficult to censor).

--Stuart

_____

https://mailman.cs.washington.edu/mailman/listinfo/diversity-allies

The goal of this list is to encourage the exchange of ideas that work toward informing us, educating us, and helping us to grow as allies to underrepresented groups of people in computer science. Posts to the diversity-allies list should meet one of the following criteria:
Be a sharing of diversity-related efforts, successes, and challenges here in the Allen School
Be an announcement of an event, in-person discussion, or workshop related to diversity and inclusion in STEM
Be a link to a resource supporting diversity and inclusion which helps us to grow as allies to underrepresented groups in STEM
This email listserv not a space for discussion. This means we default to "do not reply" to messages sent to this list. If you have resources to share on a related topic, start a new thread.

We encourage anyone to suggest an in-person discussion space, should they wish to engage on any topics that come through this list.

Have questions/feedback/requests for the facilitators? Email at: diversity-allies-owner@cs.washington.edu

To learn more about diversity and inclusion work at the Allen School, visit https://www.cs.washington.edu/diversity. Questions, concerns, or comments can be sent to the Diversity Committee at diversity@cs.washington.edu.