*Reges v. Cauce, et al.*

# Exhibit II
# to Declaration of
# Gabriel Walters



# PAUL G. ALLEN SCHOOL
## OF COMPUTER SCIENCE & ENGINEERING

March 9, 2022

Teaching Professor Stuart Reges
Paul G. Allen School of Computer Science & Engineering
reges@uw.edu

Dear Professor Reges,

The purpose of this letter is to document some aspects of our discussion on March 8, 2022 and to see if we can reach an agreement related to the Faculty Code Section 25-71 process.

I shared with you allegations that concern your conduct in course instruction and in email communications using university resources, which may be a violation of University policies as described in my letter dated March 2, 2022. The allegations, if true, may constitute a violation of Executive Order 31, which prohibits discrimination or harassment against a member of the University community. The allegations, if true, may also constitute a violation of Faculty Code Sections 24-33 and 25-71A, UW's policy on providing a safe workplace, and the collective bargaining agreement between the University of Washington and the United Auto Workers who represent academic student employees.

During our meeting, we discussed our differing perspectives. You asked if I had a resolution to propose, and I shared one. You indicated you wanted to receive such a proposal in writing and that, if provided one, then you would respond quickly. As we discussed, you were also given the opportunity to propose possible resolutions or to work together with me to produce a mutually agreeable resolution. You preferred to only receive a written version of what I proposed.

In light of this, I write today to memorialize an agreement which would resolve this matter. The signing of this agreement and the successful implementation of its requirements would bring to an end the proceedings in which we have been engaged under Section 25-71.

Under this proposed agreement, you would agree to the following:

- You acknowledge, and agree that, as an Allen School faculty member, you will interact with peers, staff, and students in a way that:
    - Demonstrates respect toward all and encourages a spirit of respect in all interactions and forums;
    - Creates and maintains a professional, positive, and welcoming environment that is conducive to learning, teaching, research, and service; and
    - If expressing dissent or attempting to produce change in the workplace, do so in a way that remains respectful to all, and in a way that maintains a professional, positive, welcoming, and supportive environment.

- You agree not to include the statement that you have called your version of the land acknowledgment that was published in the CSE 143 Winter 2022 online course syllabus in the online and print copy of the CSE 142 Spring 2022 syllabus or in other future course syllabi.

Ex. No. 46 Date: 6-20-23
Wit: Gilbertson
Peggy Fritschy Hamilton, RPR

UW_Reges_0000896

UW_Reges_0000896

- You agree that you will avoid any retaliation (even the appearance of same) against anyone whom you believe is involved with the allegations that I have discussed with you at the Section 25-71 meeting. Behavior that is perceived as retaliatory might lead to further proceedings.

If you agree to accept all of the above terms and conditions, please sign and date this document and return it to me by no later than March 15, 2022. If you prefer not to accept this agreement by that date, which is your decision, we will then proceed with next steps in accordance with the Faculty Code.

Sincerely,

*/s/ Magdalena Balazinska*

Magdalena Balazinska
Professor and Director
Paul G. Allen School of Computer Science & Engineering
University of Washington

cc:   Dan Grossman, Vice Director, Allen School of Computer Science and Engineering
      Aileen Trilles, Senior Director of Human Resources, College of Engineering

**Acceptance:**

I agree to and accept each of the aforementioned terms and conditions.

_____          _____
Stuart Reges, Teaching Professor             Date
Allen School of Computer Science and Engineering