*Reges v. Cauce, et al.*

# Exhibit KK
# to Declaration of
# Gabriel Walters

Message

| | |
|---|---|
| **From:** | Lucia Ersfeld [luciap@uw.edu] |
| **Sent:** | 4/21/2022 5:48:41 PM |
| **To:** | Aileen V. Trilles [avt@uw.edu] |
| **Subject:** | FW: 25-71 Consultation |

fyi

Lucia Ersfeld
(206) 543-1829
Message me on Teams


-----Original Message-----
From: Nancy Allbritton <nlallbr@uw.edu>
Sent: Thursday, April 21, 2022 10:48 AM
To: Stuart Reges <reges@cs.washington.edu>
Cc: Lucia Ersfeld <luciap@uw.edu>
Subject: RE: 25-71 Consultation

Stuart,
Thank you for following up.

After my consultation with you and the director, I have decided to form a committee of three UW faculty members to look into this matter pursuant to Section 25-71.D. I am working to identify the faculty who will comprise the committee and then prepare the charge.

Thank you,
Nancy

-----Original Message-----
From: Stuart Reges <reges@cs.washington.edu>
Sent: Monday, April 18, 2022 10:14 AM
To: Nancy Allbritton <nlallbr@uw.edu>
Cc: Lucia Ersfeld <luciap@uw.edu>
Subject: RE: 25-71 Consultation

It has been three weeks since we met and I was hoping to get an update.
My understanding is that you were going to decide whether the accusations were serious enough to warrant some kind of action and, if so, you were going to initiate a formal investigation either by UCIRO or a committee of three faculty members.

Can you let me know where things stand?

--Stuart

On Thu, 24 Mar 2022, Nancy Allbritton wrote:

> Stuart,
> Thank you for confirming that you will be joined by Katlyn Patton. Megan Gibbons from the UW Attorney General's Office will attend the meeting as well. The meeting cannot be recorded.
>
> Thank you,
> Nancy
>
>
> -----Original Message-----
> From: Stuart Reges <reges@cs.washington.edu>
> Sent: Thursday, March 24, 2022 8:46 AM
> To: Lucia Ersfeld <luciap@uw.edu>
> Cc: Nancy Allbritton <nlallbr@uw.edu>
> Subject: RE: 25-71 Consultation
>
> I wanted to confirm that I will be joined by Katlyn Patton who is my attorney.  I would like to record the meeting.  Is that okay?
>
> --Stuart
>
> On Fri, 18 Mar 2022, Lucia Ersfeld wrote:
>
>> Thank you, confirming 9-9:30 am on Friday, 3/25. Confirming Zoom info below:

```
>>
>> Thank you,
>> Lucia
>>
>> Join Zoom Meeting
>> https://washington.zoom.us/j/99229091499?from=addon
>>
>> Meeting ID: 992 2909 1499
>>
>> Lucia Ersfeld
>> (206) 543-1829
>> Message me on Teams
>>
>>
>>
>> -----Original Message-----
>> From: Stuart Reges <reges@cs.washington.edu>
>> Sent: Friday, March 18, 2022 1:56 PM
>> To: Lucia Ersfeld <luciap@uw.edu>
>> Cc: Nancy Allbritton <nlallbr@uw.edu>
>> Subject: RE: 25-71 Consultation
>>
>> Let's start at 9 am.  So I'll plan on 9-9:30.
>>
>> --Stuart
>>
>> On Fri, 18 Mar 2022, Lucia Ersfeld wrote:
>>
>>> Professor Reges, I am following up on behalf of Dean Allbritton as she is out of town and travelling this afternoon.
>>>
>>> Thank you for your reply and suggesting an additional date. Friday, 3/25, between 9-11 am is available. Please let me know what time would work best for you and your attorney. Please note, Dean Allbritton will include Megan Gibbons from the AGO in this meeting as well.
>>>
>>> Thank you,
>>> Lucia
>>>
>>>
>>> -----Original Message-----
>>> From: Stuart Reges <reges@cs.washington.edu>
>>> Sent: Friday, March 18, 2022 12:07 PM
>>> To: Nancy Allbritton <nlallbr@uw.edu>
>>> Subject: Re: 25-71 Consultation
>>>
>>> I would like to have legal representation at the meeting and my attorney is not available on Wednesday.  She is wondering if we could reschedule the meeting for Friday, 3/25/22.
>>>
>>> --Stuart
>>>
>>> On Fri, 18 Mar 2022, Nancy Allbritton wrote:
>>>
>>>>
>>>> Dear Teaching Professor Reges,
>>>>
>>>>
>>>>
>>>> As we are required to do pursuant to Section 25-71.D, I wish to
>>>> meet with you regarding the outcome of your recent 25-71B meeting
>>>> with Allen School Director Magda Balazinska.  Therefore, I have
>>>> scheduled this discussion to commence on Weds, March 23, from 2:30 - 3 pm via Zoom:
>>>> https://washington.zoom.us/j/99229091499?from=addon; Meeting ID:
>>>> 992
>>>> 2909
>>>> 1499
>>>>
>>>>
>>>>
>>>> If you are unable to participate at that time/date, please notify
>>>> me immediately so that we can determine a mutually agreeable time
>>>> and date for us to meet. In addition, please let me know if you
>>>> intend to include anyone else in this meeting, such as legal representation.
>>>>
>>>>
>>>>
>>>>           Thank you,
>>>>
>>>>                Nancy Allbritton
```

```
>>>>
>>>>
>>>>
>>>> Nancy Allbritton
>>>> Frank & Julie Jungers Dean of Engineering
>>>>
>>>> Professor of Bioengineering
>>>>
>>>> 371 Loew Hall  Box 352180
>>>> Seattle, WA 98195-2180
>>>> nlallbr@uw.edu  /  engr.washington.edu
>>>>
>>>> logo
>>>>
>>>>
>>>>
>>>>
>>>>
>>>
>>>
>>
>>
>
>
```

UW_Reges_0007695