*Reges v. Cauce, et al.*

# Exhibit MM
# to Declaration of
# Gabriel Walters

Message

| | |
|---|---|
| From: | Nancy Allbritton [nlallbr@uw.edu] |
| Sent: | 7/11/2022 11:11:10 PM |
| To: | Louisa Mackenzie [louisam@uw.edu]; Eric Schnapper [schnapp@uw.edu]; Steve Muench [stmuench@uw.edu] |
| CC: | Aileen V. Trilles [avt@uw.edu]; magda@cs.washington.edu; Jihui Yang [jihuiy@uw.edu]; Lucia Ersfeld [luciap@uw.edu] |
| Subject: | Special Investigating Committee charge letter |
| Attachments: | EMAIL_Native faculty and staff statement.pdf; Reges_25-71_Notification_2022_03_02.pdf; Reges_25-71_Resolution Agreement_2022_03_09.pdf; Bias Incident Report.pdf; FINAL_Charge Letter to SIC for SR_2022_07_11.pdf |

Dear Professors Mackenzie, Muench and Schnapper,

Thank you for agreeing to serve on a special investigating committee regarding Teaching Professor Stuart Reges of the Allen School of Computer Science and Engineering in the College of Engineering. Attached is the confidential charge letter and corresponding documentation:

- Bias Incident Report
- Email from Native faculty and staff
- 25-71 Notification
- 25-71 Resolution Agreement

I request that the investigation be completed by August 16, 2022 if possible. Once you have completed your investigation, please reach out to Lucia Ersfeld, copied here, to schedule a meeting with me.

If you have any questions or concerns regarding the material provided or the process, please reach out to Aileen Trilles, Senior Director of Human Resources, copied here.

Best regards,

Nancy Allbritton
Frank & Julie Jungers Dean of Engineering
Professor of Bioengineering

371 Loew Hall  Box 352180
Seattle, WA 98195-2180
nlallbr@uw.edu / engr.washington.edu

W UNIVERSITY of WASHINGTON

Ex. No. 37  Date: 6-20-23
Wit: Allbritton
Peggy Fritschy Hamilton, RPR