*Reges v. Cauce, et al.*

# Exhibit NN
# to Declaration of
# Gabriel Walters

Hello,

My name is Kayla Shuster (they/them) and I joined the Allen School last November as the Recruiter for Diversity & Access. I am not certain if this is the correct place to make this complaint and if there is a better avenue, please let me know. I am writing to express my concerns about an email that came from Stuart Reges through the diversity-allies listserv.

This situation began with an insensitive and inflammatory "Land Acknowledgement" statement in Mr. Reges's CSE 143 course syllabus. This statement caused significant disruption to the daily functioning of the Allen School. The statement had a profound emotional impact on students, as evidenced by the fact that 30% of the students in the class opted to join an additional section as they were deeply hurt by the statements and were not confident of Mr. Reges's ability to keep his racist opinions out of his teaching and grading. Between the work put into creating the second section option for students and the efforts to support students who were upset by the statement, the Undergraduate Student Services Team lost nearly two weeks of time for our regular duties.

While this situation was concerning, I had never met Mr. Reges and I wanted to give him the benefit of the doubt and assume that he did not realize the consequences that his "protest" might have. I chose not to file any formal complaints about the situation. Yesterday, Mr. Reges sent an email to the diversity-allies listserv concerning this situation. The listserv is a public forum for people who are interested in better supporting students from underrepresented backgrounds. In his email, Mr. Reges included an Inside HigherEd article about the earlier situation and highlighted, "my plans to continue this protest when I teach the CSE142 course in spring and will have the opportunity to distribute a syllabus on paper (more difficult to censor)".

I have two main concerns about this email. First, by posting this in a public forum, Mr. Reges displayed a deliberate attempt to cause further disruption. He stated his intention to ignore the universities wishes and continue to use his classroom, a place where students are required to be in order to complete their degrees, to spout his racist opinions to an audience that is forced to listen despite the comments being wholly unrelated to the course material. He has displayed an unwavering commitment to being disruptive and misusing the UW's resources such as classrooms and his salary.

My second, and perhaps deeper concern is about Mr. Reges's fitness as a lecturer. After his syllabus was released, Mr. Reges was made aware that his language caused significant emotional harm to students. As a lecturer, he is responsible for creating an environment that is conducive to learning. Once he saw the hurtful impact of his words, demonstrated by students opting out of being in a classroom with him and reporting their concerns to the university, he should have stopped and found another forum for his views outside of the classroom. Mr. Reges has stated his intentions to repeat the action again next quarter, continuing to prioritize his ego over educating students. I, of course, disagree with Mr. Reges's denial of the genocide against indigenous peoples and his choice to frame a multicultural land ownership debate around western labor theories but my primary concern is the result of these statements: his creation of a

Ex. No. 38  Date: 6-20-23
Wit: Allbritton
Peggy Fritschy Hamilton, RPR

UW_Reges_0000885

UW_Reges_0000885

classroom where students feel unwelcome and concerned about their professor's grading integrity. We can not expect students to retain the curricular information that they are being presented with in that environment. Mr. Reges has shown that his is unwilling and unable to perform his job duties, which include fostering an environment where students can learn free from his biases.

Finally, my position was created around the goal of creating diverse classroom spaces that allow for rich discussion. The Allen School has explicitly stated goals of incorporating indigenous ways of knowing into the curriculum. Additionally, with the creation of my position we are seeking to increase our recruitment of native students. How am I supposed to recruit students into an environment where their history is questioned and their rights are denied? I do not feel comfortable bringing students into a school where their introductory courses are taught in a way that is not conducive to learning. Mr. Reges's Land Acknowledgement Statement is attributable to the university as it is being forced on students in a required course taught by a faculty member that we are paying to teach there. If Mr. Reges is allowed to continue to teach, and to distribute his land acknowledgement statement in a paper form where students will be required to see it, the university is essentially supporting his beliefs and agreeing that they belong in an introductory computer science course.

I do not believe that Stuart Reges is capable of performing his job duties as a lecturer. Too many of our students will be alienated and unfocused in his courses and he has shown no remorse for the disruptions to learning that he has created. He has expressed intentions to cause further learning loss in future courses. I would like to see him suspended from teaching by Spring quarter so he does not have a chance to do any more harm.

Sincerely,
Kayla Marie Shuster
Recruiter for Diversity & Access
Allen School of Computer Science & Engineering