*Reges v. Cauce, et al.*

# Exhibit PP
# to Declaration of
# Gabriel Walters

1              UNITED STATES DISTRICT COURT

2             WESTERN DISTRICT OF WASHINGTON

3                     AT SEATTLE

4    _____

5    STUART REGES,                )
                                  )
6             Plaintiff,          )
                                  )
7             vs.                 ) No. 2:22-cv-00964-JHC
                                  )
8    ANA MARI CAUCE, et al.,      )
                                  )
9             Defendants.         )

10   _____

11

12   30(B)(6) ZOOM REMOTE DEPOSITION UPON ORAL EXAMINATION

13                        OF

14             UNIVERSITY OF WASHINGTON

15                  ERIC SCHNAPPER

16          (CONTAINS CONFIDENTIAL TESTIMONY

17           SUBJECT TO PROTECTIVE ORDER)

18   _____

19

20                   10:02 A.M.

21              NOVEMBER 16, 2023

22              SEATTLE, WASHINGTON

23

24

25   REPORTED BY: LESLIE POST, CCR No. 2378

```
 1                        I N D E X
 2      EXAMINATION BY:                          PAGE(S)
 3      MR. WALTERS                              6, 162
 4      MR. HOSP                                    161
 5      EXHIBITS FOR IDENTIFICATION:
 6      Exhibit 66 Email string, last of which is    37
 7                 7/11/2022 email from Magdalena
 8                 Balazinska to Aileen Trilles;
 9                 UW_Reges_0000891 - 0000894.
10      Exhibit 67 Email string, last of which is    54
11                 8/11/2022 email from Aileen Trilles to
12                 Steven Muench, Louisa Mackenzie, Eric
13                 Schnapper; UW_Reges_0010440 - 0010441.
14      Exhibit 68 9/29/2022 email from Louisa         63
15                 Mackenzie to Eric Schnapper and Steve
16                 Muench; UW_Reges_0010563.
17      Exhibit 69 Special Investigatory Committee     72
18                 for Stuart Reges, document titled,
19                 "Introduction and scope of
20                 activities," UW_Reges_0008751 -
21                 0008773.
22      Exhibit 70 8/20/2022 email from Louisa        120
23                 Mackenzie to Jean Dennison and
24                 others; UW_Regis_009680 -
25                 009681.
```

Page 60

1    after the oral report Professor Mackenzie went on

2    medical leave and for several months was really not

3    able to work on these matters anymore.  And I don't

4    recall any further communication from the dean or the

5    dean's office after this until we get to the spring

6    when there's a draft letter.

7          Q.    I believe you mentioned this date before,

8    but I haven't asked you directly.

9                When was the oral report to the dean by the

10   Special Investigating Committee?

11         A.    I believe it's October 14th.  Again, the

12   documents would be more accurate than my memory.

13         Q.    And that October 14th that you believe, I'm

14   not going to say it certainly was, but that would be

15   2022, correct?

16         A.    That's correct.

17         Q.    Between October 14th, 2022 or thereabouts,

18   you mentioned a letter in the spring.

19                Between those events, did the SIC do any

20   work?

21         A.    To the best of my memory, no.  As I said,

22   Professor Mackenzie was unable to do anything for

23   medical reasons for several months.  I was swamped

24   with matters that I mentioned and, you know, I believe

25   that there -- I don't believe there was any further