*Reges v. Cauce, et al.*

# Exhibit SS
# to Declaration of
# Gabriel Walters

| | |
|---|---|
| **From:** | Nancy Allbritton [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2DA0D76F5BD746ED8CFCC80D152B825A-NLALLBR] |
| **Sent:** | 6/7/2022 10:59:15 PM |
| **To:** | engr-chairs@uw.edu; engr-admins@uw.edu |
| **CC:** | Kojay D Pan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a885b76b3e9a4df58c255af271326e89-kpan]; Aileen V. Trilles [avt@uw.edu] |
| **Subject:** | FW: FY2023 Merit Authorization Letter - UW Seattle |
| **Attachments:** | FY2023 Merit Authorization Letter - UW Seattle.pdf |

Dear All,

Please find attached, FY23 merit authorization letter from the President and Provost. As always, final approval is provided by the Board of Regents, anticipated in late June. A few specifics worth noting –

- Subject to Regents approval, please find attached authorization for a 3.25% merit increase cycle.
- Salary increases for meritorious faculty, academic, and professional staff eligible for 2022-23 merit consideration will be effective September 1, 2022.
- The College of Engineering is expected to self-fund the majority of salary and benefit increases.
- The Dean's Office will provide funding for merit and associated benefits equal to 3.00% of merit eligible, permanently budgeted GOF positions.
- Unique to FY23, central UW will provide funding for merit and associated benefits equal to 0.25% of merit eligible, permanently budgeted GOF positions
- Faculty Code Section 24-55 provides that faculty shall be reviewed by their colleagues to evaluate merit and arrive at a recommendation for an appropriate merit salary increase.
- For any faculty cases that fall under Faculty Code Section 25-71, please be sure to touch base with Aileen Trilles (avt@uw.edu) to confirm whether or not a faculty member is deemed non-meritorious or whether their merit should be held in abeyance.
- The Professional Staff Program requires that merit recommendations be supported by a current performance evaluation completed within the previous twelve months. To support timely merit review and processing, the College is **strongly encouraging** completion of performance reviews for professional staff by June 30, 2022.
- Managers are strongly encouraged to recommend a 3.25% increase for meritorious professional staff. Any deviation from the 3.25% merit will require additional follow-up and documentation
- Professional staff who were hired, promoted, or received an "in-grade" adjustment after March 31, 2022, are precluded from receiving a merit increase, unless merit eligibility is specifically documented in hiring or other documentation.
- Classified non-union employees will receive salary adjustments as indicated in the state budget. Classified staff and other represented employees will receive salary adjustments as outlined in their respective collective bargaining agreements.
- Similar to last year, planning materials including detailed merit sheets will be made available in late June, with an expected response date by end of July.

As always, please let me know if you have any concerns or questions,

Thank you,

Nancy

Ex. No. 26 Date: 6-15-23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

Confidential                                                                                                                UW_Reges_0004324

**From:** Mark Richards <markrich@uw.edu>
**Sent:** Tuesday, May 31, 2022 11:55 AM
**To:** Cheryl A. Cameron <ccameron@uw.edu>; Dianne Harris <dsh1@uw.edu>; Renee Cheng <rycheng@uw.edu>; Mia Tuan <mtuan@uw.edu>; Maya Tolstoy <mt290@uw.edu>; Jodi Sandfort <jrs1@uw.edu>; Randy Hodgins <rhodgins@uw.edu>; Jeff Riedinger <jrieding@uw.edu>; Mindy Kornberg <mindyk@uw.edu>; Frank Hodge <fhodge@uw.edu>; Vice Provost for Research <vpresearch@uw.edu>; Philip J. Reid <pjreid@uw.edu>; Rickey L Hall he.him.his <rickey1@uw.edu>; Gary T Chiodo <gchiod@uw.edu>; Elizabeth G. Porter <egporter@uw.edu>; Azita Emami <emamia@uw.edu>; Sean D Sullivan <sdsull@uw.edu>; Edwina Uehara <eddi@uw.edu>; Denzil J. Suite <djsuite@uw.edu>; Joy Williamson-Lott <joyann@uw.edu>; Ed Taylor <edtaylor@uw.edu>; Mary Gresch <mgresch@uw.edu>; Hilary Godwin <hgodwin@uw.edu>; Simon Neame <sneame@uw.edu>; Rovy Branon <rbranon@uw.edu>; Kerwin, David M. (ATG) <david.kerwin@atg.wa.gov>; Anind K Dey <anind@uw.edu>; Paul G. Ramsey <pramsey@uw.edu>; Nancy Allbritton <nlallbr@uw.edu>; Lou Cariello <cariello@uw.edu>; Brian McCartan <bpmcc@uw.edu>; Andreas Bohman <abohman@uw.edu>; Jennifer Cohen <jcohen@uw.edu>; Sarah Norris Hall <sahall@uw.edu>; Francois Baneyx <baneyx@uw.edu>
**Cc:** Ana Mari Cauce <president@uw.edu>; Cheryl A. Cameron <ccameron@uw.edu>; Kim T Dinh <kimdinh@uw.edu>; Margaret Shepherd <mshep@uw.edu>; Mindy Kornberg <mindyk@uw.edu>; Sarah Norris Hall <sahall@uw.edu>; Jason Campbell <jasonc26@uw.edu>; Chris Laws <wampaz@uw.edu>; Michael E Townsend <met@uw.edu>; Robin Angotti <riderr@uw.edu>
**Subject:** FY2023 Merit Authorization Letter - UW Seattle

Dear Colleagues,

Please find the FY2023 Merit Authorization Letter for UW Seattle attached.


Sincerely,

Mark A. Richards
Provost and Executive Vice President for Academic Affairs
Professor, Earth and Space Sciences

Confidential

UW_Reges_0004325