Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

   Plaintiff,

  v.

ANA MARI CAUCE, et al.,

   Defendants.

Case No. 2:22-cv-00964-JHC

**DECLARATION OF MAGDALENA BALAZINSKA RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

BALAZINSKA DECL. RE: DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00964-JHC

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

I, Magdalena Balazinska, declare as follows:

1.      I am over the age of 18 and competent to testify.

2.      This Declaration is in connection with Defendants Ana Mari Cauce, Magdalena Balazinska, Daniel Grossman, and Nancy Allbritton's Motion for Summary Judgment.

3.      I am the Director of the Paul G. Allen School of Computer Science & Engineering at the University of Washington, as well as a professor within the Allen School. I am one of the named Defendants in this lawsuit.

4.      The Allen School sits within the University's College of Engineering, which is led by Dean Nancy Allbritton.

5.      Attached as **Exhibit 1** is a copy of a December 8–9, 2021 email thread including me and several other faculty and staff members within the Allen School. The faculty member who initially circulated the *Atlantic* article criticizing land acknowledgment statements faced no repercussions for doing so.

6.      In January 2022, at the start of the Winter 2022 quarter, I learned that Professor Stuart Reges had included his version of a land acknowledgment statement in the syllabus for his CSE 143—Computer Programming II course. I saw that the statement was receiving significant negative attention on Reddit, and I learned that many students and staff found it offensive and distracting. Based on the complaints I was receiving, I observed a disruption to the learning environment and anticipated that Professor Reges's statement would continue to cause such a disruption. It was that concern—and not my own disagreement with Professor Reges's statement—that led me to act.

7.      Attached as **Exhibit 2** is a copy of a January 4, 2022 email I sent to Professor Reges.

8.      Attached as **Exhibit 3** is a copy of a January 5, 2022 email I sent to the students in Professor Reges's CSE 143 course.

9.      In consultation with other administrators, I worked with Professor Grossman to create an alternative section for Professor Reges's Winter 2022 CSE 143 course, taught by a

BALAZINSKA DECL. RE: DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00964-JHC

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

different professor.

10.     During that first week of January (and beyond), I heard from students, faculty, and staff about the significant disruption Professor Reges's actions had caused. Some people spoke to me in person or over video conference, and some concerns came to my attention through email. Later, in response to an inquiry from the special investigating committee that Dean Allbritton formed to look into Professor Reges's conduct, I compiled various emails reflecting the disruption into a document. A (redacted) copy of that document is attached as **Exhibit 4**.

11.     In February 2022, Stuart Reges sent an email to the diversity-allies listserv announcing his intention to put his land acknowledgment statement in the syllabus for a Spring 2022 course.

12.     Attached as **Exhibit 5** is a copy of a letter from the Allen School's Recruiter for Diversity and Access that I received after Professor Reges announced his intention to continue including his land acknowledgment on course syllabi.

13.     In response to an inquiry from the special investigating committee that Dean Allbritton formed to look into Professor Reges's conduct, I created and sent a copy of a February 25, 2022 email I had received from elected representatives of the University's student-employee union. A (redacted) copy of that document is attached as **Exhibit 6**.

14.     In response to the continued disruption stemming from Professor Reges's conduct, including the complaint from the student-employee union representatives, I initiated the Faculty Code Section 25-71 process. Attached as **Exhibit 7** is a copy of a March 2, 2022 letter I sent to Professor Reges.

15.     In accordance with the Faculty Code process, I met with Professor Reges on March 8, 2023. Attached as **Exhibit 8** is a copy of a March 9, 2022 letter I sent to Professor Reges.

16.     I learned of two other Allen School faculty who had included alternative land acknowledgment statements that might be insensitive to conservative students on the syllabi for their courses in Winter 2022. Though I had received no complaints from students about those

BALAZINSKA DECL. RE: DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00964-JHC

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

statements, I spoke to both professors, who ultimately agreed to revise the statements.

17.     Attached as **Exhibit 9** is a copy of a March 10, 2022 email I received from Professor Reges.

18.     In accordance with the Faculty Code process, I referred the issue to Dean Allbritton for further action.

19.     I worked with Professor Grossman to create an additional section for Professor Reges's Spring 2022 introductory-level course taught by a different professor.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 18th day of December, 2023 at Seattle, Washington.


_____

Magdalena Balazinska

BALAZINSKA DECL. RE: DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00964-JHC

3

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300

# EXHIBIT 1

Message
_____

| | |
|---|---|
| **From:** | Elise deGoede Dorough [elised@cs.washington.edu] |
| **Sent:** | 12/9/2021 4:49:18 PM |
| **To:** | Chloe Dolese Mandeville [cdolese@cs.washington.edu] |
| **CC:** | Magdalena Balazinska [magda@cs.washington.edu]; Dan Grossman [djg@cs.washington.edu]; Ed Lazowska [lazowska@cs.washington.edu]; Janice Cuny [jcuny@cs.washington.edu]; Tadayoshi Kohno [yoshi@cs.washington.edu] |
| **Subject:** | Re: diversity-allies post from reges@cs.washington.edu requires approval |


Thanks, all! I agree this was the right call here. And, sorry, Chloe I meant to give you a heads up that I let Ed's message through as I did think it met the criteria but I also expected that some might try to reply all.


**Elise deGoede Dorough**
Director of Graduate Student Services
Paul G. Allen School of Computer Science & Engineering
pronouns = she/her

Schedule An Appointment With Me!


**AUTUMN 2021 SCHEDULE**
Monday and Tuesday: on-campus 9am-1pm
Wednesday: virtual
Thursday and Friday: on-campus 9am-4pm.

Paul G. Allen Center, CSE 132
Box 352350 Seattle, WA 98195-2355
Direct line: 206.685.1369
elised@cs.washington.edu / www.cs.washington.edu

Ex. No. 8   Date: 6-19-23
Wit: _Balazinska_
Peggy Fritschy Hamilton, RPR


On Wed, Dec 8, 2021 at 9:19 PM Chloe Dolese Mandeville <cdolese@cs.washington.edu> wrote:
Hi all,

Thanks for your quick responses!

I missed that it also got sent to the faculty listserve. I'll go ahead and discard. Thanks!

Hope everyone has a great rest of the week,

Chloe

On Wed, Dec 8, 2021 at 8:20 PM Magdalena Balazinska <magda@cs.washington.edu> wrote:
Let's quietly discard. It went through on the faculty mailing list. That should suffice.

On Wed, Dec 8, 2021 at 7:39 PM Dan Grossman <djg@cs.washington.edu> wrote:

Whether to "silently" discard or to send a one-line justification is a reasonable judgment call either way.  On researchers@cs I sometimes go one way and sometimes the other (not related to Stuart, just in general).  Indeed, when I'm discarding replies (we also have a no-discussion rule) where I can see they replied to multiple lists, I often do not bother letting people know I discarded their message.  For example, this sometimes happens when the original message is sent to cs-staff@cs and researchers@cs.

On Wed, Dec 8, 2021 at 7:37 PM Ed Lazowska <lazowska@cs.washington.edu> wrote:

UW_Reges_0003219
UW_Reges_0003219

My advice would be not to reply to Stuart. Don't poke the sleeping bear. Just lay low. As Dan notes, there's some chance he didn't even notice that diversity-allies@cs was included along with faculty@cs.

On Wed, Dec 8, 2021 at 7:24 PM Dan Grossman <djg@cs.washington.edu> wrote:

I am a member of diversity-allies, but not a moderator of diversity-allies. I do however, generally lead moderation of researchers@cs and am familiar with past discussion of moderation of diversity-allies.

I believe your conclusion is correct -- diversity-allies has a clear policy of "no discussion". Ed's original message was probably within diversity-allies for being about STEM (sort of, since the article went long on a Microsoft conference).

It's not particularly clear to me that Stuart /intended/ to keep diversity-allies in his reply-all and in any case, it's a pretty simple "no discussions" case. You'll see both Ed and Stuart's message also included faculty@cs, a list that is unmoderated but which has a highly prescribed list of members -- only faculty in the Allen School (I'll spare you the details of what *exactly* that means :) ).

I think the courteous thing to do would be a one-line reply to Stuart with the reason you did not approve the message.

On Wed, Dec 8, 2021 at 7:01 PM Chloe Dolese Mandeville <cdolese@cs.washington.edu> wrote:
Hi all,

Stuart responded with the following to the recent article/post that Ed sent to the diversity-allies listserve re: land acknowledgments. Discussions are not allowed on this listserve. (as Stuart actually points out in his response). We have not taken action on his post yet and I would appreciate guidance on how to best proceed.

I'm headed to the climbing gym right now so I won't be checking my email again until later but just wanted to get ahead of this.

Thanks in advance!

--------- Forwarded message ---------
From: <diversity-allies-owner@cs.washington.edu>
Date: Wed, Dec 8, 2021 at 6:47 PM
Subject: diversity-allies post from reges@cs.washington.edu requires approval
To: <diversity-allies-owner@cs.washington.edu>


As list administrator, your authorization is requested for the
following mailing list posting:

    List:   diversity-allies@cs.washington.edu
    From:   reges@cs.washington.edu
    Subject: Re: The Atlantic on land acknowledgements
    Reason: Post to moderated list

At your convenience, visit:

    https://mailman.cs.washington.edu/mailman/admindb/diversity-allies

UW_Reges_0003220
UW_Reges_ 0003220

to approve or deny the request.

---------- Forwarded message ----------
From: Stuart Reges <reges@cs.washington.edu>
To: Ed Lazowska <lazowska@cs.washington.edu>
Cc: Faculty <faculty@cs.washington.edu>, diversity-allies <diversity-allies@cs.washington.edu>
Bcc:
Date: Wed, 8 Dec 2021 18:47:17 -0800 (PST)
Subject: Re: The Atlantic on land acknowledgements
I'm glad that Ed posted this because I have been thinking a lot about land
acknowledgments. I was going to include my version (see below) on my
cse143 syllabus next quarter because the Allen School lists this as a
diversity best practice. But I have my doubts about whether it really is
a good idea to do so.

Magda doesn't want us to use these email lists to discuss topics like this
and I'm happy to oblige. I would be willing to help organize an
opportunity for people to get together to discuss this in person if others
are interested.

--Stuart

I acknowledge that by the labor theory of property the Coast Salish people
can claim historical ownership of almost none of the land currently
occupied by the University of Washington.

On Wed, 8 Dec 2021, Ed Lazowska wrote:

> Chloe and I are currently attending the monthly 2-hour meeting of the
> Hopper-Dean Collaborative. The first hour is a conversation with Tia McNair
> who is the the VP for Diversity, Equity, and Student Success and Executive
> Director for the Truth, Racial Healing, and Transformation (TRHT) Campus
> Centers at the Association of American Colleges and Universities:
>
> https://www.aacu.org/contributor/tia-brown-mcnair
>
> She pointed us to this recent article in The Atlantic on land
> acknowledgements:
>
> https://www.theatlantic.com/ideas/archive/2021/11/against-land-acknowledgem
> ents-native-american/620820/
>
> This article really resonated with me.
>
> I am *not* attempting to start an email conversation on this important topic
> - I'm merely recommending the Atlantic article as thought-provoking.
>
>

UW_Reges_0003221
UW_Reges_0003221

---------- Forwarded message ----------
From: diversity-allies-request@cs.washington.edu
To:
Cc:
Bcc:
Date: Wed, 08 Dec 2021 18:47:18 -0800
Subject: confirm aafcc92769970b0565be725413966c135683fd7c
If you reply to this message, keeping the Subject: header intact,
Mailman will discard the held message. Do this if the message is
spam. If you reply to this message and include an Approved: header
with the list password in it, the message will be approved for posting
to the list. The Approved: header can also appear in the first line
of the body of the reply.

--

**CHLOE DOLESE MANDEVILLE, M.Ed.**
Assistant Director for Diversity & Access
Paul G. Allen School of Computer Science & Engineering
she/her/hers

Bill & Melinda Gates Center for Computer Science and Engineering
3800 E Stevens Way NE
CSE2 175
Box 352355 / Seattle, WA 98195-2355
206.616.5603 / fax 206.543.2969
cdolese@cs.uw.edu / cs.washington.edu



*Land acknowledgement: The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations.*

--

**CHLOE DOLESE MANDEVILLE, M.Ed.**
Assistant Director for Diversity & Access
Paul G. Allen School of Computer Science & Engineering
she/her/hers

Bill & Melinda Gates Center for Computer Science and Engineering
3800 E Stevens Way NE
CSE2 175
Box 352355 / Seattle, WA 98195-2355
206.616.5603 / fax 206.543.2969
cdolese@cs.uw.edu / cs.washington.edu



*Land acknowledgement: The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations.*

UW_Reges_0003222
UW_Reges_0003222

# EXHIBIT 2

Message

| | |
|---|---|
| **From:** | Magdalena Balazinska [magda@cs.washington.edu] |
| **Sent:** | 1/4/2022 11:42:48 PM |
| **To:** | Aileen V. Trilles [avt@uw.edu]; nlallbr [nlallbr@uw.edu] |
| **Subject:** | Fwd: Land acknowledgment statement in your course syllabus |
| **Attachments:** | CSE143-syllabus-Winter2022.pdf |

---------- Forwarded message ---------
From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Tue, Jan 4, 2022 at 3:40 PM
Subject: Land acknowledgment statement in your course syllabus
To: Stuart Reges <reges@cs.washington.edu>
Cc: karentb <karentb@uw.edu>, DANIEL M. RATNER <dratner@uw.edu>, Philip J. Reid <pjreid@uw.edu>

Hi Stuart,

I ask that you remove the "land acknowledgment" statement from your course syllabus immediately. It is offensive and it creates a toxic environment in your course, which is a required course in our major.

You are welcome to voice your opinion and opposition to land acknowledgments, as you have, in other settings. The current statement in your course syllabus is inappropriate and must be removed.

For context, I'm attaching the course syllabus that I just downloaded from your course website.

regards,
magda

Ex. No. 12 Date: 6 -19 -23
Wit: Balazinska
Peggy Fritschy Hamilton, RPR

UW_Reges_0001424

UW_Reges_ 0001424

# EXHIBIT 3

Message

| | |
|---|---|
| **From:** | Magdalena Balazinska [magda@cs.washington.edu] |
| **Sent:** | 1/5/2022 6:39:51 PM |
| **To:** | cse143a_wi22@u.washington.edu |
| **CC:** | Crystal Eney [ceney@cs.washington.edu]; Jenifer Hiigli [jenifer@cs.washington.edu] |
| **Subject:** | CSE 143 Syllabus |

Dear CSE143 students and staff,

Yesterday, it was brought to my attention that the CSE143 syllabus contained an offensive statement under the heading of "Indigenous Land Acknowledgment". I apologize for that. It is extremely important to me and other faculty in the Allen School that CSE 143, and all our classes, be inclusive environments.

We have now updated the course syllabus to remove the statement.

In spite of this incident, I would like to assure everyone that they can expect to be treated fairly and respectfully in this class. If anyone has experiences to the contrary, I encourage you to submit a complaint through one of the following channels. These complaints are taken very seriously. Please pick the channel that you are most comfortable with:

•

•    Allen School Anonymous Feedback form. Please note that by virtue of being anonymous, this form makes it impossible for us to get back to you. It is a one-way communication channel: https://www.cs.washington.edu/community-feedback

•

•

•    College of Engineering bias incident reporting: https://www.engr.washington.edu/bias

•

•

•    University of Washington incident reporting tool: https://report.bias.washington.edu/submit

Additionally, our undergraduate advisors (ugrad-advising@cs.washington.edu) and myself are available to talk with you, so please do not hesitate to reach out.

Again, on behalf of the Allen School, I sincerely apologize for this incident.

Regards,
Magda

Magdalena Balazinska (*she/her/hers*)
Professor and Director, Paul G. Allen School of Computer Science & Engineering
University of Washington

Ex. No. _16_ Date: _6-19-23_
Wit: _Balazinska_
Peggy Fritschy Hamilton, RPR

12

UW_Reges_0000607

# EXHIBIT 4

**Initial Set of Complaints (not in exact chronological order)**
**[Copy for Special Investigation Committee]**

**1 - Student from class posted on Reddit (followed by 234 comments)**
[I was notified on Tuesday, Jan 4th @ 8:09am by Dan Ratner]

https://www.reddit.com/r/udub/comments/rvjw5m/stuart_reges_version_of_the_land_ack
nowledgement/

**Stuart Reges Version of the Land Acknowledgement**

"Heard crazy things about this dude but he just breezed over this in the syllabus and I had to
look at it a few times because I just assumed it would be the same as all the other UW land
acknowledgments. While whipping through the later part of the syllabus he goes "religious
accommodations, my version of the land acknowledgment, and then the software you will need".
Well this is his version of the land acknowledgment he so nonchalantly skipped over:

<screenshot from the course syllabus>

**2 - At least one student submitted an official complaint through the UW. This complaint**
**was referred to UCIRO by the CoE AD for DEI.**
Monday, January 3, 2022 11:36 AM

"I am concerned about several things that have come to my attention
on the first day of winter quarter as a student starting class with this
professor. The main thing that drew my attention was the "Indigenous
Land Acknowledgment" section of the syllabus which starkly
contradicts the university's land acknowledgment and seems to be
purposefully contradictory of it. After further research, I have found
an article written by professor Reges, titled "Why Women Don't Code"
which I honestly have not been able to fully read because it is very
triggering. I am intimidated and already do not feel welcome in this
class, nor do I feel like I will be supported and led to be successful in
this required course for my major. Link to
syllabus: https://courses.cs.washington.edu/courses/cse143/22wi/handouts/01.pdf Link to
article: https://quillette.com/2018/06/19/why-women-dont-code/"

---------- Forwarded message ---------
From: **karentb** <karentb@uw.edu>
Date: Tue, Jan 4, 2022 at 3:26 PM
Subject: Student Bias report on Allen School Prof
To: UCIRO <uciro@uw.edu>
Cc: Magdalena Balazinska <magda@cs.washington.edu>, Daniel M. Ratner
<dratner@uw.edu>, Lincoln Johnson <llj@uw.edu>, Robin N Clayton <robin712@uw.edu>

Confidential

UW_Reges_0008840

Good afternoon,

Earlier today, a student complaint was made against Stuart Reges in Computer Sciences through the university bias reporting system. As cited in the attached complaint, the student has concerns about the extent to which she will be treated fairly and supported towards success given the professor's pattern of intolerant speech, including the Indigenous Land Acknowledgement in the current course syllabi and published articles about women in coding. Additionally, a separate student posted the "offensive" land acknowledgment on r/udub with similar responses.

The leadership of the CoE and the Allen School recognizes the gravity of the student's concerns and are requesting your directive and support in navigating this complaint.

Thank you,

Ḱαɫ -β

_____

**Karen Thomas-Brown, PhD**

Associate Dean, Diversity Equity and Inclusion

Affiliate Professor Human-Centered Design & Engineering

University of Washington

College of Engineering

**3 - We received at least one complaint through the School's "Anonymous Student Feedback" form (then another one later, which is pasted under point (5) below).**
Tue, Jan 4, 5:16 PM

I was more than disappointed to see the statement in Stuart Reges' "land acknowledgement" included in this quarter's 143 syllabus. The text of this, in order to archive it, is included below.

"Indigenous Land Acknowledgement
I acknowledge that by the labor theory of property the Coast Salish people can claim historical ownership of almost none of the land currently occupied by the University of Washington."

15

Confidential

UW_Reges_0008841

Firstly, this is a problematic statement in that it parodies legitimate land acknowledgements and deliberately mocks the traditional form of these statements. Having no acknowledgement at all would be significantly less harmful.

In particular, there are two aspects to this statement that are harmful. First, the labor theory of property is a problematic theory of property rights which states that first use of a previously unowned commodity confers ownership of that commodity, i.e. a "finders keepers" form of rights. This has several epistemic issues, as are explained in a high-level summary in https://en.wikipedia.org/wiki/Labor_theory_of_property#Criticism. It also has been used in the past to justify major land theft from indigenous populations in the U.S., such as the Homestead Act.

Additionally, this particular application of the theory relies upon factual historical errors. The labor theory of property confers ownership rights to those who first use a resource. Therefore, this is implying that the Coast Salish peoples did not use these lands of the University of Washington, but that these were instead first used by colonizing groups (at least to my reading of this statement). Having taken a class on the Environmental History of the United States, this is flat-out wrong. The vast majority of the United States was significantly altered from a "wild" or "unused" state, and was instead largely used by Indigenous populations, even by the time of European colonization of the US East Coast, let alone the time of westward expansion. So, even using the problematic theory of property rights used here, this land still ought to belong to the Coast Salish peoples. If I were to go to someone's house, destroy it, and build my own house there, I could not under labor theory of property claim legitimate ownership of that land, yet this seems to me the same justification used here.

This sort of factually wrong, intentionally inflammatory, and trauma-mocking statement tarnishes the reputation of the Allen School. Departmental administration should address this statement, say that it is unacceptable, and work to make our climate actually a welcoming place for Indigenous student. This could include changing instruction personnel for this course. Having a professor like this, with a history of misogynistic and racist statements, and who places statements like this in their course policies, signals an environment in our department which I do not think aligns with our department's goals of being inclusive.

Thank you.


**4 - A set of six students wrote an email to Yoshi Kohno (our AD for DEI), representing the "DEI Student Committee" (those are students who participate in the School DEI Committee).**


---------- Forwarded message ---------
From: ████████████████████████████████
Date: Tue, Jan 4, 2022 at 1:10 PM
Subject: CSE 143's Indigenous Land Acknowledgement Issue and Faculty Accountability

16

To: Tadayoshi Kohno <yoshi@cs.washington.edu>
Cc: ███████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

Hi Yoshi,

It has come to our knowledge, via public forums, that the CSE 143 course led by Stuart Reges is using the following as it's Indigenous Land Acknowledgement, as mentioned on it's official course handout:

**Indigenous Land Acknowledgement**
I acknowledge that by the labor theory of property the Coast Salish people can claim historical ownership of almost none of the land currently occupied by the University of Washington..

We are deeply concerned about this offensive language, and particularly so because it appears in the intro-to-CS course, where students, including those from under-represented indigenous communities, first encounter CS and the Allen School culture. We call for immediate removal of this bigoted statement and replacing it with a statement acknowledging the right of ingenious people to the land taken from them through years of colonialism.

Stuart Reges has repeatedly expressed prejudiced views where he has no right to do so. He is no expert in the topic of indigenous rights yet he has formally and publicly expressed his unsubstantiated perspective into a UW class syllabus, thus harming students in the course and beyond (note that by emboldening the few biased students the harm goes on beyond the course). This clearly contradicts the Allen School's promise for creating an inclusive environment. We are very disappointed by the School's inaction, especially because our requests and proposals for effective accountability mechanisms have been repeatedly dismissed. We believe lack of strict accountability is partly the reason that Stuart and others openly engage in harming other members of the community. We hope to formally have stricter accountability mechanisms in place to deter such situations from arising again.

Thank you,
DEI Student Committee


————————————————————————————
**5 - Anonymous Student Feedback Allen School - Complaint winter 2022**
————————————————————————————
Jan 10th 2022 - 5:07pm

Stuart Reges has proven time and again that he does not believe in present-day systematic racism or sexism, ideas that are core to improving our systems of education. His recent "Indigenous Land Acknowledgement", challenged the idea that indigenous people have claims

17

UW_Reges_0008843

to the land currently owned by UW because they did not exploit its natural resources like colonizers later would. An alternative section E was announced for students who did not want to be taught by Reges.

However, we find out that he is launching his own "honors" course with a required reading of the book "Bad News: How Woke Media Is Undermining Democracy". This was announced by him with a large Paul Allen School of Computer Science banner at the top. Is this how the computer science department should be represented? How is he allowed to speak and facilitate discussion on topics of racism, sexism and equity more broadly when he has been shown to, in your words, distribute misinformation about these topics.

How many more PR nightmares will it take for the school to realize it is in their best interest to stop paying this person. There will be a point in time in the near future where you will not be able to continue defending his actions (implicitly by continuing to hire him) and you will be forced to let him go. Its only a matter of time until one of his articles or actions gains some national media traction. So why are you waiting for that to happen? Get ahead of the curve and I can't imagine how much money and resources it will save. It would also be the ethical decision, but that doesn't seem to be much of a concern.

I'm sure there's thorough discussion within the department and school more broadly about Reges. I was hopeful that something would come of his most recent stunt, but apparently he knows better than I that he would get away with it. I'm mad and disappointed.

———————————————————————————————

**6 - Complaint to Rickey Hall (shows that students were reaching out to various people to complain)**

———————————————————————————————

**From:** Casey A. Wynecoop <caw2@uw.edu>

**Sent:** Wednesday, January 5, 2022 12:27 PM

**To:** Rickey L Hall he.him.his <rickey1@uw.edu>

**Subject:** FW: Stuart Reges Land Acknowledgment for CS Course

Good afternoon, VP Hall,

A student has brought to my attention a troubling land acknowledgement included on a syllabus for an intro Computer Science & Engineering course from professor Stuart Reges. The syllabus has since been removed from the website, but the original text is now being circulated by students online. It read: "Indigenous Land Acknowledgement: I acknowledge that by the labor theory of property the Coast Salish people can claim historical ownership of almost none of the land currently occupied by the University of Washington."

Confidential

UW_Reges_0008844

The students that brought this to my attention are both appalled and bewildered by it. Professionally, I feel a responsibility to address this. Personally, I am not particularly invested in this person or their white supremacy. Please advise how you think we should move forward. Links are included in the student's e-mail below.


Casey Wynecoop (Spokane)

Interim Director / wəłəbʔaltxʷ - Intellectual House

Office of Minority Affairs & Diversity

Work from home: Fridays 8 AM – 5 PM

caw2@uw.edu

(206) 616-6056

—————————————————————

**7 - Indigenous student complaint and distress**
████████████████ was not a student in the class but was and continues to be a student in the Allen School. ██████s friend ████ was not a student in the class either.
—————————————————————
---------- Forwarded message ---------
From: ████████████████████████████
Date: Thu, Jan 6, 2022 at 7:56 PM
Subject: Fwd: Support for Indigenous Students
To: <yoshi@cs.washington.edu>, <magda@cs.washington.edu>


Halito,

My name is ██████████████ and I'm a currently CS transfer student ██████████████ ████████████████ I wanted to reach out regarding the recent incidents with Stuart Reges including not only the below that my friend mentioned regarding the mutilation of the land acknowledgment but this lovely piece in retaliation by the man himself. I am a native, queer, female-presenting individual, and let me tell you this whole incident has made me feel so directly despised and unsafe that I'm certain if I hadn't transferred in I wouldn't be at the Paul Allen school right now, and I hate that. I'm sorry this isn't as eloquent as I hoped, nor my preferred first impression, but I have a nasty headache right now over stress and crying about this, so, unfortunately, this is currently the best I've got.

Please feel free to reach out to me if you'd like to talk. I honestly would love to have a meeting about this if the two of you are comfortable with it, as well as maybe the Native ASUW director

19

UW_Reges_0008845

or otherwise. I'm open to discussion. I'd like to do what I can to make sure no one else feels like I do right now ever again, nor give Stuart the opportunity to continue to make people like me, in any facet, feel the same way as he undoubtedly has been.

Also, if there's anyone else I should be reaching out to please feel free to either let me know or forward this email to said people whilst preferably informing me of so.

███████████████

---------- Forwarded message ---------
From: ████████████████████████████████
Date: Thu, Jan 6, 2022 at 7:19 PM
Subject: Support for Indigenous Students
To:
Cc: █████████████████████████████████████████
███████████████████████████████████████

Good evening, Professors and Advisors,

I hope you're having a happy new year and a safe and enjoyable start to term. I wish I were writing under better circumstances.

I'm writing to you, my professors and advisors, in support of my Indigenous peers, ████████████████████████ As you have probably heard, Professor Stuart Reges' published syllabus for his introductory programming course this term included a mockery of the university's customary land acknowledgement. I have attached a screenshot of the statement itself to this message. This is deeply troubling to me as a student who looks to her chosen institution of higher education to be a space free from discrimination. For the sake of brevity, I will describe only two of the myriad problems I see in this instance.

First, the statement itself and the placement within the syllabus are openly alienating of Indigenous students. A syllabus is one of the first things new students see when coming into a class – this syllabus sends a clear message that Indigenous students are not welcome in Professor Reges' classroom and that similar rhetoric disparaging of Indigenous peoples will be tolerated within a space where all students should be safe and respected.

Second, the fact that Professor Reges would make such a statement gives

Confidential

me serious doubts as to his commitment to providing an equal playing field for all students. That he felt comfortable doing so in and undergraduate class and within an Allen School-owned information system gives me similar doubts regarding the equanimity of both the school and the university as a whole. Compounding this, Professor Reges wrote the greater portion of text and curriculum for CSE 143, a well-known filter course for Allen School admission which he frequently teaches. His rhetoric and frankly racist attitude within this setting pose a significant systemic barrier to the safety, equality, and education of Indigenous peoples within the Allen School. How many Indigenous students have entered Professor Reges' class knowing the stakes attached to their grade only to drop the course after facing his hostility? How many Indigenous students has the Allen School lost as a result? As long as he continues teaching here, we will not have answers to these questions.

A small group of my friends and I are reaching out to what resources we can to ensure the equal treatment of our Indigenous peers within the Allen School. As your student, I would like to consider you among those people I can trust enough to be open and frank about issues of inequality at the university, which is why I have brought you my concerns. I also have a few questions:

Who in the administration of the Allen School, the College of Engineering, and the University of Washington can we contact to ensure Professor Reges is never in a position to cause this degree of harm within our school again?

What actions can you as a faculty member take to ensure the same?

What actions beyond what we are already doing (reaching out, organizing, gathering information) would you recommend I and my friends take to support our Indigenous peers?

It is unfortunate that this is the note on which I'm opening this term with you. I hope the remainder of this term treats you and yours kindly.


Most sincerely,

███████████████

———————————————————————————
**8 - Student response to email to my class.**

Confidential

UW_Reges_0008847

**This is the student I spoke to that Thursday evening.** This student told me that she will be dropping the course because of the situation, even though that was going to be a big penalty for her own education.

———————————————————————————

---------- Forwarded message ---------
From: █████████████████████
Date: Thu, Jan 6, 2022 at 9:41 AM
Subject: Re: [143a] CSE 143 Syllabus
To: Magdalena Balazinska <magda@cs.washington.edu>
Cc: Office of the President <pres@uw.edu>, OFFICE OF OMBUDSMAN <ombuds@uw.edu>


Hi Magda,

Thank you for your email.

With all due respect, your apology is not meaningful because the offense was not committed by you.  If I am to make the assumption that the course syllabus was authored by the course instructor, then it stands to reason that Stuart Reges is the one who should be making this apology to us.  Why isn't he?  He has a long history of making offensive and inflammatory statements, which seem to be targeted at marginalized groups.  This is the second (public) instance of him being racist.  His past statement at the 2019 affirmative action bake sale could have been hand waved as ignorant and out of touch, but in this instance, his words were intentional and conscious.  While everyone has a right to their own opinion, printing such a horrendous statement in a university syllabus makes this a targeted and hateful offense.  He could have simply omitted the land acknowledgment from the syllabus.  What reason, other than intentionally creating a hostile environment for indigenous peoples, could he have had for such a remark? If we were to hypothetically give him the benefit of the doubt that he didn't give much thought to his words (unlikely since he referenced Lockean philosophy which is rather complex), then we must next question why someone so flippant and thoughtless could be placed in charge of a 700+ person intro course.

I'll give you my own personal feelings on Stuart.  I first became aware of his "Why Women Don't Code" article early last quarter ███████████████████.  I read the whole thing and my first reaction actually had very little to do with my gender (I am a cis-woman), but rather his cherry-picking of minor data points from the scientific articles he referenced and using them to fit and justify his narrative.  According to every professor I've ever had, this is rule #1 of things not to do when referencing another author's work. And this person is supposed to be a STEM professor at the University of Washington (world #7 for international research institutions)???  As his words settled in and I had time to mull them over and think about what I agreed and disagreed with, I eventually realized that it didn't matter what I did or did not agree with him on - he had no right to be writing an opinion article on an issue that does not affect him.  He did not grow up as a female, he was never told to "be a nurse, because its too hard for women to be

22

doctors" ████████████████████ or that he was "too ambitious" (that came from several teachers over the years) or that he should wait until he's in his 30's to go to grad school because "your late 20s are your best child bearing years" (I've lost count on how many people have said this to me at this point).  In his article, he didn't even begin to address the infinite number of intersectional and interdependent problems that lay the foundation of modern institutionalized gender inequity. He just said (to paraphrase) women have different strengths and its damaging to try to reach for equality because we won't ever get there.  Take a moment and let that sink in.  A man who could one day be in a position of power over me said that we shouldn't even try.  I actually just felt gross to be associated with an institution that took such a passive approach to one of their professors so publicly and intentionally mixing their own (inflammatory and controversial) beliefs with his position as a professor.  Professors, because they are in such influential and public positions of power must be held to a much higher standard than an average employee.

So let's fast forward to now when Stuart decides its a good idea to put a racist remark in his publicly available syllabus.  This is his third incident in 2.5 years that he has publicly and intentionally distributed demeaning opinions about marginalized groups and used his position of power as a professor at the University of Washington to legitimize his opinions.  This is a clear pattern of behavior and I would like to see the university take actual, material steps towards ensuring that no one else ever has to feel as disgusted with themselves as I do having to attend his lectures.  I feel that it costs me a small part of my dignity to have to interact with him on a daily basis and it does feel gross that this man is in a position of power over me while I am a student in his class.  I would give absolutely anything to be able to take this course with a different professor next quarter, but that would mean expulsion from ECE due to not completing the core requirements in my first year here so I am forced to take it this quarter.  I wish desperately that there was any other option. ████████████████████████████
██████████████████████ I cannot imagine how the younger women (or other marginalized peoples) who don't have the same experience overcoming adversity must feel to have to be a student of Stuart Reges.

The university, and perhaps more specifically the Allen School (as further evidenced by the lack of action after the Pedro Domingos debacles), delegitimizes itself by continuity to employ (or grant titles to) employees that publicly distribute personal beliefs that are in direct opposition to the university's visions and values.  At some point, the hypocrisy has to stop or there will be actual and calculable damage to the reputation and future of the university.  I truly hope to see further and material action taken against Stuart Reges.

Thank you,

████████████████

On Jan 5, 2022, at 6:39 PM, Magdalena Balazinska <magda@cs.washington.edu> wrote:

Dear CSE143 students and staff,

23

Yesterday, it was brought to my attention that the CSE143 syllabus contained an offensive statement under the heading of "Indigenous Land Acknowledgment". I apologize for that. It is extremely important to me and other faculty in the Allen School that CSE 143, and all our classes, be inclusive environments.

We have now updated the course syllabus to remove the statement.

In spite of this incident, I would like to assure everyone that they can expect to be treated fairly and respectfully in this class. If anyone has experiences to the contrary, I encourage you to submit a complaint through one of the following channels. These complaints are taken very seriously. Please pick the channel that you are most comfortable with:

- Allen School Anonymous Feedback form. Please note that by virtue of being anonymous, this form makes it impossible for us to get back to you. It is a one-way communication channel: https://www.cs.washington.edu/community-feedback
- College of Engineering bias incident reporting: https://www.engr.washington.edu/bias
- University of Washington incident reporting tool: https://report.bias.washington.edu/submit

Additionally,  our undergraduate advisors (ugrad-advising@cs.washington.edu) and myself are available to talk with you, so please do not hesitate to reach out.

Again, on behalf of the Allen School, I sincerely apologize for this incident.

Regards,
Magda

Magdalena Balazinska (*she/her/hers*)
Professor and Director, Paul G. Allen School of Computer Science & Engineering
University of Washington
_____
Cse143a_wi22 mailing list
Cse143a_wi22@u.washington.edu
http://mailman11.u.washington.edu/mailman/listinfo/cse143a_wi22

—————————————————————————————
**9 - Staff complaint**
—————————————————————————————

Confidential

UW_Reges_0008850

---------- Forwarded message ---------
From: **Chloe Dolese Mandeville** <cdolese@cs.washington.edu>
Date: Thu, Jan 6, 2022 at 6:45 PM
Subject: CSE 143 Incident & Impact on the D&A Team
To: Magdalena Balazinska <magda@cs.washington.edu>, Dan Grossman
<djg@cs.washington.edu>
Cc: Crystal Eney <ceney@cs.washington.edu>


Hi Magda and Dan,

I am reaching out about the CSE 143 situation. I want to start off by saying that I recognize that I am not privy to the conversations that are happening about how to respond to this incident and recognize that you all have a lot on your plates as you are navigating how to respond and next steps.

I met with the D&A team this morning and the CSE 143 situation was brought up since we have started to hear from students about it. What struck me about the conversation (and is the reason why I am writing), is the impact that this incident is having on my team. In these situations, I think the first instinct is to think about our students (which is right) but I think it's important to also mention that Stuart's words have a very real negative impact on our entire community including staff.

The D&A team (and I am assuming a lot of other staff) are hearing about this incident through the grapevine (reddit/colleagues across campus/from students/etc.) and are talking about it without information from leadership on the actions that are being taken and/or next steps. As a result, I think there is an assumption that nothing is being done. Additionally, I think folks are at a loss for how to best express their concern and frustration about this situation.


I did share that Magda had removed the CSE 143 syllabus and emailed students. I also reminded folks of mechanisms for feedback. The team decided that they would like me to compile their feedback/thoughts and share them directly with you. You can find them below. I recognize that there may not be a lot you can do/say in this situation but still wanted to give you another window into how folks in the community are reacting/responding to this situation.

Take good care,

Chloe

**Prospective Student Impact**
*We encourage our ambassadors to share their experiences with prospective students. Stuart has created negative experiences for our community that our ambassadors struggle to share. Our students are faced with deciding whether to be fully honest about their experiences at the Allen School or avoid sharing the experience all together. What they would like to be able to do is say that they experienced this moment*

Confidential

UW_Reges_0008851

*and other moments of prejudice from Stuart and the Allen School addressed it. We encourage you to address this situation that upholds our strategic plan for DEIA and in a way that would make you students and larger community proud.*

**Current UW Student Impact**
*We have not heard from our Startup students about this yet. However, twenty-four of our twenty-eight 2021 Startup students are enrolled in CSE 143 this quarter. They are often our student community who we are concerned about feeling a sense of belonging in the Allen School and retaining in our program.*

*I've heard MiT have a response to Stuart Reges' Land Acknowledgement, and have brought up that they feel as though removing the syllabus isn't enough action. They are angered and are hoping to actively do something as students, so for now I sent them the link to providing anonymous feedback.*

*I have been watching the reddit thread on /r/udub and I am very concerned about the students we serve, and seek to serve, if he continues to serve in a student-facing role, especially as the de-facto head of our intro program. His repeated attacks on equity and diversity result in major roadblocks to our work, as it undermines the relationships we are seeking to build with communities who Stuart has publicly attacked. Students in this thread have indicated that they resent being forced to take his class, and some have even expressed that they will not attend class or will be dropping the course rather than take the course. This is a HUGE problem - if students do not feel safe taking a course with one of our instructors, our response must be to ensure that they can always feel safe in our courses, by removing him from the teaching rotation of introductory courses. We are currently forcing students to delay or change their academic plans OR choose to take a course with someone that has been openly hostile about the very students we need to attract to these courses, and even hostile to the simple idea of diversity and equity. If the Allen School truly values these ideals, we simply cannot continue to force students to have to make that decision.*

**Impact on Staff**
*This is a tough situation for staff. I am witnessing my team trying to support students who are impacted without any context for why Stuart is still teaching intro and without knowing a lot about action that is being taken regarding the current situation. Additionally, I think staff are feeling disillusioned about the DEI&A work we are charged to do given Stuart's negative impact on our community & prospective students.*

--
CHLOE DOLESE MANDEVILLE, M.Ed.
Assistant Director for Diversity & Access
Paul G. Allen School of Computer Science & Engineering
she/her/hers

Bill & Melinda Gates Center for Computer Science and Engineering
3800 E Stevens Way NE
CSE2 175
Box 352355 / Seattle, WA 98195-2355
206.616.5603 / fax 206.543.2969
cdolese@cs.uw.edu / cs.washington.edu

Confidential

UW_Reges_0008852

*Land acknowledgement: The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations.*

——————————————————————————

**10 - There were also other complaints made to our Ugrad Student Services Team. The contact person there is Crystal Eney.**

——————————————————————————

Confidential

UW_Reges_0008853

# EXHIBIT 5

Hello,

My name is Kayla Shuster (they/them) and I joined the Allen School last November as the Recruiter for Diversity & Access. I am not certain if this is the correct place to make this complaint and if there is a better avenue, please let me know. I am writing to express my concerns about an email that came from Stuart Reges through the diversity-allies listserv.

This situation began with an insensitive and inflammatory "Land Acknowledgement" statement in Mr. Reges's CSE 143 course syllabus. This statement caused significant disruption to the daily functioning of the Allen School. The statement had a profound emotional impact on students, as evidenced by the fact that 30% of the students in the class opted to join an additional section as they were deeply hurt by the statements and were not confident of Mr. Reges's ability to keep his racist opinions out of his teaching and grading. Between the work put into creating the second section option for students and the efforts to support students who were upset by the statement, the Undergraduate Student Services Team lost nearly two weeks of time for our regular duties.

While this situation was concerning, I had never met Mr. Reges and I wanted to give him the benefit of the doubt and assume that he did not realize the consequences that his "protest" might have. I chose not to file any formal complaints about the situation. Yesterday, Mr. Reges sent an email to the diversity-allies listserv concerning this situation. The listserv is a public forum for people who are interested in better supporting students from underrepresented backgrounds. In his email, Mr. Reges included an Inside HigherEd article about the earlier situation and highlighted, "my plans to continue this protest when I teach the CSE142 course in spring and will have the opportunity to distribute a syllabus on paper (more difficult to censor)".

I have two main concerns about this email. First, by posting this in a public forum, Mr. Reges displayed a deliberate attempt to cause further disruption. He stated his intention to ignore the universities wishes and continue to use his classroom, a place where students are required to be in order to complete their degrees, to spout his racist opinions to an audience that is forced to listen despite the comments being wholly unrelated to the course material. He has displayed an unwavering commitment to being disruptive and misusing the UW's resources such as classrooms and his salary.

My second, and perhaps deeper concern is about Mr. Reges's fitness as a lecturer. After his syllabus was released, Mr. Reges was made aware that his language caused significant emotional harm to students. As a lecturer, he is responsible for creating an environment that is conducive to learning. Once he saw the hurtful impact of his words, demonstrated by students opting out of being in a classroom with him and reporting their concerns to the university, he should have stopped and found another forum for his views outside of the classroom. Mr. Reges has stated his intentions to repeat the action again next quarter, continuing to prioritize his ego over educating students. I, of course, disagree with Mr. Reges's denial of the genocide against indigenous peoples and his choice to frame a multicultural land ownership debate around western labor theories but my primary concern is the result of these statements: his creation of a

29

classroom where students feel unwelcome and concerned about their professor's grading integrity. We can not expect students to retain the curricular information that they are being presented with in that environment. Mr. Reges has shown that his is unwilling and unable to perform his job duties, which include fostering an environment where students can learn free from his biases.

Finally, my position was created around the goal of creating diverse classroom spaces that allow for rich discussion. The Allen School has explicitly stated goals of incorporating indigenous ways of knowing into the curriculum. Additionally, with the creation of my position we are seeking to increase our recruitment of native students. How am I supposed to recruit students into an environment where their history is questioned and their rights are denied? I do not feel comfortable bringing students into a school where their introductory courses are taught in a way that is not conducive to learning. Mr. Reges's Land Acknowledgement Statement is attributable to the university as it is being forced on students in a required course taught by a faculty member that we are paying to teach there. If Mr. Reges is allowed to continue to teach, and to distribute his land acknowledgement statement in a paper form where students will be required to see it, the university is essentially supporting his beliefs and agreeing that they belong in an introductory computer science course.

I do not believe that Stuart Reges is capable of performing his job duties as a lecturer. Too many of our students will be alienated and unfocused in his courses and he has shown no remorse for the disruptions to learning that he has created. He has expressed intentions to cause further learning loss in future courses. I would like to see him suspended from teaching by Spring quarter so he does not have a chance to do any more harm.

Sincerely,
Kayla Marie Shuster
Recruiter for Diversity & Access
Allen School of Computer Science & Engineering

UW_Reges_0008914

EXHIBIT 6

8b) Details regarding exchange with UAW students

——--------------------------------------------------------------------------------
**Email 1 from student representatives. Please note that the letter the students refer to that was sent in 2018, was actually sent in 2019. The students rectified in a follow up email. My response to the students and other follow up emails are below.**
——--------------------------------------------------------------------------------

From: █████████████████████████
Date: Fri, Feb 25, 2022 at 7:00 AM
Subject: Fwd: [diversity-allies] about land acknowledgments
To: Magdalena Balazinska <magda@cs.washington.edu>, Tadayoshi Kohno <yoshi@cs.washington.edu>
Cc: ████████████████████████████████████████████

Dear Magda and Yoshi,

We wanted to bring your attention to this email from Stuart Reges to the diversity-allies mailing list, and the linked news article. We are all elected UAW 4121 reps, representing CSE academic student employees, both grad and undergrad, and Stuart's actions throughout this quarter are promoting an un-inclusive workplace environment. This goes directly against "Article 20: Non-Discrimination and Harassment" of the contract we collectively agreed to with UW, which we quote below.

> "The Employer and the Union agree that all employees should work in an environment that fosters mutual respect and professionalism. The parties agree that all employees should be free from everyday exchanges—including words and actions—that denigrate or exclude individuals based on their membership in a group or class[…] Inappropriate workplace behavior by ASEs, Faculty, supervisors and/or managers will not be tolerated."

We would like to further note that Stuart Reges's behavior goes against the Allen School's commitment to "create an inclusive environment for people of all backgrounds."

We have heard from TAs who no longer feel comfortable mentioning their own views on topics related to land acknowledgements and DEI, for fear of retaliation from Stuart Reges. We have heard from other ASEs whose feelings of belonging in the Allen School have been negatively impacted by the fact that Stuart Reges' behavior has been allowed to continue.

32

We would like to remind you that Stuart Reges contributing to an un-inclusive and discriminatory work environment is not new. This letter in 2018 was sent to Dr. Allbritton, with quotes about how Stuart promoted an un-inclusive and discriminatory environment. The Allen School's lack of a sufficient response in 2018 enabled him to do what he did in Jan, and the Allen School's lack of a sufficient response in Jan has led Stuart Reges to state his intent to do this again next quarter.

**We ask that you take prompt action to address this behavior, to align with both Article 20 of the contract and the Allen School's stated commitment to Diversity, Equity, and Inclusion.**

Sincerely,



---------- Forwarded message ---------
From: **Stuart Reges** <reges@cs.washington.edu>
Date: Thu, Feb 24, 2022 at 2:07 PM
Subject: [diversity-allies] about land acknowledgments
To: diversity-allies <diversity-allies@cs.washington.edu>

Josh Moody of Inside Higher Education has taken a deep dive into the land acknowledgment issue in a new article just released:

https://www.insidehighered.com/news/2022/02/23/professors-land-acknowledgment-sparks-controversy

The article explores the pros and cons of land acknowledgments and describes what happened this quarter when I included a version of the land acknowledgment on my course syllabus that the university found offensive. He also mentions my plans to continue this protest when I teach the CSE142 course in spring and will have the opportunity to distribute a syllabus on paper (more difficult to censor).

--Stuart

_____

33

https://mailman.cs.washington.edu/mailman/listinfo/diversity-allies

The goal of this list is to encourage the exchange of ideas that work toward informing us, educating us, and helping us to grow as allies to underrepresented groups of people in computer science. Posts to the diversity-allies list should meet one of the following criteria:
Be a sharing of diversity-related efforts, successes, and challenges here in the Allen School
Be an announcement of an event, in-person discussion, or workshop related to diversity and inclusion in STEM
Be a link to a resource supporting diversity and inclusion which helps us to grow as allies to underrepresented groups in STEM
This email listserv not a space for discussion. This means we default to "do not reply" to messages sent to this list. If you have resources to share on a related topic, start a new thread.
We encourage anyone to suggest an in-person discussion space, should they wish to engage on any topics that come through this list.
Have questions/feedback/requests for the facilitators? Email at:
diversity-allies-owner@cs.washington.edu
To learn more about diversity and inclusion work at the Allen School, visit
https://www.cs.washington.edu/diversity. Questions, concerns, or comments can be sent to the Diversity Committee at diversity@cs.washington.edu.


——--------------------------------------------------------------------------
**Magda's response to the students**
——--------------------------------------------------------------------------

From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Fri, Feb 25, 2022 at 9:36 AM
Subject: Re: [diversity-allies] about land acknowledgments
To: ████████████████████████
Cc: Tadayoshi Kohno <yoshi@cs.washington.edu>, ███████████████
████████████████████████████████████████████
██████████████████████████████████████████████

Thank you ██████ and everyone for your email. I'm forwarding it to the Dean's office and I recommend that we schedule a meeting to discuss and follow up appropriately. I will circle back a bit later today once I had a chance to get in touch with the dean's office.


thanks
magda

Confidential

UW_Reges_0008889

—------------------------------------------------------------------------
**Magda's forward of the student email to the dean's office.**
—------------------------------------------------------------------------

From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Fri, Feb 25, 2022 at 9:40 AM
Subject: Fwd: [diversity-allies] about land acknowledgments
To: nlallbr <nlallbr@uw.edu>, DANIEL M. RATNER <dratner@uw.edu>, karentb
<karentb@uw.edu>, Aileen V. Trilles <avt@uw.edu>

Hi Nancy, Dan, Karen, and Aileen,

███████████████████████████████████ I let Stuart's email through on the
diversity-allies@ mailing list (first email below). I received the complaint below as well as two
other complaints. Please advise on how you'd like to proceed. I recommend that we schedule a
meeting with the representatives below.

thanks,
magda


---------- Forwarded message ---------
From: ████████████████████████████████
Date: Fri, Feb 25, 2022 at 7:00 AM
Subject: Fwd: [diversity-allies] about land acknowledgments
To: Magdalena Balazinska <magda@cs.washington.edu>, Tadayoshi Kohno
<yoshi@cs.washington.edu>
Cc: ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████


Dear Magda and Yoshi,

[... rest of the email was included… I'm cutting it here to make this more readable.]

—------------------------------------------------------------------------
**Magda forwarded the thread to Phil Reid as well, so he would be aware.**
—------------------------------------------------------------------------

From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Fri, Feb 25, 2022 at 9:41 AM
Subject: Fwd: [diversity-allies] about land acknowledgments
To: Philip J. Reid <pjreid@uw.edu>
Cc: DANIEL M. RATNER <dratner@uw.edu>

35

Hi Phil,

How are you?

I think that it's important for you to be aware of the short thread below.

regards,
magda

---------- Forwarded message ---------
From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Fri, Feb 25, 2022 at 9:40 AM
Subject: Fwd: [diversity-allies] about land acknowledgments
To: nlallbr <nlallbr@uw.edu>, DANIEL M. RATNER <dratner@uw.edu>, karentb
<karentb@uw.edu>, Aileen V. Trilles <avt@uw.edu>


Hi Nancy, Dan, Karen, and Aileen,

█████████████████████████████ I let Stuart's email through on the
diversity-allies@ mailing list (first email below). I received the complaint below as well as two
other complaints. Please advise on how you'd like to proceed. I recommend that we schedule a
meeting with the representatives below.

thanks,
magda

--------- Forwarded message ---------
From: ████████████████████████████
Date: Fri, Feb 25, 2022 at 7:00 AM
Subject: Fwd: [diversity-allies] about land acknowledgments
To: Magdalena Balazinska <magda@cs.washington.edu>, Tadayoshi Kohno
<yoshi@cs.washington.edu>
Cc: ███████████████████████████████████████

███████████████████████████████████████████

Dear Magda and Yoshi,

[... rest of the email was included.]

———————————————————————————————————————————

**Then there were a few emails about the inaccuracy in the date of the letter:** (1) Nancy pointed out the inaccuracy (which I had also already spotted); (2) I let the students know that I got in touch with Phil Reid, the Vice Provost for Academic & Student Affairs and I also asked them about the date of the letter; (3) The students responded to clarify that the date of the letter was actually December 2019; (4) The students sent me an updated version of the letter that also had all the signatories on them (that was the final version of the letter, they had sent me an earlier version before); (5) I forwarded the updated letter to the dean's office. Aileen acknowledged receipt. Please let me know if you want to see all those emails.

———————————————————————————————————————————


———————————————————————————————————————————

**Then there were two follow-ups.** First, the associate dean for DEI said that she was going to send all the complaints to UCIRO. Then I learned that we were supposed to go with the 25-71 process instead, so the UCIRO piece was canceled. Here are the associated emails to the student representatives:

———————————————————————————————————————————


———————————————————————————————————————————

Date: Sat, Mar 5, 2022 at 12:10 PM
Subject: Re: [diversity-allies] about land acknowledgments
To: ███████████████████████████████████
Cc: ███████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████
████████████████████████


Dear all,

Thanks again for your email last week. As a follow up, the Associate Dean for Diversity, Equity, and Inclusion in the College of Engineering, Dr. Karen Thomas-Brown, plans to forward the contact information of those who submitted complaints last week to UCIRO (https://www.washington.edu/compliance/uciro/). UCIRO will contact those individuals and they will have the opportunity to speak with them or they can choose not to. UCIRO keeps all information confidential.

Given that you are student representatives, it's not clear whose contact information should be shared, so we wanted to check with you.

thanks
magda

UW_Reges_0008892

---------- Forwarded message ---------
From: ████████████████████████
Date: Fri, Mar 11, 2022 at 12:56 PM
Subject: Re: [diversity-allies] about land acknowledgments
To: Magdalena Balazinska <magda@cs.washington.edu>
Cc: ████████████████████████

Hi Magda,

I just wanted to clarify -- are you asking if any of us would like to be contacted by UCIRO, or something else? In addition, who does "those who submitted complaints last week" refer to?

Thank you!

Best,
████████

From: **Magdalena Balazinska** <magda@cs.washington.edu>
Date: Fri, Mar 11, 2022 at 1:21 PM
Subject: Re: [diversity-allies] about land acknowledgments
To: ████████████████████
Cc: ████████████████████████

Hi ████████

Please disregard my previous email. We do not need additional input at this time.

thank you,
magda

—--------------------------------------------------------------------------
**Final email to the student representatives:** After I had the 25-71 meeting with Stuart (where he declined to work together on a resolution and declined to propose a resolution, and only asked for my proposed resolution in writing, which he rejected), I was allowed to send the following email to the student representatives (and others who had submitted complaints). The

38

UW_Reges_0008893

goal was to let them know a process was in progress, so as to avoid disruption to instruction during Spring quarter, where the same statement was going to be included in the syllabus.
━----------------------------------------------------------------------------------

From: Magdalena Balazinska <magda@cs.washington.edu>
Date: Fri, Mar 25, 2022 at 2:02 PM
Subject: Re: [diversity-allies] about land acknowledgments
To: ███████████████████████████████
Cc: ████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Dear ████████████████████████████

I'm following up regarding your message below. I thank you, again, for sharing your concerns – it is crucial that people speak up when they believe faculty are not providing an inclusive learning environment.  In response to your communication and those of others, we have taken steps as per the Faculty Code, which include attempting to work with Stuart Reges to find a resolution. However, he is unwilling to change his plans and we're unable to prevent him from including the statement in his course syllabus in Spring quarter. The Faculty Code provides specific processes when there are allegations of a violation of university policy, which we must follow, and are continuing to follow, to try to address the situation.

When there is a disruption to the learning environment, I have taken and will continue to take steps to address the situation. You are welcome to share additional thoughts and concerns directly with me, with the Dean, or both. I'm also available if you would prefer to meet in person or over zoom.

Regards,
magda

Confidential                                                                          UW_Reges_0008894

# EXHIBIT 7

# W PAUL G. ALLEN SCHOOL
**OF COMPUTER SCIENCE & ENGINEERING**

EXHIBIT
20
Reges 8/23/22
PENGAD 800-631-6989

March 2, 2022

Teaching Professor Stuart Reges
Paul G. Allen School of Computer Science & Engineering
reges@uw.edu

Dear Teaching Professor Reges,

I write to notify you that, under Section 25-71 of the Faculty Code, I have learned that you may have violated the rules and regulations of the University of Washington, the College of Engineering, and the Paul G. Allen School of Computer Science & Engineering. The allegations concern your conduct in course instruction and in email communications using university resources which may be a violation of University policies. The allegations, if true, may constitute a violation of Executive Order 31, which prohibits discrimination or harassment against a member of the University community.

The allegations, if true, may also constitute a violation of Faculty Code Sections 24-33 and 25-71A and UW's policy on providing a safe workplace. The possibility of an unwelcome, hostile or offensive academic environment may also arise if the faculty member fails to separate clearly personal interests from his or her professional decision-making. In addition, these actions may also constitute a violation of the collective bargaining agreement, Article 20: Non-Discrimination and Harassment, between the University of Washington and the United Auto Workers who represent academic students employees.

Specifically, I wish to discuss with you the following allegations:
- Unwelcome and unsolicited language or conduct that is of a personal/non-technical nature and that is sufficiently severe, persistent, and pervasive that it could reasonably be expected to create an intimidating, hostile, or offensive working or learning environment, or has the purpose or effect of unreasonably interfering with an individual's academic or work performance. Examples include, but are not limited to, the following.

    o  In your Winter CSE 143 syllabus, you listed an "Indigenous Land Acknowledgement" as:
       "I acknowledge that by the labor theory of property the Coast Salish people can claim historical ownership of almost none of the land currently occupied by the University of Washington." After multiple students complained to Allen School leadership that this content was offensive, you refused to remove it even though it was a disruption to your class unrelated to the course's learning objectives. As you know, I removed the content to avoid further disruption, so there was no need for further resolution. However, you have now indicated in at least two different emails to mailing lists that include myself and many others that you intend to include this statement again in your Spring course syllabus. This has prompted new complaints and expressions of concern from Allen School community members, and threatens to again cause a disruption to the delivery of course material to our students.

    o  During the week of February 21, 2022, multiple reports to the university bias-reporting tool alleged discrimination and harassment related to an email you sent through the "diversity-allies" listserv regarding the land acknowledgment statement

UW_Reges_0000388

for your course syllabi. Your comments have been deemed, by multiple Allen School community members, as offensive and creating an intimidating and hostile work environment and/or learning environment, as noted below from their reports:

- "Stuart Reges posted an article on diversity-allies about anti-indigenous 'land acknowledgements'. This vandalizes the diversity-allies space by running counter to its stated objectives, and amounts to an attack that harasses Indigenous individuals, including students, staff, and faculty and runs counter to the Allen School's DEI goals."
- "Stuart Reges sent an article on an Allen School mailing list, describing plans to write an anti-Indigenous land acknowledgement into his Spring quarter syllabus paper handout. This goes against the Allen School's commitment to "create an inclusive environment for people of all backgrounds", Article 20 of the Academic Student Employee contract, and the requirement that UW be 'an environment that fosters respect for all members of the University community'."
- "Mr. Reges' Land Acknowledgement Statement is reasonably attributable to the university as it is being forced on students in a required course taught by a faculty member that we are paying to teach there. If Mr. Reges is allowed to continue to teach, and to distribute his land acknowledgement statement in a paper form where students will be required to see it, the university is supporting his beliefs and agreeing that they belong in an introductory computer science course."

o On February 25, 2022, I received a communication from the elected UAW 4121 reps, representing Allen School academic student employees, both graduate and undergraduate. They have expressed to me directly that your actions throughout Winter quarter are promoting an un-inclusive workplace environment. They argue that your conduct violates "Article 20: Non-Discrimination and Harassment" of their collective bargaining agreement with the University of Washington, as quoted below:

> "The Employer and the Union agree that all employees should work in an environment that fosters mutual respect and professionalism. The parties agree that all employees should be free from everyday exchanges—including words and actions—that denigrate or exclude individuals based on their membership in a group or class[…] Inappropriate workplace behavior by ASEs, Faculty, supervisors and/or managers will not be tolerated."

The union reports that: "We have heard from TAs who no longer feel comfortable mentioning their own views on topics related to land acknowledgements and DEI, for fear of retaliation from Stuart Reges. We have heard from other ASEs whose feelings of belonging in the Allen School have been negatively impacted by the fact that Stuart Reges' behavior has been allowed to continue."

As we are required to do pursuant to Section 25-71.B, I wish to meet with you as soon as possible to discuss these allegations and to hear your responses to them. Therefore, I have scheduled this discussion to commence at 9:00 a.m. on Tuesday, March 8th, 2022, in Allen Center, room 110. If you are unable to participate at that time/date, please notify me immediately so that we can determine a mutually agreeable time and date for us to meet. Please be aware that I have asked CoE Human Resources Director Aileen Trilles and Professor and Vice Director Dan Grossman to attend. Due to the nature of these allegations, it is imperative that we hold this meeting as soon as possible.

Under Section 25-71.B of the Faculty Code, you have the right to bring one person with you to this meeting. If you wish to bring an attorney as your representative, please notify me immediately of

UW_Reges_0000389

your intention to do so, so that we also can arrange for the University to have an attorney present at this meeting.

It is important that you avoid any retaliation (even the appearance of same) against anyone who you believe is involved with the allegations that I will discuss with you at the Section 25-71 meeting. Behavior that is perceived as retaliatory might lead to further proceedings.

Thank you in advance for your cooperation in this process.

Sincerely,

Magdalena Balazinska
Professor and Director
Paul G. Allen School of Computer Science & Engineering
University of Washington

cc:     Aileen Trilles, Senior Director of Human Resources, College of Engineering

43

UW_Reges_0000390

# EXHIBIT 8



# PAUL G. ALLEN SCHOOL
**OF COMPUTER SCIENCE & ENGINEERING**

March 9, 2022

Teaching Professor Stuart Reges
Paul G. Allen School of Computer Science & Engineering
reges@uw.edu

Dear Professor Reges,

The purpose of this letter is to document some aspects of our discussion on March 8, 2022 and to see if we can reach an agreement related to the Faculty Code Section 25-71 process.

I shared with you allegations that concern your conduct in course instruction and in email communications using university resources, which may be a violation of University policies as described in my letter dated March 2, 2022. The allegations, if true, may constitute a violation of Executive Order 31, which prohibits discrimination or harassment against a member of the University community. The allegations, if true, may also constitute a violation of Faculty Code Sections 24-33 and 25-71A, UW's policy on providing a safe workplace, and the collective bargaining agreement between the University of Washington and the United Auto Workers who represent academic student employees.

During our meeting, we discussed our differing perspectives. You asked if I had a resolution to propose, and I shared one. You indicated you wanted to receive such a proposal in writing and that, if provided one, then you would respond quickly. As we discussed, you were also given the opportunity to propose possible resolutions or to work together with me to produce a mutually agreeable resolution. You preferred to only receive a written version of what I proposed.

In light of this, I write today to memorialize an agreement which would resolve this matter. The signing of this agreement and the successful implementation of its requirements would bring to an end the proceedings in which we have been engaged under Section 25-71.

Under this proposed agreement, you would agree to the following:

- You acknowledge, and agree that, as an Allen School faculty member, you will interact with peers, staff, and students in a way that:
  - Demonstrates respect toward all and encourages a spirit of respect in all interactions and forums;
  - Creates and maintains a professional, positive, and welcoming environment that is conducive to learning, teaching, research, and service; and
  - If expressing dissent or attempting to produce change in the workplace, do so in a way that remains respectful to all, and in a way that maintains a professional, positive, welcoming, and supportive environment.

- You agree not to include the statement that you have called your version of the land acknowledgment that was published in the CSE 143 Winter 2022 online course syllabus in the online and print copy of the CSE 142 Spring 2022 syllabus or in other future course syllabi.



45

UW_Reges_0000382

- You agree that you will avoid any retaliation (even the appearance of same) against anyone whom you believe is involved with the allegations that I have discussed with you at the Section 25-71 meeting. Behavior that is perceived as retaliatory might lead to further proceedings.

If you agree to accept all of the above terms and conditions, please sign and date this document and return it to me by no later than March 15, 2022. If you prefer not to accept this agreement by that date, which is your decision, we will then proceed with next steps in accordance with the Faculty Code.

Sincerely,

Magdalena Balazinska
Professor and Director
Paul G. Allen School of Computer Science & Engineering
University of Washington

cc:     Dan Grossman, Vice Director, Allen School of Computer Science and Engineering
        Aileen Trilles, Senior Director of Human Resources, College of Engineering

**Acceptance:**

I agree to and accept each of the aforementioned terms and conditions.

_____          _____
Stuart Reges, Teaching Professor                      Date
Allen School of Computer Science and Engineering

46

UW_Reges_0000383

EXHIBIT 9

Message
_____

**From:** Stuart Reges [reges@cs.washington.edu]
**Sent:** 3/10/2022 6:44:34 PM
**To:** Magdalena Balazinska [magda@cs.washington.edu]
**CC:** Dan Grossman [djg@cs.washington.edu]; Aileen V. Trilles [avt@uw.edu]
**Subject:** Re: Proposed resolution agreement


Thank you for taking the time to put your proposed resolution in writing.
I respectfully decline the offer.

--Stuart

On Wed, 9 Mar 2022, Magdalena Balazinska wrote:

> Dear Professor Reges,
>
> Please find in attachment the proposed resolution agreement.
>
> regards,
> magda
> Magdalena Balazinska (she/her/hers)
> Professor and Director, Paul G. Allen School of Computer Science &
> Engineering
> University of Washington
>
>
>
>



EXHIBIT
23
Reges 8/23/23

48

UW_Reges_0002240