Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

    Plaintiff,

v.

ANA MARI CAUCE, et al.,

    Defendants.

Case No. 2:22-cv-00964-JHC

**DECLARATION OF CHADWICK ALLEN RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

ALLEN DECLARATION RE: DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00964-JHC

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

I, Chadwick Allen, declare as follows:

1. I am over the age of 18 and competent to testify.

2. This Declaration is in connection with Defendants Ana Mari Cauce, Magdalena Balazinska, Daniel Grossman, and Nancy Allbritton's Motion for Summary Judgment in the above-captioned matter.

3. I am the Associate Vice Provost for Faculty Advancement at the University of Washington. I also serve as a Professor of English and Adjunct Professor of American Indian Studies at the University. My role at the University includes serving on the executive leadership team of the Office of Minority Affairs and Diversity, which helped create the University's land acknowledgment statement.

4. A land acknowledgment statement acknowledges that an institution like the University is situated on lands that were already in the possession of indigenous people before the formation of the institution. The University's land acknowledgment strives to signal to American Indian, Alaska Native, indigenous Hawai'ian, and other indigenous people that they are welcome at the University. It also signals the same to the University's Tribal partners and their communities.

5. The University's land acknowledgment reads: "The University of Washington acknowledges the Coast Salish peoples of this land, the land which touches the shared waters of all tribes and bands within the Suquamish, Tulalip and Muckleshoot nations." Through this statement, the University of Washington acknowledges that the Coast Salish peoples remain part of the community in the Puget Sound region.

6. The University's land acknowledgment grew out of a years-long process in which University officials worked with the Governor's Office of Indian Affairs, Tribal leaders from throughout the state and region, and other stakeholders.

7. As a state entity, University officials receive training on American Indian sovereignty and government-to-government relations as part of fulfilling obligations under the Centennial Accord between the State of Washington and the federally recognized Tribes within the State.

ALLEN DECLARATION RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00964-JHC

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

1   I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signed this 18th day of December, 2023 at Seattle, Washington.

*[signature: Chadwick Allen]*

_____
Chadwick Allen

ALLEN DECLARATION RE: DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Case No. 2:22-cv-00964-JHC

2

Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, Washington 98104-7097
tel+1-206-839-4300