1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

               Plaintiff,

     v.

ANA MARI CAUCE et al.,

               Defendants.

CASE NO. 2:22-cv-00964-JHC

ORDER SETTING BRIEFING SCHEDULE
ON PARTIES' CROSS-MOTIONS FOR
SUMMARY JUDGMENT

This matter came before the Court on the Stipulated Motion to Enter Briefing Schedule on Parties' Cross-Motions for Summary Judgment (Dkt. # 71).  The Court has considered the motion, finds good cause to enter the stipulated briefing schedule, and hereby GRANTS the motion.  The briefing schedule on Plaintiff's Motion for Summary Judgment (Dkt. # 60) and Defendants' Motion for Summary Judgment (Dkt. # 64) is entered as follows:

- Oppositions due: January 22, 2024;

- Replies due: January 29, 2024.

//

//

//

ORDER SETTING BRIEFING SCHEDULE
ON PARTIES' CROSS-MOTIONS FOR
SUMMARY JUDGMENT - 1

1    Dated this 22nd day of December, 2023.

2

3

4                                                  John H. Chun
                                                   United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER SETTING BRIEFING SCHEDULE
ON PARTIES' CROSS-MOTIONS FOR
SUMMARY JUDGMENT - 2