UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STUART REGES,<br><br>*Plaintiff,*<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>*Defendants.* | Civil Action No.: 1:22-cv-00964-JHC<br><br>**NOTICE OF APPEARANCE OF<br>CARL J. MARQUARDT** |

Under Local Rule 83.2(a), Plaintiff Stuart Reges provides Notice of Appearance of Carl J. Marquardt. Mr. Marquardt assumes the duties of local counsel for Plaintiff under Local Rule 83.1(d). Plaintiff remains represented by Joshua Bleisch, James Diaz, and Gabriel Walters, of the Foundation for Individual Rights and Expression, who are admitted to practice *pro hac vice*.

Executed on January 22, 2024.

<u>*s/Gabriel Walters*</u>
GABRIEL WALTERS*
DC Bar No. 1019272
JOSHUA T. BLEISCH*
DC Bar No. 90001269
JAMES DIAZ*
VT Bar No. 5014
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473
gabe.walters@thefire.org
josh.bleisch@thefire.org
jay.diaz@thefire.org
*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

<u>*s/Carl J. Marquardt*</u>
CARL J. MARQUARDT
WA Bar No. 23257
LAW OFFICE OF CARL J. MARQUARDT
PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
carl@cjmlawoffice.com

## CERTIFICATE OF SERVICE

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, January 22, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system.

DATED: January 22, 2024

Respectfully submitted,

| | |
|---|---|
| *s/Gabriel Walters*<br>GABRIEL WALTERS*<br>DC Bar No. 1019272<br>JOSHUA T. BLEISCH*<br>DC Bar No. 90001269<br>JAMES DIAZ*<br>VT Bar No. 5014<br>FOUNDATION FOR INDIVIDUAL RIGHTS<br>  AND EXPRESSION<br>510 Walnut Street, Suite 900<br>Philadelphia, PA 19106<br>Tel: (215) 717-3473<br>gabe.walters@thefire.org<br>josh.bleisch@thefire.org<br>jay.diaz@thefire.org | CARL J. MARQUARDT<br>WA Bar No. 23257<br>LAW OFFICE OF CARL J. MARQUARDT PLLC<br>1126 34th Avenue, Suite 311<br>Seattle, WA 98122<br>Tel: (206) 388-4498<br>carl@cjmlawoffice.com |

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*