*Reges v. Cauce, et al.*

# Exhibit A
# to Declaration of
# Gabriel Walters

```
                UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE
_____
                                  )
STUART REGES,                     ) No. 2:22-cv-00964-JHC
                                  )
           Plaintiff,             )
                                  )
      v.                          )
                                  )
ANA MARI CAUCE, in her            )
official capacity as              )
President of the University       )
of Washington; MAGDALENA          )
BALAZINKSKA, in her official      )
and individual capacities as      )
Director of the Paul G. Allen     )
School of Computer Science &      )
Engineering; DANIEL GROSSMAN,     )
in his official and individual    )
capacities as Vice Director       )
of the Paul G. Allen School       )
of Computer Science &             )
Engineering; and NANCY            )
ALLBRITTON, in her official       )
and individual capacities as      )
Dean of the College of            )
Engineering,                      )
                                  )
           Defendants.             )
                                  )
_____

         DEPOSITION UPON ORAL EXAMINATION OF

                      STUART REGES

_____



REPORTED BY:   Thad Byrd, CCR
REPORTED ON:   August 22, 2023
```



```
                                                               Page 3
 1                       EXAMINATION INDEX
 2   Witness:
 3        STUART REGES
 4   Examination By:                                        Page
 5        MR. HOSP                                          6 - 134
 6
 7                         EXHIBIT INDEX
 8   No.         Description                                Page
 9   1           University Best Practices                  33
10   2           Journal Entry Dated 10/8/21                49
11   3           Journal Entry Dated 10/25/21               54
12   4           Journal Entry Dated 10/29/21               62
13   5           Journal Entry Dated 11/5/21                68
14   6           Journal Entry Dated 12/8/21                73
15   7           Email Beginning from Ed Lazowska           80
                 Dated 12/9/2021 Re: Diversity-
16               Allies Post
17   8           CSE 143 Syllabus                           81
18   9           Journal Entry Dated 1/4/22                 84
19   10          Email Beginning from Magdalena             95
                 Balazinska Dated 1/4/2022
20               Re: Land Acknowledgment
                 Statement
21
     11          Email Beginning from Stuart                100
22               Reges Dated 1/6/2022
                 Re: Land Acknowledgment Statement
23
     12          Announcement to Students About             108
24               Availability of Another Section
25
```



```
                                                          Page 4
 1   No.        Description                                  Page
 2   13         Journal Entry Dated 1/10/22                  110
 3   14         Quillette Article by Stuart                  118
                Reges
 4
     15         Journal Entry Dated 1/12/22                  119
 5
     16         Journal Entry Dated 1/14/22                  124
 6
     17         Journal Entry Dated 1/18/22                  127
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 47

```
 1   acknowledgment statement?
 2   A.    No.
 3   Q.    Why not?
 4   A.    My initial reaction was that I have two choices of
 5   how to respond to this.  I can choose to include a land
 6   acknowledgment like this or I can not include one, and I
 7   was -- I preferred not including one.
 8   Q.    Okay.
 9               MR. WALTERS:  Gabe, we've been going roughly
10   an hour.  Can we come to a break soon?
11               MR. HOSP:  Sure, absolutely.  Now is fine.
12               THE VIDEOGRAPHER:  We're now going off
13   record.  The time is 11:12 a.m.
14                       (Recess taken.)
15               THE VIDEOGRAPHER:  We're now back on the
16   record.  The time is 11:23 a.m.
17               MR. HOSP:  Okay.  And just for the record,
18   Krissy McKenna, who's also co-counsel and at Orrick, is
19   on the phone line as well.
20   Q.    Professor Reges, I think when we were just -- just
21   before the break, you testified that you didn't put
22   anything related to a land acknowledgment statement on
23   your fall 2021 syllabus because when you first looked at
24   the best practices document, you had the reaction that
25   you could either include the exact language that was in
```



Page 48

```
 1   the document or not say anything at all; is that right?
 2   A.   Almost right.  I felt that I could include a land
 3   acknowledgment along the lines of that one, and it is
 4   listed as an example, that I could do a land
 5   acknowledgment like that or none at all.
 6   Q.   Okay.  And at some point, did you decide that you
 7   had the option of -- well, had a third option?
 8   A.   Yes.
 9   Q.   And when did you begin to have that idea?
10   A.   I think it -- I started thinking about it in
11   September, if I remember correctly.  I thought about it a
12   long time.  I realized that -- anyway, you wanted to ask
13   when, September.
14   Q.   Okay.  And can you describe that process, your
15   thought process as you considered the notion of a third
16   option?
17   A.   The third option is -- well, so this to me is a
18   political statement, and the third option is that I could
19   give a political statement that represented a different
20   perspective.
21   Q.   Okay.  And did you go through different iterations
22   of what you might say?
23   A.   Yes.  I thought about different ways of wording it.
24   Q.   Okay.  And we'll get to the statement you ultimately
25   included in the syllabus.  Can you recall any other
```



Page 70

1  already talked to William about this, and he thinks I
2  shouldn't do that.  Do you see that?
3  A.    Yes.
4  Q.    You say that you might include the land
5  acknowledgment on your syllabus next quarter to see if
6  anyone complains.  Were you anticipating that people
7  might complain?
8  A.    Yes.
9  Q.    Okay.  And why did you feel that people might
10 complain?
11 A.    My land acknowledgment is a parody.  I intended to
12 make fun of land acknowledgments.
13 Q.    And you felt that some people might find that
14 offensive?
15 A.    Yes.
16 Q.    You say, I've already talked to William about this,
17 and he doesn't think I should do that.  Who is William?
18 A.    William is my boyfriend.
19 Q.    He says, I think -- pardon me.  You say, he thinks I
20 shouldn't purposely offend my students, and I understand
21 that and agree to a certain extent.  Do you see that?
22 A.    Yes.
23 Q.    Okay.  So William believed that including it on the
24 syllabus would offend your students?
25 A.    Yes.



Page 71

1  Q.   Okay.  And you agreed that it would offend your
2  students?
3            MR. WALTERS:  Object to form.  You can
4  answer.
5  A.   I agreed that it could, sure, yes.
6  Q.   If you see down at the paragraph at the bottom of
7  the page, it looks like -- well, you say, now I have to
8  try to remember what I wrote that got wiped out.  Do you
9  see where it says that?
10 A.   Yes.
11 Q.   Do you know what you're referring to when you said
12 that?
13 A.   Can you give me a moment to read the paragraph about
14 it?
15 Q.   Yes.
16 A.   Well, what I seem to be describing in that paragraph
17 is that my computer restarted, and so I believe I had
18 written some things in a journal entry that was lost, and
19 I was trying to recover some of the ideas.
20 Q.   Yeah, no.  That's what it looked like to me too.  I
21 wanted to make sure, and then you say, I mentioned that
22 some people who would normally support me probably won't
23 do so over the land acknowledgment.  Do you see that?
24 A.   Yes.
25 Q.   Okay.  What were you -- what did you mean by that?



```
                                                          Page 72
 1   A.    Same thing I said before.  I think that I was -- I
 2   intended this as a parody.  I think some people would
 3   object, even people who don't like land acknowledgments,
 4   and as someone who doesn't like land acknowledgments.
 5   Q.    On the next page in the second paragraph from the
 6   top it says, I found it interesting that Hunter, Brett
 7   and Lauren don't include it.  Do you see that?
 8   A.    Yes.
 9   Q.    And there, is the "it" referring to the suggested
10   land acknowledgment statement?
11   A.    Yes.
12   Q.    Okay.  So it's your understanding that -- and who is
13   Hunter?
14   A.    These are all instructors of intro courses.
15   Q.    Okay.  And you're indicating that those three don't
16   include the land acknowledgment statement; correct?
17   A.    At that time.
18   Q.    Okay.  And to your knowledge, were any of them
19   subject to any discipline for not including the land
20   acknowledgment statement?
21              MR. WALTERS:  Object to form.  You can
22   answer.
23   A.    No.
24   Q.    If you see, there's another entry you put in at 5:43
25   p.m.
```



```
                                                         Page 73
 1   A.    Mm-hmm.
 2   Q.    Underneath the redacted portion it says, the more I
 3   think about the land acknowledgment, the more I like the
 4   idea of harping on that.  Do you see that?
 5   A.    Yes.
 6   Q.    Okay.  And when you say you like the idea of harping
 7   on that, what did you mean by that?
 8   A.    Pushing the land acknowledgment issue.
 9   Q.    And did that include including it on your syllabus?
10   A.    Yes.
11   Q.    Okay.  In the next sentence you say, I'm sure many
12   people will find that upsetting because it will be clear
13   that I am trolling.  Do you see that?
14   A.    Yes.
15   Q.    What'd you mean by that?
16   A.    The same thing I said before.  It's a parody.
17   That's a form of trolling.
18   Q.    Okay.  And you were aware that many people would
19   find it upsetting?
20              MR. WALTERS:  Object to form.  You can
21   answer.
22   A.    Yes.
23   Q.    You've been given a document that's been marked as
24   Exhibit 6, and it is Bates labeled Reges 001909 through
25   1911.  If you would, just take a brief look at that so
```

