*Reges v. Cauce, et al.*

# Exhibit B
# to Declaration of
# Gabriel Walters

Friday, 11/5/21
1:15 pm



I posted a message to the Heterodox Academy list about the censorship and people seemed sympathetic. One person suggested that members should complain to the list and insist that my message be allowed to go through. A few of the regulars didn't chime in, so I'm wondering whether they're hesitant to support me because they don't approve of my land acknowledgement.

I got another idea this morning when I was watching TV. My first thought was that I should include my land acknowledgement on my syllabus next quarter to see if anyone complains. I've already talked to William about this and he thinks I shouldn't do that. He thinks I shouldn't purposely offend my students and I understand that and agree to a certain extent. But then it occurred to me that I could email the faculty this quarter and say something along the lines of, "I'm planning on including my land acknowledgement on my syllabus for 143 next quarter and I wanted to make sure that we think that's a good idea because if anyone complains, I'm going to tell them that the DEI experts in the Allen School encouraged me to do this."

I just had an unpleasant happening. I was shifting in my seat on the bus and I moved my mac a bit and the screen went blank. I tried to bring it back to life, but it was unresponsive. When I hit the power button, it restarted. So it had obviously shut down. I've had this happen two other times in the last week or so, although during those incidents I thought that perhaps the battery had died. This seems like something worse. I think I really do need to replace this computer soon.

Now I have to try to remember what I wrote that got wiped out. I mentioned that some people who would normally support me probably won't do so over the land acknowledgement. When I first heard about it, I thought it was stupid and I didn't want to do it myself. But a lot of people probably just think you should ignore it. Ed seems to feel that way given how he responded to my message about last week's training. But I think it can be good to take their procedures seriously. Why should only progressives be allowed to say what they think is true of the land



EXHIBIT
5
Reges 8/22/23

Reges 001875

issue relative to native tribes? I haven't seen anyone else try to attack this issue in that way, but I don't know what kind of argument they can give that would say that they can express their opinions about it but I can't because I don't have the right opinions.

I found it interesting that Hunter, Brett, and Lauren don't include it. But Kevin does. His is crazy. He talks about how it's a western tradition to believe that we should work towards a right answer, but that native tribes believed that there can be multiple right answers. Sheesh.

Bus is getting crowded, so that's it for now…

5:43 pm



The more I think about the land acknowledgement, the more I like the idea of harping on that. I'm sure many people will find that upsetting because it will be clear that I'm trolling. But it seems like a good thing to push back on. I was just thinking about how they treat it with such reverence that you'd almost think they were saying a prayer. It's not a bad analogy to think that I'm fighting against prayer in schools. When I change the prayer it becomes clear how silly this is.

I seem to remember that Jonathan Kay at Quillette wrote that he has no problem with them and thinks they are a good thing. So maybe I won't be able to publish anything in Quillette about it.

