*Reges v. Cauce, et al.*

# Exhibit C
# to Declaration of
# Gabriel Walters

Case 2:22-cv-00964-JHC   Document 76-3   Filed 01/22/24   Page 2 of 4

Friday, 1/14/22
11:08 am



Campus Reform has published my op-ed with just minor tweaks along with the video of the interview with Alexa. I'm already thinking of little bits of wording I should have included here and there to improve the flow or to make an extra little dig. But it's a pretty good article for 2.5 hours work and I'm really happy to see both of these going out today.



EXHIBIT
16
Reges 8/22/23

Reges 001647

Marty mentioned that I'm a star on the UW Reddit. There are something like 7 different threads now. One of them has a cartoon of me killing Ted Bundy with a sword, but I kill a female CS student he is holding hostage and another female CS student gets killed, so I'm sad at the end.

One is a poll asking people what they think. I had to vote to see the results. Here is the latest:

- 200 (35.4%) I don't care about him at all
- 185 (32.7%) He should be punished by UW
- 52 (9.2%) I agree with most of his views. He shouldn't be punished
- 128 (22.7%) I don't agree with most of his views, but he shouldn't be punished

I tend to add together the last two, which makes it about a third each. It might seem disappointing that only 9.2% agree with me, but that's actually higher than I would have expected. It could mean that I'm speaking for 9.2%.

I keep getting random people emailing me with support. The most recent was Alyssa Pittman. I was so glad to hear from her. She taught a course for us not long ago but I seem to remember that she was considering going full time as a stay-at-home mom to raise their kids.

On campus, so that's it for now...

5:38 pm

Redacted

I thought there would be more response to my Campus Reform op-ed and the interview. Jonathan said that my op-ed is his favorite thing so far. It was most in my voice and it makes for a good contrast to the Quillette article. The editing made that one more vanilla. This one is more spicy. I don't think I mentioned that for a brief time two of my old op-eds appeared in the top 6 list, so obviously people were checking them out (the one on not being a racist and the one on defunding radical LGBTQ efforts). It may be that these things just have a slow start. Or maybe it wasn't the best timing to have it released on a Friday afternoon just before a 3-day weekend. The Gates building felt dead. It seemed like everyone had fled campus. We'll see.

When I go to Google and look up my name, it doesn't include any of the Campus Reform items. Not even when I go to the news tab. They just never show any of those things. I was curious to see what bing was doing, so I went over there. They at least included the Campus Reform video. And they also included an article by Jonathan Turley that was very highly placed in the list of results. He wrote a great article. At one point he says he wouldn't have done what I did because he thinks my actions were "gratuitous and peevish," but I can live with that criticism. I was causing trouble on purpose, so it's fair to point that out.

He mentioned that he teaches Locke's theories in his classes and he talked a lot about whether there is a real idea there. He thinks there is but he also says that it would have been better if people reacted by debating me if they disagreed. That really made my day to see that Jonathan Turley had bothered to write about my case and he totally got where I'm coming from.

I hadn't heard from the Campus Fix folks for several days, so I thought maybe they weren't going to publish. But almost immediately after Campus Reform published they published their article.

