*Reges v. Cauce, et al.*

# Exhibit D
# to Declaration of
# Gabriel Walters

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

---

STUART REGES,                          )    No.
                Plaintiff,             )    2:22-cv-00964-JHC
        vs.                            )
ANA MARI CAUCE, et al.,                )
                Defendants.            )

---

Videotaped

Deposition Upon Oral Examination Of

MAGDALENA BALAZINSKA

---

June 19, 2023

401 Union Street, Suite 3300, Seattle, Washington

Magna Legal Services

(866) 624-6221

www.MagnaLS.com


REPORTED BY: PEGGY FRITSCHY HAMILTON, RPR, CSR, CLR, 29906/No. 2704



```
                                                              Page 3
 1   E X H I B I T S
 2   NO.       DESCRIPTION                                    MARKED
 3   1         January 13, 2023 email to Mark                   46
 4             Richards from Magdalena Balazinska
 5   2         U.S. Department of Arts and Culture              52
 6             "Honor Native Land: A Guide and Call
 7             to Acknowledgment"
 8   3         Office of Minority Affairs &                     58
 9             Diversity, "About OMA&D"
10   4         Email chain, top email, January 4,               62
11             2022 to Karentb, and others, from
12             Magdalena Balazinska
13   5         Email chain, top email to Magdalena              72
14             Balazinska from Shyam Gollakota
15   6         Computer Science & Engineering 143               90
16             Computer Programming II syllabus
17   7         January 7, 2022 email to exec -                  96
18             Mailing List from Magdalena
19             Balazinska
20   8         Email chain, top email December 9,              102
21             2021 to Chloe Dolese Mandeville
22             from Elise deGoede Dorough
23   9         Reddit post, Stuart Reges Version               112
24             of the Land Acknowledgment
25
```



```
                                                          Page 4
 1     E X H I B I T S CONT'D
 2     NO.       DESCRIPTION                               MARKED
 3     10        January 4, 2022 email to Daniel            116
 4               Ratner, Karentb from Magdalena
 5               Balazinska
 6     11        Email chain, top email to Dan              128
 7               Grossman, and others, from Magdalena
 8               Balazinska
 9     12        January 4, 2022 email to Aileen            146
10               Trilles from Magdalena Balazinska
11     13        Email chain, top email to Phillip          149
12               Reid from Magdalena Balazinska
13     14        Note about course syllabus                 153
14     15        Email chain, top email January 5,          155
15               2022 to Daniel Ratner, and others,
16               from Magdalena Balazinska
17     16        January 5, 2022 email to                   173
18               cse143a_wi22, and others, from
19               Magdalena Balazinska
20     17        Email chain, top email January 4,          175
21               2022 to Kristin Osborne, and others,
22               from Magdalena Balazinska
23     18        January 7, 2022 email to Magdalena         187
24               Balazinska from Sabrina Jahed
25
```



```
                                                      Page 5
 1     E X H I B I T S  CONT'D
 2    NO.      DESCRIPTION                            MARKED
 3    19       February 23, 2022 email to              188
 4             diversity-allies from diversity-allies
 5             on behalf of Stuart Reges
 6    20       Email chain, top email to Magdalena     199
 7             Balazinska, and others, from Nancy
 8             Allbritton
 9    21       March 2, 2022 email to Stuart Reges     203
10             and Aileen Trilles from Magdalena
11             Balazinska
12    22       March 10, 2022 email to Stuart Reges    220
13             and Dan Grossman from Magdalena
14             Balazinska
15    23       March 21, 2022 email to Nancy           228
16             Allbritton from Magdalena Balazinska
17    24       July 11, 2022 letter to Associate       238
18             Professor Louisa Mackenzie, and others,
19             from Nancy Allbritton
20    25       August 24, 2022 email to Eric           241
21             Schnapper and Louisa Mackenzie
22             from Magdalena Balazinska
23    26       June 7, 2022 email to engr-chairs,      243
24             and others from Nancy Allbritton
25
```



Page 6

```
 1    E X H I B I T S CONT'D
 2    NO.      DESCRIPTION                           MARKED
 3    27       June 13, 2023 letter to Teaching        246
 4             Professor Stuart Reges from Nancy
 5             Allbritton
 6    28       April 5, 2022 email to Stuart Reges     260
 7             from Magdalena Balazinska
 8    29       Email chain, top email March 31,        264
 9             2022 to Chloe Dolese Mandeville, and
10             others, from Elise deGoede Dorough
11
12    E X A M I N A T I O N
13    BY                      PAGES
14    ATTORNEY DIAZ     8 - 275
15
16    *****  (*  Denotes phonetic spelling.)
17
18
19
20
21
22
23
24
25
```



Page 31

1  partnering with other units on campus.
2           We have different projects.  Like for
3  example, the Allen Endowment.  And if a faculty member
4  has an exciting idea, I can provide them, like, some
5  start-up funds for that idea, and negotiate offers
6  with new faculty members.  So the list goes on and on.
7      Q.   Sounds like a big job.
8      A.   It's a very, very big job.
9      Q.   Would you say it also includes responding to
10 student concerns?
11     A.   Oh, it did definitely includes responding to
12 student concerns, yes.
13     Q.   It includes responding to staff concerns?
14     A.   Yes.
15     Q.   Donor concerns?
16     A.   Yes.
17     Q.   Does it include involvement in faculty
18 disciplinary matters?
19          ATTORNEY HOSP:  Object to the form.
20          But you can answer.
21     A.   Yes.
22     Q.   And it includes involvement in student
23 conduct matters as well?
24          ATTORNEY HOSP:  Object to the form.
25          You can answer.



Page 81

```
 1   generally?
 2              ATTORNEY HOSP:  Object to the form.
 3        Q.   Well, let me -- that's what you do --
 4        A.   That's what I do.
 5        Q.   -- when you are teaching?
 6              And when you -- in your role as director,
 7   is a part of your responsibility to review course
 8   syllabi?
 9        A.   No.
10        Q.   Do you -- does anyone, anyone, other than the
11   individual professor, review course syllabi before
12   they're posted on the course website?
13        A.   I don't believe so.
14        Q.   And so professors don't, and -- you know,
15   they don't have to go through any -- excuse me.  Let
16   me back up.
17              Do professors have you go through any
18   process for reviewing -- any process for, of review
19   for their course syllabi?
20              ATTORNEY HOSP:  Object to the form.
21              You can answer.
22        A.   I don't think so.
23        Q.   And is that because the syllabus is the
24   purview of the teacher, I guess?
25        A.   I mean, there are many things we do without
```



Page 174

1   Q.   And do you have any reason to believe this is
2   not the email that you sent to students on
3   January 5th?
4   A.   No.
5   Q.   And in the email on paragraph -- in paragraph
6   3, you note, "I encourage you to submit a complaint
7   through one of the following channels.  These
8   complaints are taken very seriously," and you list
9   three channels within --
10  A.   Um-hum.
11  Q.   -- the University of Washington for purposes
12  of complaints; right?
13           ATTORNEY HOSP:  Object to the form.
14           You can answer.
15  A.   Right.  So this is -- I mean, as we were
16  discussing, one of the complaints that a student had
17  voiced said that they were worried they would not be
18  treated fairly.  And as we discussed, I did not
19  expect -- I mean, I expected Reges to treat everyone
20  fairly.  I had no reason to believe otherwise.  So I
21  specified that I would like to assure everyone that
22  they can expect to be treated fairly, since that was
23  my expectation.
24           But since in the morning students took to
25  social media, and this has been something standard



1  gave Stuart the opportunity to propose possible
2  resolutions or to work together to producing a
3  mutually agreement resolution, and he only preferred
4  to receive our written version of what is proposed
5  below, with that main point being simply not to put
6  that statement in.
7           The second point is just a general point,
8  that is, as an Allen School faculty member, you know,
9  he will interact with peers, staff, and students in a
10 way that -- and, demonstrates respect toward all and
11 encourages a spirit of respect in all
12 interactions...Creates and maintains a professional,
13 positive, and welcoming environment that is conducive
14 to learning, teaching, research, and service, and, If
15 expressing dissent or attempting to produce change in
16 the workplace, do so in a way that remains respectful
17 to all, and in a way that maintains a professional,
18 positive, welcoming, and supporting environment.
19           Oh, and also a bullet point, which is
20 standard, like, You agree that you will avoid any
21 retaliation against anyone whom you believe is
22 involved with the allegations that we have discussed
23 with him at the 25-71 meeting.
24     Q.   Do you have any reason to believe that Stuart
25 retaliated against anyone for anything related to his



Page 223

```
 1   land acknowledgment statement?
 2       A.   I'm not aware of any retaliations.  No one
 3   voiced any issues with retaliation.
 4       Q.   Bullet number one says that -- so there are
 5   three bulleted terms here; right?
 6       A.   Correct.
 7       Q.   In this letter.  And the first bullet talks
 8   about how Stuart will interact with peers, staff, and
 9   students; right?
10       A.   (Witness nods head.)
11       Q.   It says that, you know, he has to demonstrate
12   respect; right?
13       A.   (Witness nods head.)
14       Q.   And as you read them all out, how would you
15   determine whether -- say he accepted this --
16       A.   Um-hum.
17       Q.   -- agreement.  How would you have determined
18   that he "demonstrated respect towards all and
19   encourages a spirit of respect in all interactions and
20   forums"?
21               ATTORNEY HOSP:  Object to the form.
22               You can answer.
23       A.   I mean, typically this is based on if I
24   receive any complaints in any forms.  So if someone
25   comes to me and says that, you know, they feel
```

