*Reges v. Cauce, et al.*

# Exhibit E
# to Declaration of
# Gabriel Walters

Tuesday, 1/4/22
8:53 am





Reges 001626



I included my land acknowledgment on my syllabus and I mentioned it briefly as I skimmed through the topics. I got one question from a student in the Google doc asking what the labor theory of land is. Otherwise students don't seem to have noticed it. I wouldn't be surprised if they've reached a point where they just ignore things like that the way we all readily click the button saying we've read and understood the terms of whatever deal we're making. This has given me some ideas about what to include in a Campus Reform article. With any luck, I could complete that this week and send it on.





Redacted

Reges 001628



5:09 pm

I'm shaking all over. It's partly because it's cold, but it's more because the shit has hit the fan over my land acknowledgment and now it's getting very real. I got an email earlier today from a student who said that he enjoys my articles and he's a left-leaning libertarian and he finds that he has nobody to talk to at UW. He said that he heard about me on reddit because people are discussing my land acknowledgment.

The reddit thread is interesting. It's almost all negative. There are over 80 comments and it has been upvoted something like 240 times.

In the middle of the meeting with the coordinators I noticed that Magda had emailed me ordering me to remove the land acknowledgment from my online syllabus. She copied two deans and a vice provost on her message. One dean is from engineering, another is an Associate Dean for Diversity, Equity, and Inclusion. And the third is a vice provost for student affairs. So they've apparently been discussing this. I think that Magda copied them to make it clear that she was doing something about it.

I wrote back and basically said no. I reminded her that I said I was planning on doing this in a message sent to the faculty mailing list. I also pointed out that other instructors have such statements and it wouldn't be consistent to ask me to remove mine without asking them to remove theirs. I called Marty and talked with him about it a bit. I think I've got a strong case. They made a mistake by encouraging people to make such statements.

Magda has already responded. I mentioned that the syllabus is shown in the first video. She says she doesn't care about the video, she just wants me to remove it from my syllabus. I think I'm going to say that I'll do that if she instructs all winter instructors to remove land acknowledgments from their syllabi, but otherwise I'm not going to remove mine. That sets up a showdown. I don't think she has the power to force me to make the change, although obviously if she instructs the lab staff to remove the file from my class directory, they'd do that.

I emailed Katie Herzog to see if she's interested in writing a story. I expect she'll say no. She mentioned on the podcast that she's driving cross country and she doesn't have connections these days to media outlets.

This could lead to a new round of Freedom of Information requests. Maybe they've been smart enough to talk on the phone, but I suspect that email messages have been going back and forth

between Magda, the two deans, and the vice provost. I think Magda probably assumed that I'd just comply. I don't think she considered the possibility that I'd refuse. If so, she would have emailed me privately first to make sure I was going to comply and then she could have informed the others. I'd love to see if any of the other three respond.

In Magda's first message she said she found my land acknowledgment offensive and she said that it "creates a toxic environment in your course, which is a required course in our major." That's the argument they made about Amy Wax. How does my statement create a toxic environment? In the reddit comments some students were saying that anyone who denies the fact that we stole land from Native Americans should be fired.

I'll bet my heart rate and blood pressure are really high right now. My fingers feel painfully cold. As I said before, I'm shaking.

So the die is cast, the game is afoot, the cat is out of the bag, it begins, etc, etc. We're approaching my stop.