*Reges v. Cauce, et al.*

# Exhibit G
# to Declaration of
# Gabriel Walters

Page 1

```
 1               UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF WASHINGTON
 3                       AT SEATTLE
 4  _____
 5  STUART REGES,                  )
                                   )
 6          Plaintiff,             )
                                   )
 7          vs.                    ) No. 2:22-cv-00964-JHC
                                   )
 8  ANA MARI CAUCE, et al.,        )
                                   )
 9          Defendants.            )
10  _____
11
12    30(B)(6) ZOOM REMOTE DEPOSITION UPON ORAL EXAMINATION
13                            OF
14                  UNIVERSITY OF WASHINGTON
15                      ERIC SCHNAPPER
16              (CONTAINS CONFIDENTIAL TESTIMONY
17              SUBJECT TO PROTECTIVE ORDER)
18  _____
19
20                       10:02 A.M.
21                    NOVEMBER 16, 2023
22                   SEATTLE, WASHINGTON
23
24
25  REPORTED BY: LESLIE POST, CCR No. 2378
```

```
 1                        I N D E X
 2    EXAMINATION BY:                              PAGE(S)
 3    MR. WALTERS                                   6, 162
 4    MR. HOSP                                         161
 5    EXHIBITS FOR IDENTIFICATION:
 6    Exhibit 66  Email string, last of which is       37
 7                7/11/2022 email from Magdalena
 8                Balazinska to Aileen Trilles;
 9                UW_Reges_0000891 - 0000894.
10    Exhibit 67  Email string, last of which is       54
11                8/11/2022 email from Aileen Trilles to
12                Steven Muench, Louisa Mackenzie, Eric
13                Schnapper; UW_Reges_0010440 - 0010441.
14    Exhibit 68  9/29/2022 email from Louisa          63
15                Mackenzie to Eric Schnapper and Steve
16                Muench; UW_Reges_0010563.
17    Exhibit 69  Special Investigatory Committee      72
18                for Stuart Reges, document titled,
19                "Introduction and scope of
20                activities," UW_Reges_0008751 -
21                0008773.
22    Exhibit 70  8/20/2022 email from Louisa         120
23                Mackenzie to Jean Dennison and
24                others; UW_Regis_009680 -
25                009681.
```

Page 115

1   A.   One or more of the people we interviewed
2   told us that and it may have been in a document.
3   Again, you'd have records of all of that.
4   Q.   What did the SIC do to confirm that a
5   Native American student felt compelled to take a leave
6   of absence from the University?
7   A.   We credited the account that we got.  We
8   didn't investigate beyond that.
9   Q.   Who gave you the account?
10   A.   Again, you'd have to go into the documents
11   to answer that.
12   Q.   Sitting here today you don't recall, is that
13   your answer?
14   A.   Yes.
15   Q.   And I appreciate this might be difficult to
16   answer given that you don't recall, but do you know
17   how the people who gave you the account knew that a
18   Native American student felt compelled to take a leave
19   of absence from the University?
20   A.   I don't.
21   Q.   Do you know whether they heard from the
22   student directly?
23   A.   I don't know that.
24   Q.   Did you hear from the student directly?
25   A.   We did not.