*Reges v. Cauce, et al.*

# Exhibit H
# to Declaration of
# Gabriel Walters

Message

**From:** ▮▮▮▮▮
**Sent:** 1/9/2022 11:25:47 PM
**To:** Dan Grossman [djg@cs.washington.edu]
**CC:** Hunter Schafer [hschafer@cs.washington.edu]; ▮▮▮▮▮ ; Pim Lustig [pl@cs.washington.edu]
**Subject:** Re: urgent: Moving your TA assignment to CSE 143E

Thank you Dan, yes I confirm I would like to stay TAing for Stuart at the same time.

On Sun, Jan 9, 2022 at 3:01 PM Dan Grossman <djg@cs.washington.edu> wrote:
> Confirming you will stay in 143A/B. Pim will manage section name and enrollment shifts if any but your timeslot will stay the same.

> On Sun, Jan 9, 2022 at 2:17 PM Dan Grossman <djg@cs.washington.edu> wrote:
>> Hi ▮▮▮ ,

>> We will work on finding someone else. Stay tuned and hope to get that worked out today.

>> —Dan

>> On Sun, Jan 9, 2022 at 2:14 PM ▮▮▮▮▮ wrote:
>>> Hello Dan,
>>> Thank you for reaching out to me and sorry for replying so late.
>>> I want to start this email by stating that I mean disrespect to you or the department, or Hunter Schafer, being a TA has been one of the best things about being in this major and college in general. With that being said I would like to decline the offer to be moved to 143E. I think Hunter is a great lecturer, but I specifically chose to TA 143 because I think Stuart Reges is the best lecturer I have ever had at the University of Washington, and he has inspired me to apply to the Allen School. I understand the choice was made to hold another 143 because of Stuart's views and his specific land acknowledgment. I think it is critical for a university to be a place where ideas are robustly challenged, and norms are put to question, and though Reges is very unorthodox person, challenging the status quo is essential to critical thinking. Putting aside his actual statement, I disagree with holding a separate 143 class because of them, I think it is very disrespectful towards him, especially since these are the courses that he took a part in forming. I would not like to participate in a course that was specifically made condemn Reges. to If possible I would like to stay a teaching assistant for him, especially since this is my last quarter in the major. Once again I do apologize for causing you more work, and once again I mean no disrespect to you, or Hunter.
>>> Sincerely,
>>> ▮▮▮▮▮

>>> On Sun, Jan 9, 2022 at 9:48 AM Dan Grossman <djg@cs.washington.edu> wrote:

>>>> Dear ▮▮▮ ,

>>>> As you heard from Magda, our Allen School Director, we made available an additional CSE143 offering this quarter, which Hunter will teach. We are calling it CSE 143E.

>>>> Because about 170 students have chosen to switch over to CSE 143E, we need to move a few TAs over to this offering, including you. The way we chose these TAs – there are five of you – was based on quiz-section logistics: Your quiz section ended up having a size and being at a time where it will be easiest for

Confidential

the students in your section who aren't moving to CSE 143E to switch to a new section with another TA.  You'll have a new quiz-section to teach in CSE 143E.

If this is a significant hardship for you, please let me know and we can see if there is another way, but we have had to move very quickly to create CSE 143E under unforeseen circumstances, and we need to have a CSE 143E staff in place basically immediately so that the course can launch tomorrow (Monday) with quiz-sections meeting (remotely) this week.

I apologize for springing this on you, but I think the CSE 143E staff will find this unusual course offering highly rewarding in its own way.  And the CSE 143E TAs will still be part of the 14x community, including community meetings.

Hunter will be following up soon with details – probably most of your questions are for him, but if there are any questions I can help answer, please let me know.

–Dan
Dan Grossman
Allen School Vice Director

UW_Reges_0005828