*Reges v. Cauce, et al.*

# Exhibit I
# to Declaration of
# Gabriel Walters

Message
---

**From:** Genevieve E Haas [haasg@uw.edu]
**Sent:** 3/30/2022 11:01:21 PM
**To:** Office of the President [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f09d206ee5fd4f10bb2e8fc91a3531ac-pres]; Jack Martin [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8fd2e397ea334526bc83ce87b1f92cd6-jacktm]
**Subject:** RE: Racist, anti-indigenous staff member


Hi Mattie,

Here's some language for use in response to any inquiries about this issue:

The University of Washington is committed to providing an inclusive and equitable learning environment and the statement that Stuart Reges included in his course outline was inappropriate, offensive, irrelevant to the course he teaches and contrary to the long-standing relationship and respect the UW has with and for the Coast Salish peoples and the federally recognized tribes within the state of Washington.

Our University strongly supports academic freedom, which entitles Mr. Reges to produce his course materials as he sees fit, but both the University and the Allen School believe course materials are not the appropriate place or manner for a debate about land acknowledgements and profoundly disagree with both the substance and the medium of his statement. The Allen School has asked him to move this discussion outside of the classroom to a more appropriate setting that would avoid the disruption this is bringing to the class.


**From:** Office of the President <pres@uw.edu>
**Sent:** Tuesday, March 29, 2022 3:31 PM
**To:** Jack Martin <jacktm@uw.edu>; Genevieve E Haas <haasg@uw.edu>
**Subject:** FW: Racist, anti-indigenous staff member

Hi Jack and Genevieve,

Pres@ received the message below. Wondering if you're working on a related response I could share with this individual?

Thanks,
Mattie

**From:** Aiden Kerr <aiden.k2000@hotmail.com>
**Sent:** Monday, March 28, 2022 7:04 PM
**To:** Office of the President <pres@uw.edu>
**Subject:** Racist, anti-indigenous staff member

Hello,

I am writing this email due to the actions of Stuart Reges. In his course outline for CSE142, he includes an "Indigenous Land Acknowledgement" that is entirely dismissive of the oppression indigenous people have experienced. It serves no purpose but to make a mean-spirited attack on a marginalized community. I can only imagine how unwelcome it would make any indigenous student feel. To have this in an official University of Washington document is completely unacceptable.

Please, control your racist staff.

Aiden

UW_Reges_0009292