HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

    *Plaintiff,*

v.

ANA MARI CAUCE, et al.,

    *Defendants.*

CASE NO. 2:22–cv–00964–JHC

**NOTICE OF WITHDRAWAL OF ROBERT A. BOUVATTE, JR. & ROBERT A. BOUVATTE, PLLC**

Under Local Rule 83.2(b)(3), Plaintiff Stuart Reges provides Notice of Withdrawal of attorney Robert A. Bouvatte, Jr., and Robert A. Bouvatte, PLLC, as local counsel for Plaintiff. Plaintiff remains represented by Joshua Bleisch, James Diaz, and Gabriel Walters, of the Foundation for Individual Rights and Expression, who are admitted to practice *pro hac vice*. Carl J. Marquardt has filed a Notice of Appearance, Dkt. # 74, to serve as local counsel to Plaintiff in this matter.

Executed on January 23, 2024.

| | |
|---|---|
| *s/Gabriel Walters* | *s/Robert A. Bouvatte, Jr.* |
| GABRIEL WALTERS* | ROBERT A. BOUVATTE, JR. |
| DC Bar No. 1019272 | WA Bar No. 50220 |
| JOSHUA T. BLEISCH* | ROBERT A. BOUVATTE, PLLC |
| DC Bar No. 90001269 | P.O. Box 14185 |
| JAMES DIAZ* | Tumwater, WA 98511 |
| VT Bar No. 5014 | Tel: (564) 999-4005 |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | bob@rbouvattepllc.com |
| 510 Walnut Street, Suite 1710 | *s/Carl J. Marquardt* |
| Philadelphia, PA 19106 | CARL J. MARQUARDT |
| Tel: (215) 717-3473 | WA Bar No. 23257 |
| gabe.walters@thefire.org | LAW OFFICE OF CARL J. MARQUARDT PLLC |
| josh.bleisch@thefire.org | 1126 34th Avenue, Suite 311 |
| jay.diaz@thefire.org | Seattle, WA 98122 |
| *Admitted *Pro Hac Vice* | Tel: (206) 388-4498 |
| *Attorneys for Plaintiff* | carl@cjmlawoffice.com |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, January 23, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system.

DATED: January 23, 2024

Respectfully submitted,

| | |
|---|---|
| *s/Gabriel Walters* | *s/Robert A. Bouvatte, Jr.* |
| GABRIEL WALTERS* | ROBERT A. BOUVATTE, JR. |
| DC Bar No. 1019272 | WA Bar No. 50220 |
| JOSHUA T. BLEISCH* | ROBERT A. BOUVATTE, PLLC |
| DC Bar No. 90001269 | P.O. Box 14185 |
| JAMES DIAZ* | Tumwater, WA 98511 |
| VT Bar No. 5014 | Tel: (564) 999-4005 |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | bob@rbouvattepllc.com |
| 510 Walnut Street, Suite 1710 | *s/Carl J. Marquardt* |
| Philadelphia, PA 19106 | CARL J. MARQUARDT |
| Tel: (215) 717-3473 | WA Bar No. 23257 |
| gabe.walters@thefire.org | LAW OFFICE OF CARL J. MARQUARDT PLLC |
| josh.bleisch@thefire.org | 1126 34th Avenue, Suite 311 |
| jay.diaz@thefire.org | Seattle, WA 98122 |
| | Tel: (206) 388-4498 |
| *Admitted *Pro Hac Vice* | carl@cjmlawoffice.com |
| *Attorneys for Plaintiff* | |

NOTICE OF WITHDRAWAL
NO. 1:22-CV-00964-JHC

2