# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| STUART REGES, *Plaintiff,* v. ANA MARI CAUCE, et al., *Defendants.* | Civil Action No.: 1:22-cv-00964-JHC **DECLARATION OF GABRIEL WALTERS** |

Pursuant to 28 U.S.C. § 1746, I, Gabriel Walters, declare the following:

1. I am a citizen of the United States. I am over 18 years of age and fully competent to make this declaration. I knowingly and voluntarily make this declaration in support of Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment. If called as a witness, I could and would testify competently under oath to the following facts based on my personal knowledge.

2. I am lead counsel for Plaintiff in this action. I am admitted to the bars of the State of New York and the District of Columbia. I am admitted pro hac vice in this litigation.

3. The following documents, attached as exhibits to this Declaration, are authenticated as identified below:

   a. Ex. A is a true and correct copy of excerpts from the deposition transcript of Plaintiff Stuart Reges.

   b. Ex. B is a true and correct copy of excerpts from the deposition transcript of Defendant Magdalena Balazinska.

1

c.     Ex. C is a true and correct copy of excerpts from the deposition transcript of University of Washington 30(b)(6) designee Eric Schnapper.

d.     Ex. D is a true and correct copy of excerpts from the deposition transcript of Defendant Nancy Allbritton.

e.     Ex. E is a true and correct copy of excerpts from the deposition transcript of University of Washington 30(b)(6) designee Chadwick Allen.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on January 29, 2024.

*s/ Gabriel Walters*
GABRIEL WALTERS

## **CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, January 29, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system.

DATED: January 29, 2024

Respectfully submitted,

| | |
|---|---|
| s/*Gabriel Walters*<br>GABRIEL WALTERS*<br>DC Bar No. 1019272<br>JAMES DIAZ*<br>VT Bar No. 5014<br>FOUNDATION FOR INDIVIDUAL RIGHTS<br>   AND EXPRESSION<br>510 Walnut Street, Suite 1710<br>Philadelphia, PA 19106<br>Tel: (215) 717-3473<br>gabe.walters@thefire.org<br>jay.diaz@thefire.org | CARL J. MARQUARDT<br>WA Bar No. 23257<br>LAW OFFICE OF CARL J. MARQUARDT PLLC<br>1126 34th Avenue, Suite 311<br>Seattle, WA 98122<br>Tel: (206) 388-4498<br>carl@cjmlawoffice.com |

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

3