# *Reges v. Cauce, et al.*

# Exhibit A
# to Declaration of
# Gabriel Walters

```
                UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
                         AT SEATTLE
```

| | |
|---|---|
| STUART REGES, | No. 2:22-cv-00964-JHC |
| Plaintiff, | |
| v. | |
| ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINKSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DANIEL GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering, | |
| Defendants. | |

DEPOSITION UPON ORAL EXAMINATION OF

STUART REGES, Vol. 2

REPORTED BY:   Thad Byrd, CCR
REPORTED ON:   August 23, 2023



```
                                                          Page 139
 1              A P P E A R A N C E S
 2
    For the Plaintiff:
 3
         GABRIEL WALTERS
 4       ADAM TRAGONE
         Foundation for Individual
 5       Rights and Expression
         5700 Pennsylvania Avenue SE
 6       Washington, D.C. 20003
         (215) 717-3473
 7       gabe.walters@thefire.org
 8
    For the Defendant:
 9
         R. DAVID HOSP
10       KATIE KERRICK
         KRISSY MCKENNA
11       Orrick, Herrington & Sutcliffe, LLP
         222 Berkeley Street
12       Suite 2000
         Boston, Massachusetts 02116
13       (617) 880-1886
         dhosp@orrick.com
14
15  Also Present:
16       TANIA GRANT, Videographer
17
18
19
20
21
22
23
24
25
```



```
                                                          Page 140
 1                     EXAMINATION INDEX
 2   Witness:
 3        STUART REGES
 4   Examination By:                                    Page
 5        MR. HOSP                                      142 - 241
 6        MR. WALTERS                                   241 - 268
 7        MR. HOSP                                      268 - 270
 8
 9                      EXHIBIT INDEX
10   No.         Description                            Page
11   18          Journal Entry Dated 1/21/22            142
12   19          Email from Stuart Reges Dated          146
                 2/24/2022
13
     20          Letter to Stuart Reges Dated           148
14               March 2, 2022
15   21          UW Faculty Code Chapter 25             152
16   22          Letter to Stuart Reges Dated           161
                 March 9, 2022
17
     23          Email from Stuart Reges Dated          168
18               3/10/2022
19   24          Email Beginning from Lucia             170
                 Ersfeld Dated 4/21/2022
20               Re: 25-71 Consultation
21   25          Journal Entry Dated 3/30/22            173
22   26          Journal Entry Dated 4/1/22             182
23   27          Journal Entry Dated 5/19/22            190
24   28          Interrogatories                        200
25
```



MAGNA LEGAL SERVICES

Page 141

| | No. | Description | Page |
|---|---|---|---|
| 1 | | | |
| 2 | 29 | Journal Entry Dated 9/29/22 | 205 |
| 3 | 30 | Journal Entry Dated 10/7/22 | 213 |
| 4 | 31 | Letter to Stuart Reges Dated June 13, 2023 | 218 |
| 5 | | | |
| 6 | 32 | Plaintiff's Responses to Defendant's First Set of Interrogatories | 235 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |



Page 184

1  for me to pursue my protest that involves the land
2  acknowledgment.
3  Q.    Because they hadn't taken any action when you posted
4  your land acknowledgment in this particular instance?
5              MR. WALTERS:  Object to form.  You can
6  answer.
7  A.    They hadn't done anything recently, yeah.
8  Q.    Okay.
9  A.    Well, including the posting of the land
10 acknowledgment for spring quarter.
11 Q.    Right, so at this point, what were you protesting?
12 A.    Well, it's the protest all along.  I mean, my
13 version of the land acknowledgment, as I've said before,
14 is a parody.
15       I was making fun of land acknowledgments, and I was
16 trying to generate a discussion or, you know, make people
17 think about are these land acknowledgments a good idea?
18 And so the more I could get people to think about that
19 and -- you know, it was a good thing.
20 Q.    I thought the protest was about your not being
21 permitted to post what you felt was a more conservative
22 version of the land acknowledgment statement?
23             MR. WALTERS:  Object to form.
24 A.    That was part of it, yeah.  I mean, the -- I think
25 that -- well, I've written about this before.  I think I

