*Reges v. Cauce, et al.*

# Exhibit B
# to Declaration of
# Gabriel Walters

Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

-----------------------------------------------------------

STUART REGES,                        )   No.
                  Plaintiff,         )   2:22-cv-00964-JHC
       vs.                           )
ANA MARI CAUCE, et al.,              )
                  Defendants.        )

-----------------------------------------------------------

Videotaped

Deposition Upon Oral Examination Of

MAGDALENA BALAZINSKA

-----------------------------------------------------------

June 19, 2023

401 Union Street, Suite 3300, Seattle, Washington

Magna Legal Services

(866) 624-6221

www.MagnaLS.com




REPORTED BY:  PEGGY FRITSCHY HAMILTON, RPR, CSR, CLR, 29906/No. 2704



Page 3

```
 1   E X H I B I T S
 2   NO.        DESCRIPTION                           MARKED
 3   1          January 13, 2023 email to Mark          46
 4              Richards from Magdalena Balazinska
 5   2          U.S. Department of Arts and Culture     52
 6              "Honor Native Land: A Guide and Call
 7              to Acknowledgment"
 8   3          Office of Minority Affairs &            58
 9              Diversity, "About OMA&D"
10   4          Email chain, top email, January 4,      62
11              2022 to Karentb, and others, from
12              Magdalena Balazinska
13   5          Email chain, top email to Magdalena     72
14              Balazinska from Shyam Gollakota
15   6          Computer Science & Engineering 143      90
16              Computer Programming II syllabus
17   7          January 7, 2022 email to exec -         96
18              Mailing List from Magdalena
19              Balazinska
20   8          Email chain, top email December 9,     102
21              2021 to Chloe Dolese Mandeville
22              from Elise deGoede Dorough
23   9          Reddit post, Stuart Reges Version      112
24              of the Land Acknowledgment
25
```



```
                                                            Page 4
 1     E X H I B I T S  CONT'D
 2     NO.      DESCRIPTION                                 MARKED
 3     10       January 4, 2022 email to Daniel              116
 4              Ratner, Karentb from Magdalena
 5              Balazinska
 6     11       Email chain, top email to Dan                128
 7              Grossman, and others, from Magdalena
 8              Balazinska
 9     12       January 4, 2022 email to Aileen              146
10              Trilles from Magdalena Balazinska
11     13       Email chain, top email to Phillip            149
12              Reid from Magdalena Balazinska
13     14       Note about course syllabus                   153
14     15       Email chain, top email January 5,            155
15              2022 to Daniel Ratner, and others,
16              from Magdalena Balazinska
17     16       January 5, 2022 email to                     173
18              cse143a_wi22, and others, from
19              Magdalena Balazinska
20     17       Email chain, top email January 4,            175
21              2022 to Kristin Osborne, and others,
22              from Magdalena Balazinska
23     18       January 7, 2022 email to Magdalena           187
24              Balazinska from Sabrina Jahed
25
```



Page 5

```
 1     E X H I B I T S CONT'D
 2     NO.      DESCRIPTION                               MARKED
 3     19       February 23, 2022 email to                  188
 4              diversity-allies from diversity-allies
 5              on behalf of Stuart Reges
 6     20       Email chain, top email to Magdalena         199
 7              Balazinska, and others, from Nancy
 8              Allbritton
 9     21       March 2, 2022 email to Stuart Reges         203
10              and Aileen Trilles from Magdalena
11              Balazinska
12     22       March 10, 2022 email to Stuart Reges        220
13              and Dan Grossman from Magdalena
14              Balazinska
15     23       March 21, 2022 email to Nancy               228
16              Allbritton from Magdalena Balazinska
17     24       July 11, 2022 letter to Associate           238
18              Professor Louisa Mackenzie, and others,
19              from Nancy Allbritton
20     25       August 24, 2022 email to Eric               241
21              Schnapper and Louisa Mackenzie
22              from Magdalena Balazinska
23     26       June 7, 2022 email to engr-chairs,          243
24              and others from Nancy Allbritton
25
```



```
                                                          Page 6
 1    E X H I B I T S CONT'D
 2   NO.      DESCRIPTION                              MARKED
 3   27       June 13, 2023 letter to Teaching          246
 4            Professor Stuart Reges from Nancy
 5            Allbritton
 6   28       April 5, 2022 email to Stuart Reges       260
 7            from Magdalena Balazinska
 8   29       Email chain, top email March 31,          264
 9            2022 to Chloe Dolese Mandeville, and
10            others, from Elise deGoede Dorough
11
12   E X A M I N A T I O N
13   BY                     PAGES
14   ATTORNEY DIAZ    8 - 275
15
16   *****  (*  Denotes phonetic spelling.)
17
18
19
20
21
22
23
24
25
```



```
                                                        Page 31
 1   partnering with other units on campus.
 2              We have different projects.  Like for
 3   example, the Allen Endowment.  And if a faculty member
 4   has an exciting idea, I can provide them, like, some
 5   start-up funds for that idea, and negotiate offers
 6   with new faculty members.  So the list goes on and on.
 7        Q.    Sounds like a big job.
 8        A.    It's a very, very big job.
 9        Q.    Would you say it also includes responding to
10   student concerns?
11        A.    Oh, it did definitely includes responding to
12   student concerns, yes.
13        Q.    It includes responding to staff concerns?
14        A.    Yes.
15        Q.    Donor concerns?
16        A.    Yes.
17        Q.    Does it include involvement in faculty
18   disciplinary matters?
19              ATTORNEY HOSP:  Object to the form.
20              But you can answer.
21        A.    Yes.
22        Q.    And it includes involvement in student
23   conduct matters as well?
24              ATTORNEY HOSP:  Object to the form.
25              You can answer.
```

