# *Reges v. Cauce, et al.*

# Exhibit C
# to Declaration of
# Gabriel Walters

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             WESTERN DISTRICT OF WASHINGTON
 3                       AT SEATTLE
 4  _____
 5  STUART REGES,                  )
                                   )
 6           Plaintiff,            )
                                   )
 7       vs.                       ) No. 2:22-cv-00964-JHC
                                   )
 8  ANA MARI CAUCE, et al.,        )
                                   )
 9           Defendants.           )
10  _____
11
12   30(B)(6) ZOOM REMOTE DEPOSITION UPON ORAL EXAMINATION
13                            OF
14                  UNIVERSITY OF WASHINGTON
15                      ERIC SCHNAPPER
16             (CONTAINS CONFIDENTIAL TESTIMONY
17              SUBJECT TO PROTECTIVE ORDER)
18  _____
19
20                      10:02 A.M.
21                   NOVEMBER 16, 2023
22                   SEATTLE, WASHINGTON
23
24
25  REPORTED BY: LESLIE POST, CCR No. 2378
```

```
                                                         Page 2
 1                    A P P E A R A N C E S
 2           (All parties appearing remotely via Zoom)
 3     FOR THE PLAINTIFF:
 4            GABRIEL WALTERS
 5            JAMES DIAZ
 6            Foundation for Individual Rights and Expression
 7            700 Pennsylvania Avenue Southeast, Suite 340
 8            Washington, D.C. 20003
 9            215.717.3473
10            gabe.walters@thefire.org
11            jay.diaz@thefire.org
12     FOR THE DEFENDANTS:
13             R. DAVID HOSP
14             Orrick Herrington & Sutcliffe, LLP
15             222 Berkeley Street, Suite 2000
16             Boston, Massachusetts 02116
17             206.344.2001
18             dhosp@orrick.com
19             AARON BRECHER
20             Orrick Herrington & Sutcliffe, LLP
21             401 Union Street, Suite 3350
22             Seattle, Washington 98101
23             206.839.4332
24             abrecher@orrick.com
25     ALSO PRESENT:  MATTHEW RIESDORPH, Concierge
```

I N D E X

| | EXAMINATION BY: | PAGE(S) |
|---|---|---|
| | MR. WALTERS | 6, 162 |
| | MR. HOSP | 161 |

EXHIBITS FOR IDENTIFICATION:

| | | |
|---|---|---|
| Exhibit 66 | Email string, last of which is 7/11/2022 email from Magdalena Balazinska to Aileen Trilles; UW_Reges_0000891 - 0000894. | 37 |
| Exhibit 67 | Email string, last of which is 8/11/2022 email from Aileen Trilles to Steven Muench, Louisa Mackenzie, Eric Schnapper; UW_Reges_0010440 - 0010441. | 54 |
| Exhibit 68 | 9/29/2022 email from Louisa Mackenzie to Eric Schnapper and Steve Muench; UW_Reges_0010563. | 63 |
| Exhibit 69 | Special Investigatory Committee for Stuart Reges, document titled, "Introduction and scope of activities," UW_Reges_0008751 - 0008773. | 72 |
| Exhibit 70 | 8/20/2022 email from Louisa Mackenzie to Jean Dennison and others; UW_Regis_009680 - 009681. | 120 |

Page 4

1    Exhibit 71  8/19/2022 meeting of Special                120
2                Investigatory Committee with faculty
3                and staff associated with the Center
4                for American Indian and Indigenous
5                Studies; UW_Reges_0009682 - 0009684.
6    Exhibit 72  Email string, last of which is              134
7                8/20/2022 email from Magdalena
8                Balazinska to Steve Muench;
9                UW_Reges_0005640 - 0005641.
10   Exhibit 73  Document titled "Initial Set of             135
11               Complaints (not in exact chronological
12               order); UW_Reges_0005642 - 0005655.
13   Exhibit 74  Email string, last of which is              141
14               3/30/2022 email from Magdalena
15               Balazinska to Chloe Dolese Mandeville;
16               UW_Reges_0005171 - 0005172.
17
18
19
20
21
22
23
24
25

Page 5

```
 1         EXHIBITS PREVIOUSLY MARKED FOR IDENTIFICATION
 2                REFERRED TO IN THIS DEPOSITION
 3
 4      EXHIBIT NO.                                          PAGE(S)
 5      Exhibit 24 ..........................                     39
 6      Exhibit 27 ..........................  97, 148, 151, 156
 7      Exhibit 37 ..........................    27, 30, 33, 35
 8                                                            38, 40
 9      Exhibit 38 ..........................            30, 31
10      Exhibit 39 ..........................                34
11      Exhibit 40 ..........................            35, 36
12      Exhibit 47 ..........................            43, 57
13      Exhibit 60 ..........................            14, 30
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 120

1  Q. So does this email follow a meeting of the
2  SIC members with representatives of something called
3  CIAAS?
4  A. Yes.
5  Q. What is CIAAS?
6  A. Center -- forgive me, I tried to memorize it
7  this morning and I lost it.
8  Q. I might be able to help you with a further
9  exhibit.
10 A. Someone might help me with a further
11 exhibit. The C is "center" and the I is "indigenous"
12 and the S is "studies," but not making work on the A.
13 Q. All right. I'm not sure it's in this
14 further exhibit, but let's find out.
15     MR. WALTERS: Could the concierge pull up
16 UW_Reges_0009682.pdf, please.
17     THE CONCIERGE: Do you want to mark this as
18 Plaintiff's Exhibit 70?
19     MR. WALTERS: Yes. And we'll do the next
20 one as No. 71. Thank you.
21         (Deposition Exhibit Nos. 70-71 were
22          marked for identification.)
23 Q. (By Mr. Walters) All right. So we're
24 looking at the Bates stamp UW_Reges_0009682, correct?
25 A. Yes.

1    Q.    All right.  And I will ask you to take a
2    brief look at the document before we move on.
3    A.    So CAIIS stands for Center for
4    American Indian and Indigenous Studies.
5    Q.    Thank you.  Are you familiar with this
6    document?
7    A.    You have to let me see the rest of it.
8          Right, these are the notes of the interview
9    with those four individuals from CAIIS.
10   Q.    All right.  And also present were the three
11   members of the SIC according to these notes, correct?
12         THE WITNESS:  You'll have to scan up so I
13   can --
14   A.    I can't see that, but I'm sure that's right.
15         Yes.
16   Q.    (By Mr. Walters)  Do you recall being present
17   for that meeting?
18   A.    I do.
19   Q.    So these are Luisa Mackenzie's notes
20   summarizing that meeting, is that correct?
21   A.    They are notes from the meeting.  I'm sure
22   they're Luisa Mackenzie's notes just from the font.
23   Q.    This is the attachment to the email we
24   looked at previously, the prior exhibit, correct?
25   A.    I don't know that, but you're representing

Page 122

1  it and I have no reason to believe that you're wrong.
2      Q.   I will represent that and the Bates numbers
3  are sequential and I have software showing email
4  families, so I will represent that.
5      A.   Okay.
6      Q.   All right.  Let's look at the second page
7  and under the header "Specifics of Events."  Below it
8  it says, "... a Native student in Engineering who took
9  a leave of absence due to alienation experienced."
10         MR. WALTERS:  Can we highlight that?  There
11 we are.
12     Q.   (By Mr. Walters)  Do you see that,
13 Mr. Schnapper?
14     A.   Yes, sir.
15     Q.   And there are student initials in this
16 document and without telling you those initials, do
17 you see those initials?
18     A.   I do.
19     Q.   All right.  Are those initials consistent
20 with the student I told you that I will refer to in
21 this deposition as student one?
22     A.   Yes.
23     Q.   All right.  The next sentence says that
24 student one "took a risk by filing a formal complaint,
25 met with Magda but left the meeting feeling used, not

Page 123

```
 1        supported," correct?
 2            A.   I see that.
 3            Q.   And Magda, to your knowledge, refers to
 4        Magda Balazinska, correct?
 5            A.   Yes.
 6            Q.   And the next sentence says, "Their mental
 7        health was impacted," correct?  It begins with "Their
 8        mental health was impacted," correct?
 9            A.   Yes.
10            Q.   And below that there's a sentence that says,
11        "Here is their authorized statement," correct?
12            A.   I see that.
13            Q.   And that authorized statement says in part,
14        "Their mental health immediately suffered, forcing
15        them to move in with friends who could keep an eye on
16        their deteriorating mental health," correct?
17            A.   Uh-huh.
18            Q.   Was that a yes?
19            A.   That's a yes.  Forgive me.  Yes.
20            Q.   Thank you.  Did the SIC have any knowledge
21        about this student's baseline mental health prior to
22        the alleged deterioration mentioned here?
23            A.   As far as I know, no.
24            Q.   Did the SIC have any way to compare
25        student -- this student's baseline mental health to
```

Page 124

1       the alleged deterioration that's described here?
2           A.   No.
3           Q.   And this is information that you received
4       via CAIIS, correct?
5           A.   That is correct.
6           Q.   Do you know if CAIIS had any knowledge of
7       this student's baseline mental health prior to the
8       deterioration described here?
9           A.   I do not know.
10          Q.   And do you know if CAIIS had any way to
11      compare this student's baseline mental health to the
12      alleged deterioration described here?
13          A.   I do not know that they would have had that.
14          Q.   Further down this also says that this
15      student was able to secure tutoring, correct?
16          A.   Help me find it.  Where are we here?
17          Q.   There's a sentence that begins, "Through
18      their" --
19          A.   Yeah, I see that, yes.
20          Q.   After that it says, "But the only tutoring
21      made available to them was an unpaid peer to peer
22      tutor whose schedule did not coincide with the
23      student," correct?
24          A.   Yes.
25          Q.   And to your knowledge, does that tutor have

Page 125

1      anything to do with Stuart Reges?
2          A.   I have no independent information about what
3      this is about.
4          Q.   All right.  And the next sentence said, "In
5      their classes they felt that professors and TAs were
6      focused more on testing students, than on helping them
7      learn or succeed in the classes."
8               You see that, correct?
9          A.   I do.
10         Q.   Was this student a student in Stuart Reges'
11     class?
12         A.   I do not know the answer to that question.
13         Q.   Do you know if this student was a transfer
14     student?
15         A.   It says that at the top.
16         Q.   Okay.  Do you know -- excuse me.  You don't
17     have any reason to doubt that, do you?
18         A.   No.
19         Q.   Do you know if this student came to the
20     University of Washington with transfer credits?
21         A.   I do not know that.
22         Q.   And do you know if they did, whether their
23     transfer credits might have allowed them to skip
24     Stuart Reges' intro courses?
25         A.   I don't know that.  But the first sentence

Page 126

```
 1        indicates that that was the case.
 2             Q.   Sitting here today, you have no reason to
 3        doubt that, correct?
 4             A.   I have no reason to doubt that.
 5             Q.   All right.  So when this student refers to
 6        professors and TAs more focused on testing students
 7        than helping them learn or succeed in the classes, you
 8        have no reason to believe that she's talking about
 9        Stuart Reges for that statement, correct?
10             A.   That is correct.
11             Q.   And so in this statement, this student was
12        raising more issues than just Stuart Reges' land
13        acknowledgment statement to describe her decision to
14        take a leave of absence, is that right?
15             A.   That is correct.
16             Q.   And in the June 13th letter that we looked
17        at a few moments ago, there was allegedly a second
18        student who withdrew entirely from the University,
19        wasn't there?
20             A.   That is correct.
21             Q.   This document we're looking at now says that
22        this student we're talking about in this document made
23        a decision to take a leave of absence from the
24        University, right?
25             A.   That is what this document says.
```