UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES, | CASE NO. 2:22-cv-00964-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANA MARI CAUCE et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Oral argument on the pending dispositive motions (Dkt. ## 50, 60 & 64) will take place at 10:00 a.m., on Monday, April 22, 2024, in Courtroom 16A.

(2) Each side will have a total of 20 minutes. Defendants will argue first and may reserve time for rebuttal. Plaintiff will argue next, and Plaintiff may reserve time for surrebuttal.

/

/

/

MINUTE ORDER - 1

Dated this 15th day of April 2024.

Ravi Subramanian
Clerk

/s/Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2