THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STUART REGES,<br><br>*Plaintiff,*<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>*Defendants.* | Civil Action No.: 2:22-cv-00964-JHC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Under Local Civil Rule 7(n), Plaintiff Stuart Reges provides Notice of Supplemental Authority related to Defendants' motion to dismiss (Dkt. ## 50, 52, 54) and the parties' cross-motions for summary judgment (Dkt. ## 60, 64, 75, 77, 79, 80). On April 18, 2024, after the parties completed briefing on these pending motions, the U.S. Court of Appeals for the Ninth Circuit decided *Meinecke v. City of Seattle*, No. 23-35481. The decision is attached to this Notice as Exhibit A.

*Meinecke* supports Plaintiff's' argument that Defendants' restrictions on his speech are content based because they depend upon the reactions of listeners. Pl.'s Opp'n to Defs.' Mot. Dismiss, Dkt. # 52, 21–22; Pl.'s Mot. Summ. J., Dkt. # 60, 26. In *Meinecke*, the Ninth Circuit ruled Seattle's police department could not relocate or arrest the plaintiff "only in response to the actual and potential reaction of the audience" to protected speech. No. 23-35481, 18. Doing so "based exclusively on the reaction of Meinecke's audience" enforced an unconstitutional "heckler's veto." *Id.* at 16. "Our precedent on this point is clear: The prototypical heckler's veto case is one

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:22-cv-00964-JHC
Page 1

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473

in which the government silences *particular* speech or a *particular* speaker due to an anticipated disorderly or violent reaction of the audience." *Id.* at 13–14 (cleaned up).

The impermissibility of a "heckler's veto" is central to Plaintiff's claims and the parties' briefing on *Pickering* balancing, causation, and viewpoint discrimination. First, to address *Pickering*'s balancing test, the parties briefed the constitutionality and weight of Defendants' alleged interest in punishing Reges's speech in response to actual and potential audience reactions. *See, e.g.*, Pl.'s Opp'n to Defs.' Mot. Dismiss, Dkt. # 52, 21–22; Pl.'s Mot. Summ. J., Dkt. # 60, 26. Second, Reges argues that Defendants' adverse actions were caused by "nothing more than listeners' reactions to Reges's speech," and therefore unconstitutionally content based. Pl.'s Reply Mot. Summ. J., Dkt. # 80, 10. Third, the parties' viewpoint discrimination arguments turn, in part, on whether the Defendants "could . . . justify their censorship based on other UW community members' negative reactions to [Reges's] speech." Pl.'s Mot. Summ. J., Dkt. # 60, 18.

Dated: April 21, 2024

Respectfully submitted,

s/*Gabriel Walters*
GABRIEL WALTERS*
DC Bar No. 1019272
JOSHUA T. BLEISCH*
DC Bar No. 90001269
JAMES DIAZ*
VT Bar No. 5014
FOUNDATION FOR INDIVIDUAL RIGHTS
 AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106

s/*Carl J. Marquardt*
CARL J. MARQUARDT
WA Bar No. 23257
LAW OFFICE OF CARL J. MARQUARDT PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
carl@cjmlawoffice.com

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:22-cv-00964-JHC
Page 2

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473

THE HONORABLE JOHN H. CHUN

Tel: (215) 717-3473
gabe.walters@thefire.org
josh.bleisch@thefire.org
jay.diaz@thefire.org
*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:22-cv-00964-JHC
Page 3

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473

THE HONORABLE JOHN H. CHUN

# CERTIFICATE OF SERVICE

1. Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, April 21, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system.

DATED: April 21, 2024

Respectfully submitted,

| | |
|---|---|
| *s/Gabriel Walters* | CARL J. MARQUARDT |
| GABRIEL WALTERS* | WA Bar No. 23257 |
| DC Bar No. 1019272 | LAW OFFICE OF CARL J. MARQUARDT PLLC |
| JOSHUA T. BLEISCH* | |
| DC Bar No. 90001269 | 1126 34th Avenue, Suite 311 |
| JAMES DIAZ* | Seattle, WA 98122 |
| VT Bar No. 5014 | Tel: (206) 388-4498 |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | carl@cjmlawoffice.com |
| 510 Walnut Street, Suite 900 | |
| Philadelphia, PA 19106 | |
| Tel: (215) 717-3473 | |
| gabe.walters@thefire.org | |
| josh.bleisch@thefire.org | |
| jay.diaz@thefire.org | |

*Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*

NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 2:22-cv-00964-JHC
Page 4

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473