## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ANA MARI CAUCE et al.<br><br>　　　　　　　Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:22-cv-00964-JHC |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion to dismiss as to Plaintiff's facial overbreadth and facial vagueness challenges is granted. Defendants' motion for summary judgment as to Plaintiff's retaliation and viewpoint discrimination claims is granted. Thus, all of Plaintiff's claims are dismissed with prejudice.

Dated May 3, 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/Ashleigh Drecktrah
　　　　　　　　　　　　　　　　　　　　Deputy Clerk