THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| STUART REGES, *Plaintiff,* v. ANA MARI CAUCE, et al., *Defendants.* | Civil Action No.: 2:22-cv-00964-JHC **NOTICE OF APPEAL** |

Under Federal Rules of Appellate Procedure 3 and 4, Plaintiff Professor Stuart Reges respectfully gives notice that he appeals to the United States Court of Appeals for the Ninth Circuit from this Court's judgment entered on May 3, 2024, granting Defendants' motion to dismiss as to Plaintiff's facial overbreadth and vagueness claims, granting Defendants' motion for summary judgment as to Plaintiff's First Amendment retaliation and viewpoint-discrimination claims, and denying Plaintiff's motion for summary judgment. (Dkt. #89).

Dated: May 30, 2024

Respectfully submitted,

<u>s/Joshua T. Bleisch</u>
JOSHUA T. BLEISCH*
DC Bar No. 90001269
GABRIEL WALTERS*
DC Bar No. 1019272
JAMES DIAZ*
VT Bar No. 5014
FOUNDATION FOR INDIVIDUAL RIGHTS
  AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106

<u>s/Carl J. Marquardt</u>
CARL J. MARQUARDT
WA Bar No. 23257
LAW OFFICE OF CARL J. MARQUARDT PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
carl@cjmlawoffice.com

NOTICE OF APPEAL
Case No. 2:22-cv-00964-JHC
Page 1

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473

THE HONORABLE JOHN H. CHUN

Tel: (215) 717-3473
josh.bleisch@thefire.org
gabe.walters@thefire.org
jay.diaz@thefire.org

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

NOTICE OF APPEAL
Case No. 2:22-cv-00964-JHC
Page 2

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473

THE HONORABLE JOHN H. CHUN

# **CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, May 30, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system.

DATED: May 30, 2024

Respectfully submitted,

| | |
|---|---|
| *s/Joshua T. Bleisch* | *s/Carl J. Marquardt* |
| JOSHUA T. BLEISCH* | CARL J. MARQUARDT |
| DC Bar No. 90001269 | WA Bar No. 23257 |
| GABRIEL WALTERS* | LAW OFFICE OF CARL J. MARQUARDT PLLC |
| DC Bar No. 1019272 | |
| FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION | 1126 34th Avenue, Suite 311 |
| 510 Walnut Street, Suite 900 | Seattle, WA 98122 |
| Philadelphia, PA 19106 | Tel: (206) 388-4498 |
| Tel: (215) 717-3473 | carl@cjmlawoffice.com |
| josh.bleisch@thefire.org | |
| gabe.walters@thefire.org | |

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff*

NOTICE OF APPEAL
Case No. 2:22-cv-00964-JHC
Page 3

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Tel: (215) 717-3473