UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Stuart Reges

Name(s) of counsel (if any):

Joshua T. Bleisch, Gabriel Walters, Jay Diaz, Carl Marquardt

Address: 700 Pennsylvania Ave. SE, Suite 340

Telephone number(s): (215) 717-3473

Email(s): josh.bleisch@thefire.org; gabe.walters@thefire.org; (cont.)

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☉ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Ana Mari Cauce, Nancy Allbritton, Magdalena Balazinska, Dan Grossman

Name(s) of counsel (if any):

R. David Hosp, Aaron Breecher, Robert M. McKenna

Address: 222 Berkeley St. Ste. 2000

Telephone number(s): (617) 880-1801

Email(s): dhosp@orrick.com; abrecher@orrick.com; rmckenna@orrick.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                    1                                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s): jay.diaz@thefire.org; carl@cjmpllc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    2                          *New 12/01/2018*