THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STUART REGES,<br><br>*Plaintiff,*<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>*Defendants.* | Civil Action No.: 2:22-cv-00964-JHC<br><br>**NOTICE OF WITHDRAWAL<br>OF JAMES M. DIAZ AS COUNSEL<br>FOR PLAINTIFF** |

Pursuant to Local Civil Rule 83.2(b)(3), James M. Diaz hereby notifies this Court that he is withdrawing as counsel for Plaintiff. Plaintiff remains represented by Joshua T. Bleisch, Gabriel Walters, and Carl J. Marquardt.

Dated: January 9, 2025

Respectfully Submitted,

*/s/ Gabriel Walters*
GABRIEL WALTERS*
DC Bar No. 1019272
JOSHUA T. BLEISCH*
IN Bar No. 35859-53
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473
gabe.walters@thefire.org
josh.bleisch@thefire.org

*Admitted *Pro Hac Vice*
 Attorneys for Plaintiff

*s/Carl J. Marquardt*
CARL J. MARQUARDT
WA Bar No. 23257
LAW OFFICE OF CARL J. MARQUARDT
PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
carl@cjmlawoffice.com

*/s/ James M. Diaz*
JAMES M. DIAZ*
VT Bar No. 5014