# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| STUART REGES,<br><br>*Plaintiff,*<br><br>v.<br><br>ANA MARI CAUCE, et al.,<br><br>*Defendants.* | Civil Action No.: 2:22-cv-00964-JHC<br><br>**NOTICE OF WITHDRAWAL OF JOSHUA T. BLEISCH AS COUNSEL FOR PLAINTIFF** |

Pursuant to Local Civil Rule 83.2(b)(3), Joshua T. Bleisch hereby notifies this Court that he is withdrawing as counsel for Plaintiff. Plaintiff remains represented by Gabriel Walters and Carl J. Marquardt.

Dated: July 11, 2025

Respectfully Submitted,

/s/ Gabriel Walters
GABRIEL WALTERS*
DC Bar No. 1019272
FOUNDATION FOR INDIVIDUAL RIGHTS
   AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473
gabe.walters@thefire.org

*Admitted *Pro Hac Vice*
 *Attorneys for Plaintiff*

s/Carl J. Marquardt
CARL J. MARQUARDT
WA Bar No. 23257
LAW OFFICE OF CARL J. MARQUARDT PLLC
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel: (206) 388-4498
carl@cjmlawoffice.com

/s/ Joshua T. Bleisch
JOSHUA T. BLEISCH*
DC Bar No. 90001269