UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| STUART REGES,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; et al.,<br><br>Defendants - Appellees. | No. 24-3518<br><br>D.C. No.<br>2:22-cv-00964-JHC<br><br>Western District of Washington, Seattle<br><br>MANDATE |

The judgment of this Court, entered December 19, 2025, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT