UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>Plaintiff,<br><br>v.<br><br>ANA MARI CAUCE et al.,<br><br>Defendants. | CASE NO. 2:22-cv-00964-JHC<br><br>ORDER |

The Ninth Circuit Court of Appeals has reversed and remanded this matter.  *See* Dkt. ## 97, 98.  Defendant has since filed an Answer to the Amended Complaint.  Dkt. # 99.  The Court thus ORDERS the parties to file a joint status report proposing a course of action that addresses the Ninth Circuit's remand and an accompanying timeline.  The parties must file their joint status report of no more than five pages no later than ten days after entry of this order.

Dated this 20th day of July, 2026.

John H. Chun
United States District Judge

ORDER - 1