Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STUART REGES,

Plaintiff,

v.

ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DANIEL GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,

Defendants.

Case No. 2:22-cv-00964-JHC

**JOINT STATUS REPORT**

In accordance with the Court's Order (Dkt. 100), the parties jointly submit this status report. The parties have reached a settlement in principle and are working to finalize that agreement. The parties therefore request that the Court order the submission of a further status report within 30 days if the parties have not submitted a stipulation of dismissal before that deadline.

JOINT STATUS REPORT
2:22-cv-00964 JHC

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

DATED: July 29, 2026

Foundation for Individual Rights and Expression

By: *s/Gabriel Walters* (by authorization)
    Gabriel Walters (Admitted *Pro Hac Vice*)
    510 Walnut Street, Suite 900
    Philadelphia, PA 19106
    Telephone (215) 717-3473
    gabe.walters@thefire.org

    Law Office of Carl J. Marquardt PLLC

    Carl J. Marquardt (WSBA No. 23257)
    1126 34th Ave., Suite 311
    Seattle, WA 98122
    Telephone (206) 388-4498
    carl@cjmlawoffice.com

*Attorneys for Plaintiff*

By: *s/Robert M. McKenna*
    Robert M. McKenna (WSBA #18327)
    Aaron Brecher (WSBA #47212)
    Orrick, Herrington & Sutcliffe LLP
    401 Union Street, Suite 3300
    Seattle, WA  98101
    Telephone (206) 839-4300
    Fax (206) 839-4301
    rmckenna@orrick.com
    abrecher@orrick.com

    R. David Hosp (Admitted *Pro Hac Vice*)
    Orrick, Herrington & Sutcliffe LLP
    222 Berkeley Street, Suite 2000
    Boston, MA 02116
    Telephone (617) 880-1802
    Fax (617) 880-1801
    dhosp@orrick.com

*Attorneys for Defendants*

JOINT STATUS REPORT
2:22-cv-00964 JHC

2

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300