Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART REGES,<br><br>Plaintiff,<br><br>v.<br><br>ANA MARI CAUCE, in her official capacity as President of the University of Washington; MAGDALENA BALAZINSKA, in her official and individual capacities as Director of the Paul G. Allen School of Computer Science & Engineering; DANIEL GROSSMAN, in his official and individual capacities as Vice Director of the Paul G. Allen School of Computer Science & Engineering; and NANCY ALLBRITTON, in her official and individual capacities as Dean of the College of Engineering,<br><br>Defendants. | Case No. 2:22-cv-00964-JHC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter comes to the Court on stipulation and agreement by and between the above-captioned parties, through their respective counsel of record.

WHEREAS, the parties have settled this matter to their mutual satisfaction, for good and valuable consideration,



Foundation for Individual Rights and Expression
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
(215) 717-3473

WHEREFORE, upon the consent and request of the parties, IT IS HEREBY STIPULATED that:

This matter is DISMISSED with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 3, 2026

*s/Gabriel Z. Walters*
Gabriel Z. Walters (*pro hac vice*)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave., Suite 340
Washington, DC 20003
(215) 717-3473
gabe.walters@fire.org

Carl J. Marquardt (WSBA No. 23257)
LAW OFFICE OF CARL J. MARQUARDT PLLC
1126 34th Ave., Suite 311
Seattle, WA 98122
(206) 388-4498
carl@cjmlawoffice.com

*Attorneys for Plaintiff*

*s/Aaron P. Brecher*
Aaron P. Brecher (WSBA No. 47212)
Robert M. McKenna (WSBA No. 18327)
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
(206) 839-4300

R. David Hosp (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116

*Attorneys for Defendants*